**PerkinsCoie**

11452 El Camino Real
Suite 300
San Diego, CA 92130-2080

T. +1.858.720.5700
F. +1.858.720.5799
PerkinsCoie.com

December 17, 2020

John D. Esterhay
JEsterhay@perkinscoie.com
D. +1.858.720.5758
F. +1.858.720.5858

**VIA CM/ECF**

Honorable Mark W. Pedersen
Western District of New York
Kenneth B. Keating Federal Building
100 State Street, Room 2330
Rochester, New York 14614

Re:   *ValveTech, Inc. v. Aerojet Rocketdyne, Inc.*
      **Case No.: 6:17-cv-06788-FPG-MWP**

Dear Magistrate Judge Pedersen:

Pursuant to this Court's procedures regarding enlargements of time and the Court's Amended Scheduling Order (Dkt. 136), Plaintiff ValveTech, Inc. submits this letter on behalf of both parties to request a brief one-month extension to the deadlines set forth in the Amended Scheduling Order. Both parties consent to the requested extensions. The parties contend there is good cause for this brief extension due to the restrictions and closures from the resurgence of the Covid-19 pandemic, which have created additional challenges in preparing discovery, including preparations for the significant number of depositions that have been noticed by the parties. This is the parties' third request to extend these deadlines.

| Event | Current Deadline | Requested Deadline |
|---|---:|---:|
| Completion of all fact discovery | January 14, 2021 | February 12, 2021 |
| Disclosure of burden expert reports | February 16, 2021 | March 16, 2021 |
| Disclosure of rebuttal expert reports | March 15, 2021 | April 15, 2021 |
| Completion of expert depositions | April 14, 2021 | May 14, 2021 |
| Filing of dispositive motions | May 14, 2021 | June 14, 2021 |

Perkins Coie LLP

Honorable Mark W. Pedersen
December 17, 2020
Page 2

Respectfully submitted,

John D. Esterhay

JDE:ar

Cc:     Counsel of record (via CM/ECF)