# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Michael B. Eisenberg
(212) 513-3529
michael.eisenberg@hklaw.com

January 20, 2021

<u>*Via ECF*</u>

Hon. Mark W. Pedersen
United States Magistrate Judge
100 State Street, Room 2330
Rochester, New York 14614

   Re: *ValveTech, Inc. v. Aerojet Rocketdyne, Inc.*, No 6:17-cv-06788-FPG-MWP

Dear Judge Pedersen:

  I write on behalf of Defendant Aerojet Rocketdyne, Inc. ("Aerojet Rocketdyne") in the above-referenced litigation.

  The Court recently noticed a case management conference for January 27, 2021 to address the issues raised in a January 13, 2021 letter from ValveTech Inc. ("ValveTech"). The parties have been working diligently on scheduling a significant number of depositions to be conducted over the next few weeks. One of those depositions is scheduled to occur during the now scheduled case management conference.

  Aerojet Rocketdyne has worked to try to rearrange the schedule to accommodate the conflict, but the tight schedule and witness-availability issues have proven to be a challenge. During a teleconference with ValveTech's counsel, this issue was discussed, and counsel for ValveTech indicated that it would not object to Aerojet Rocketdyne approaching the Court to seek an alternative date for the conference. Therefore, Aerojet Rocketdyne requests that the Court reschedule the conference for a different date.

  Respectfully submitted,

  HOLLAND & KNIGHT LLP

  */s/ Michael Eisenberg*

  Michael Eisenberg

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach
#81582672_v1