# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com


Michael B. Eisenberg
(212) 513-3529
michael.eisenberg@hklaw.com

January 21, 2021

<u>*Via ECF*</u>

Hon. Mark W. Pedersen
United States Magistrate Judge
100 State Street, Room 2330
Rochester, New York 14614

Re: *ValveTech, Inc. v. Aerojet Rocketdyne, Inc.*, No 6:17-cv-06788-FPG-MJP

Dear Judge Pedersen:

    I write on behalf of Defendant Aerojet Rocketdyne, Inc. ("Aerojet Rocketdyne") in the above-referenced litigation. On January 20, 2021, Aerojet Rocketdyne wrote to the Court to request that the case management conference of January 27, 2021 be rescheduled. (Dkt. 151.) Aerojet Rocketdyne now seeks to withdraw that request. As such, Aerojet Rocketdyne hereby requests that its scheduling request set forth in its January 20, 2021 letter be withdrawn. Aerojet Rocketdyne apologizes for any disruption this may have caused.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP

    Michael Eisenberg

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach
#81582672_v1