UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALVETECH, INC.,

                          Plaintiff,

v.                                **NOTICE OF APPEARANCE**

AEROJET ROCKETDYNE, INC.,

                                          Case No. 6:17-cv-06788-FPG-MJP

                          Defendant.

**PLEASE TAKE NOTICE** that Jared K. Cook, Esq., of Vahey Getz, LLP hereby appears as co-counsel for the Plaintiff, ValveTech, Inc., in the above-entitled matter.

Dated:  January 26, 2021

                                          Respectfully submitted,

                                          **VAHEY GETZ, LLP**

                                          /s/ Jared K. Cook
                                          Laurie A. Vahey, Esq.
                                          Christopher J. Lattuca, Esq.
                                          Jared K. Cook, Esq.
                                          *Co-Counsel for Plaintiff ValveTech, Inc.*
                                          144 Exchange Blvd., Suite 400
                                          Rochester, New York 14614
                                          Tel: 585-262-5130
                                          Fax: 585-262-3474
                                          E-mail: lvahey@vaheygetz.com
                                          E-mail: clattuca@vaheygetz.com
                                          E-mail: jcook@vaheygetz.com