UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALVETECH, INC., :

    Plaintiff, :

v. :

       Case No. 6:17-cv-06788-FPG-MWP

AEROJET ROCKETDYNE, INC., :

    Defendant. :

_____

### NOTICE OF MOTION AND MOTION FOR ADMISSION OF <u>MIGUEL J. BOMBACH PRO HAC VICE</u>

**PLEASE TAKE NOTICE** that upon the annexed motion to appear *pro hac vice*, the Admission Petition Form signed by Miguel J. Bombach dated January 27, 2021, the Admission Sponsor Affidavit of John D. Esterhay dated January 27, 2021, and the completed Attorney's Oath, Civility Principles Oath, Attorney Data Base Information Form, and CM/ECF Registration form annexed hereto, we will move this Court pursuant to Rule 83.1 of the Local Rules of the United States Court for the Western District of New York, for an Order allowing admission of movant Miguel J. Bombach, a member of the firm of Perkins Coie LLP and a member in good standing of the Bar of the State of California, as attorney *pro hac vice* to appear as counsel for Plaintiff ValveTech, Inc., in the above-captioned action.

Dated: January 28, 2021         By:*/ s/John D. Esterhay*
                                Kevin J. Patariu
                                John D. Esterhay
                                Perkins Coie LLP
                                11452 El Camino Real, Suite 300
                                San Diego, CA  92130-2080
                                Telephone: (858) 720-5700
                                Fax: (858)720-5799
                                KPatariu@perkinscoie.com
                                JEsterhay@perkinscoie.com

                                Laurie A. Vahey
                                Vahey Getz LLP
                                144 Exchange Blvd., Suite 400
                                Rochester, New York 14614
                                Telephone: (585) 262-4427
                                Fax: (585) 262-3474
                                lvahey@vaheygetz.com
                                jgetz@vaheygetz.com

                                Attorneys for Plaintiff
                                VALVETECH, INC.