UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALVETECH, INC.,

          Plaintiff,

-vs-

AEROJET ROCKETDYNE, INC.,

          Defendant.

ORDER
17-CV-6788-FPG-MJP

WHEREAS, the Court conducted a conference with the parties via Zoom on January 27, 2021, for the purpose of discussing several outstanding discovery issues, including Plaintiff's Interrogatory Number 12, and

WHEREAS, after the parties and the Court engaged in a detailed discussion regarding the purpose behind Interrogatory Number 12 and what information Plaintiff is seeking, the Court emphasized that a substantive response would include:

1. Identification of the valves made by Defendant for the OMAC program;
2. The dates of creation of the valves, which would include the dates of assembly;
3. The dates when the valves were sent to Boeing; and
4. For any valves not sent to Boeing, identification of which valves were retained by Defendant.

Additionally, the Court indicated that if there exists a document that contains the aforesaid information, that could suffice as a substantive response.

Accordingly, it is hereby

ORDERED that Defendant provide a substantive response to Plaintiff's Interrogatory Number 12, as set forth above, by February 17, 2021.

**SO ORDERED**.

DATED:    January 28, 2021
                Rochester, New York

_____
MARK W. PEDERSEN
United States Magistrate Judge