UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALVETECH, INC., | : |
| Plaintiff, | : |
| v. | : Case No. 6:17-cv-06788-FPG-MWP |
| AEROJET ROCKETDYNE, INC., | : |
| Defendant. | : |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**DECLARATION OF JOHN D. ESTERHAY IN SUPPORT OF
<u>MOTION TO FILE UNDER SEAL</u>**

I, John D. Esterhay, hereby declare:

1.      I am an attorney at the law firm of Perkins Coie LLP, counsel of record to Plaintiff ValveTech, Inc. ("ValveTech"). I have personal knowledge of the facts set forth in this declaration and can testify competently to them if called upon to do so.  I submit this declaration in support of ValveTech's Motion to File Under Seal.

2.      Filing such documents under seal is appropriate in this case, as the documents sought be sealed contain information designated by Defendant Aerojet Rocketdyne Inc. ("Aerojet") and/or third-party The Boeing Company ("Boeing") as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order entered by the Court in this litigation.  (Dkt. No. 19-1.)

3.      Exhibit 1 is a is a true and correct copy of Aerojet Rocketdyne Inc.'s Responses to ValveTech, Inc.'s First Set of Requests for Admission (Nos. 1-38) dated December 23, 2020 and verified by Joel Landau on January 11, 2021.  Exhibit 1 contains quotes from presentations given by Aerojet to third-party Boeing that Boeing has produced in response to a subpoena and designated under the Protective Order as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, and that may contain information considered sensitive by Aerojet and/or Boeing.  As a result, ValveTech seeks to seal this exhibit in its entirety, as it is required to do under the

Protective Order, but ValveTech notes Exhibit 1 does not contain any information sensitive to ValveTech.

4.      Exhibit 3 is a true and correct copy of an excerpt from the Rough Draft Deposition Transcript of Mr. Alfred Little, taken on February 3, 2021.  The deposition transcript of Mr. Alfred has been designated under the Protective Order by Aerojet as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY in its entirety, and may contain information considered sensitive by Aerojet.  As a result, ValveTech seeks to seal this exhibit in its entirety, as it is required to do under the Protective Order, but ValveTech notes the particular excerpts of Mr. Little's deposition included in Exhibit 3 do not contain any information sensitive to ValveTech.  ValveTech is not waiving the right to contend that other portions of Mr. Little's deposition not included in Exhibit 3 contain information sensitive to ValveTech.

5.      Exhibit 5 a true and correct copy of a Memorandum of Understanding between Aerojet Rocketdyne and The Boeing Company dated October 26, 2015.  Exhibit 5 has been designated under the Protective Order as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, and may contain information considered sensitive by Aerojet and/or Boeing.  As a result, ValveTech seeks to seal this exhibit in its entirety, as it is required to do under the Protective Order, but ValveTech notes Exhibit 1 does not contain any information sensitive to ValveTech.

6.      WHEREFORE, Plaintiff ValveTech, Inc., requests that this motion be granted for all purposes in connection with this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on February 5, 2021 at San Diego, California.

*/s/ John D. Esterhay*_____
John D. Esterhay