UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALVETECH, INC., | : |
| Plaintiff, | : |
| v. | : |
| AEROJET ROCKETDYNE, INC., | : |
| Defendant. | : |
| | : |

Case No. 6:17-cv-06788-FPG-MWP

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

## [PROPOSED] ORDER GRANTING PLAINTIFF VALVETECH INC.'S MOTION TO FILE UNDER SEAL

The Court having reviewed the Declaration of John D. Esterhay in support of Plaintiff

ValveTech, Inc.'s Motion to File Under Seal, dated February 5, 2021, it is hereby ORDERED

that Plaintiff is granted permission to file under seal its Exhibits 1, 3 and 5 to Plaintiff's

Response to Defendant Aerojet Rocketdyne, Inc.'s ("Aerojet Rocketdyne") Brief Regarding

Two Issues Impacting the Appropriate Scope of the Deposition of Mr. Joel Landau and

attached to Declaration of John D. Esterhay in support thereof.


Dated: _____          _____

Hon. Mark W. Pedersen
United States Magistrate Judge