UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VALVETECH, INC.,

                Plaintiff,

-vs-

AEROJET ROCKETDYNE, INC.,

                Defendant.

ORDER
17-CV-6788-FPG-MJP

---

WHEREAS, plaintiff ValveTech, Inc. ("Plaintiff") filed a letter brief seeking a protective order precluding the deposition of Ms. Kimberly Barwell, which it electronically filed as a "motion for discovery" on February 3, 2021 (ECF No. 161), and

WHEREAS, the Court has reviewed Plaintiff's letter brief, and

WHEREAS, defendant Aerojet Rocketdyne, Inc. did not file any opposition to Plaintiff's letter brief, it is hereby

ORDERED that Plaintiff's motion for discovery seeking a protective order precluding the deposition of Ms. Kimberly Barwell (ECF No. 161) is GRANTED. Plaintiff is directed to submit its proposed protective order to the Court for review and signature if acceptable.

**SO ORDERED.**

DATED:    February 24, 2021
                Rochester, New York

                                                      _/s/ Mark W. Pedersen_
                                                        MARK W. PEDERSEN
                                                        United States Magistrate Judge