UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALVETECH, INC., : | |
| Plaintiff, : | Case No. 6:17-cv-6788-FPG-MWP |
| v. : | **PROTECTIVE ORDER PRECLUDING DEPOSITION OF MS. KIMBERLY BARWELL** |
| AEROJET ROCKETDYNE, INC., : | |
| Defendant. : | |

Before the Court is Plaintiff ValveTech, Inc.'s Motion for a Protective Order to Preclude the deposition of Ms. Kimberly Barwell in the above-captioned case.

**IT IS ORDERED** that the Motion is granted, and that a Protective Order barring Defendant from requesting or taking the deposition of Ms. Kimberly Barwell is hereby issued.

IT IS SO ORDERED this 26th day of February, 2021.

_____
Hon. Mark W. Pedersen
United States Magistrate Judge