UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALVETECH, INC., :

    Plaintiff, :

v. :

                          Case No. 6:17-cv-06788-FPG-MWP

AEROJET ROCKETDYNE, INC., :

    Defendant. :

___ ___ ___ ___ __ ____ ___ ___ ___ _

# **[PROPOSED] ORDER PRO HAC VICE OF DANIEL F. GELWICKS**

This matter is before the Court on the motion filed by Daniel F. Gelwicks, Esq., on March 22, 2021 on behalf of Defendant Aerojet Rocketdyne, Inc., requesting admission *pro hac vice* in the above-captioned case.

IT IS ORDERED that the Motion is granted, and Daniel F. Gelwicks is admitted to practice before this Court in the above matter.

IT IS SO ORDERED this  24th  day of           March           , 2021.

                                                        Honorable Mark W. Pedersen
                                                        United States Magistrate Judge