UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VALVETECH, INC.,

                  Plaintiff,                  ORDER
                                                      17-CV-6788-FPG-MJP

    -vs-

AEROJET ROCKETDYNE, INC.,

                  Defendant.

---

**WHEREAS**, on March 31, 2021, defendant Aerojet Rocketdyne's ("Defendant") filed a motion to file under seal: (i) its Memorandum of Law in Support of Aerojet Rocketdyne's Motion to Order Valvetech, Inc. to Serve a Redacted Version of the Report of Michal Timko Limited to Valvetech's Purported Trade Secrets; and (ii) the Declaration of Michael B. Eisenberg, Esq., in Support, with Exhibits A and B attached thereto (ECF No. 172), and

**WHEREAS**, the Court finds that the documents sought to be filed under seal serves the purpose of protecting confidential information pursuant to the parties' protective order and because the technical data contained in the documents is export controlled by the United States government.

For these reasons it is hereby,

**ORDERED**, that Defendant's motion to file documents under seal (ECF No. 171) is **GRANTED**. The Clerk is directed to file (i) Defendant's Memorandum of Law in Support of Aerojet Rocketdyne's Motion to Order Valvetech, Inc. to Serve a Redacted Version of the Report of Michal Timko Limited to Valvetech's Purported

Trade Secrets; and (ii) the Declaration of Michael B. Eisenberg, Esq., in Support, with Exhibits A and B attached thereto, under seal.

**IT IS SO ORDERED**

Dated:   April 8, 2021
         Rochester, NY

*[signature]*

Hon. Mark W. Pedersen
United States Magistrate Judge