

Daniel F. Gelwicks
312 577 1291
dgelwicks@steptoe.com

227 W. Monroe Street
Suite 4700
Chicago, IL 60606
312 577 1300 main
www.steptoe.com

May 5, 2021

VIA CM/ECF

Honorable Mark W. Pedersen
Western District of New York
Kenneth B. Keating Federal Building
100 State Street, Room 2330
Rochester, New York 14614

Re:   ***ValveTech, Inc. v. Aerojet Rocketdyne, Inc.***
      **Case No.: 6:17-cv-06788-FPG-MWP**

Dear Magistrate Judge Pedersen:

      Pursuant to the Court's Amended Scheduling Order of December 18, 2020, Document No. 149, Defendant Aerojet Rocketdyne submits this letter to request a one-week extension of the deadline to complete expert depositions of Defendant's experts, Mr. Alan Minick and Mr. David Crisalli.  Defendant contends a limited extension of the deadline is necessary in order to accommodate the availability of the witnesses.  Plaintiff ValveTech, Inc. consents to Defendant's request, and the parties have agreed to all dates for the expert depositions pending the Court's review of the proposed extension.  This is the parties' fourth request to extend this deadline.  The parties also agree that no other case deadlines are impacted by this request, including the June 14, 2021 deadline for the filing of any dispositive motions.

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Completion of Expert Depositions | May 14, 2021 | May 21, 2021 |
| Filing of Dispositive Motions | June 14, 2021 | June 14, 2021 (same) |

Honorable Mark W. Pedersen
May 5, 2021
Page 2

**Steptoe**

Sincerely,

*[signature: Daniel F. Gelwicks]*

Daniel F. Gelwicks

cc: Counsel of Record (via CM/ECF)