UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALVETECH, INC.,

                      Plaintiff,

          v.                                    Case No. 17-CV-6788-FPG

AEROJET ROCKETDYNE, INC.,

                      Defendant.

**DEFENDANT AEROJET ROCKETDYNE INC.'S
NOTICE OF MOTION FOR SUMMARY JUDGMENT
UNDER FEDERAL RULE OF CIVIL PROCEDURE 56**

PLEASE TAKE NOTICE THAT that pursuant to the Amended Scheduling Order (ECF No. 183), Defendant Aerojet Rocketdyne, Inc., by counsel, moves this Court before the Honorable Frank P. Geraci, Jr., Chief United States District Court Judge at the U.S. District Court for the Western District of New York, 100 State Street, Rochester, New York, 14614, for an order pursuant to Federal Rule of Civil Procedure 56 granting this Motion for Summary Judgment of the First ("Breaches of Contract"), Second ("Defend Trade Secrets (Federal Law)"), Third ("California Uniform Trade Secrets Act"), and Fourth ("Replevin") Causes of Action (all claims) in Plaintiff ValveTech, Inc.'s Second Amended Complaint (ECF No. 106), along with such other and further relief as this Court deems just and proper.

In support of its motion, Aerojet Rocketdyne, Inc. concurrently submits Defendant's Statement of Undisputed Material Facts pursuant to Local Rule 56(a)(1), and Defendant's Appendix to Local Rule 56 Statement of Materials Fact pursuant to Local Rule 56(a)(3) and Attached Exhibits 1-48 including the Declaration of Daniel F. Gelwicks, Esq. (Exhibit 1) and the Declaration of Alfred N. Little in Support of Summary Judgment (Exhibit 2), together with Aerojet

1

Rocketdyne's Memorandum of Law in Support of its Motion for Summary Judgment and a Certificate of Service.

Aerojet Rocketdyne, Inc. hereby requests oral argument on the motion herein and reserves the right to file Reply Papers pursuant to Local Rule 7(a)(1). It is requested that the Court issue a scheduling order fixing the date, time and place of oral argument.

Aerojet Rocketdyne, Inc. is filing a motion to seal its Memorandum Of Law In Support Of Its Motion For Summary Judgment; Statement Of Undisputed Material Facts In Support Of Its Motion For Summary Judgment; and Appendix To Local Rule 56 Statement Of Material Fact and Exhibits.

WHEREFORE, Defendant Aerojet Rocketdyne, Inc. respectfully requests that this Court grant its Motion for Summary Judgment on all claims.

Dated: June 14, 2021

STEPTOE & JOHNSON LLP

*/s/ Michael B. Eisenberg*
Michael Eisenberg
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
meisenberg@steptoe.com

Daniel F. Gelwicks
STEPTOE & JOHNSON LLP
227 West Monroe Street
Chicago, IL 60606
(312) 577-1291
dgelwicks@steptoe.com

*Counsel for Defendant*
*Aerojet Rocketdyne, Inc.*