**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

VALVETECH, INC.,

                Plaintiff,

        v.                               Case No. 17-CV-6788-FPG

AEROJET ROCKETDYNE, INC.,

                Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, I manually filed the foregoing:

(i)        Defendant Aerojet Rocketdyne Inc.'s Notice of Motion for Summary Judgment;

(ii)       Aerojet Rocketdyne Inc.'s Memorandum Of Law In Support Of Its Motion For Summary Judgment;

(iii)     Aerojet Rocketdyne Inc.'s Statement Of Undisputed Material Facts In Support Of Its Motion For Summary Judgment;

(iv)     Aerojet Rocketdyne Inc.'s Appendix To Local Rule 56 Statement Of Material Fact and Exhibits attached thereto;

(v)        Notice of Motion to File Documents Under Seal

(vi)      Declaration of Michael B. Eisenberg, Esq., In Support Of Motion to File Documents Under Seal

(vii)     Proposed Order Granting Motion to Seal

with the Clerk of the United States District Court, Western District of New York in accordance with the local rules and procedures for such a filing.

The following CM/ECF participants were electronically notified and provided copies of the above listed documents via email:

        Christopher J. Lattuca (clattuca@vaheygetz.com)
        Laurie A. Vahey (lvahey@vaheygetz.com)

Jon P. Getz (jgetz@vaheygetz.com)
Jared Kimball Cook (jcook@vaheygetz.com)
Vahey Muldoon Reston Getz LLP
114 Exchange Boulevard
Suite 400
Rochester, NY 14614

John D. Esterhay (jesterhay@perkinscoie.com)
Kevin John Patariu (kpatariu@perkinscoie.com)
Miguel J. Bombach (MBombach@perkinscoie.com)
Perkins Coie LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080

Laura Anne Vanderbrook (laura@vanderbrooklawpc.com)
Vanderbrook Law, P.C.
1 East Main Street, Floor 10
Rochester, NY 14614

Dated: June 14, 2021                    STEPTOE & JOHNSON LLP

                                         */s/ Michael B. Eisenberg*
                                        Michael Eisenberg
                                        STEPTOE & JOHNSON LLP
                                        1114 Avenue of the Americas
                                        New York, NY 10036
                                        (212) 506-3900
                                        meisenberg@steptoe.com

                                        Daniel F. Gelwicks
                                        STEPTOE & JOHNSON LLP
                                        227 West Monroe Street
                                        Chicago, IL 60606
                                        (312) 577-1291
                                        dgelwicks@steptoe.com

                                        *Counsel for Defendant*
                                        *Aerojet Rocketdyne, Inc.*