UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VALVETECH, INC.,

    Plaintiff,

v.                                      Case No. 17-CV-6788-FPG

AEROJET ROCKETDYNE, INC.,

    Defendant.

---

# ORDER

THIS MATTER came before the Court on defendant Aerojet Rocketdyne's motion to file documents under seal. Specifically, Defendant seeks the Court's permission to file under seal: (i) Aerojet Rocketdyne Inc.'s Memorandum of Law in Support of Its Motion For Summary Judgment; (ii) Aerojet Rocketdyne Inc.'s Statement Of Undisputed Material Facts In Support Of Its Motion For Summary Judgment, and (iii) Aerojet Rocketdyne Inc.'s Appendix To Local Rule 56 Statement Of Material Fact and Exhibits attached thereto.

The Court has considered all papers submitted regarding the motion, and for good cause shown:

**ORDERS** that defendant's motion to file documents under seal is hereby **GRANTED**. Defendant shall file its Memorandum of Law, Statement Of Undisputed Material Facts, and Appendix with attached exhibits, under seal with the Clerk of the Court.

Dated: June 24, 2021
Rochester, NY

                                                    Hon. Frank P. Geraci, Jr.
                                                    *Chief United States District Judge*