UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| VALVETECH, INC.,<br><br>                          Plaintiff,<br>v.<br><br>AEROJET ROCKETDYNE, INC.,<br><br>                          Defendant. | **NOTICE OF FIRM NAME CHANGE**<br><br>Case No.: 6:17-cv-06788-FPG-MJP |

**TO:   CLERK OF THE COURT AND ALL PARTIES OF RECORD**

      **PLEASE TAKE NOTICE**, that effective July 1, 2021, Vahey Getz, LLP, co-counsel for Plaintiff VALVETECH, INC., has a new name. Co-counsel's address remains the same. All future reference to the firm should be to the name and address listed below, and a copy of all notices given or required to be given and all papers served or filed in connection with this case should be served upon co-counsel at the below name and address:

**New Firm Name:** Vahey Law Offices, PLLC
144 Exchange Boulevard, Suite 400
Rochester, New York 14614

| | |
|---|---|
| Dated:  July 19, 2021 | **VAHEY LAW OFFICES, PLLC**<br><br>/s/ Laurie A. Vahey_____<br>Laurie A. Vahey, Esq.<br>Jared K. Cook, Esq.<br>*Co-Counsel for Plaintiff*<br>144 Exchange Boulevard, Suite 400<br>Rochester, New York 14614<br>Telephone: (585) 262-5130<br>lvahey@vaheylaw.com<br>jcook@vaheylaw.com |

**TO:   All counsel of record (via e-filing)**