UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALVETECH, INC.,

                Plaintiff,

v.

AEROJET ROCKETDYNE, INC.,

                Defendant.

**NOTICE OF WITHDRAWAL OF ATTORNEYS**

Case No.: 6:17-cv-06788-FPG-MJP

---

**LAURIE A. VAHEY**, declares and affirms under penalty of perjury the following is true and correct:

1. I am a member of the law firm of Vahey Law Offices, PLLC, formerly known as Vahey Getz, LLP.

2. This is submitted pursuant to Western District of New York Local Rule of Civil Procedure 83.2 (c)(3) to notify the Court of the withdrawal of two attorneys from this case.

3. Specifically, Christopher J. Lattuca, Esq., and Jon P. Getz, Esq. are no longer affiliated with this law firm that represents Plaintiff ValveTech, Inc.

4. Thus, Christopher J. Lattuca, Esq. and Jon P. Getz, Esq. should be removed from the docket as co-counsel of record for the party.

5. Jared K. Cook, Esq. and I remain affiliated with the law firm that represents the party and are co-counsel of record for that party.

Dated: July 19, 2021  **VAHEY LAW OFFICES, PLLC**

  s/Laurie A. Vahey
Laurie A. Vahey, Esq.
Jared K. Cook, Esq.
*Co-Counsel for Plaintiff*
144 Exchange Boulevard, Suite 400
Rochester, New York 14614
Telephone: (585) 262-5130
lvahey@vaheylaw.com
jcook@vaheylaw.com