UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALVETECH, INC., :

    Plaintiff, :

v. :

                                         Case No. 6:17-cv-06788-FPG-MWP

AEROJET ROCKETDYNE, INC., :

    Defendant. :

_____

## ORDER GRANTING MOTION TO FILE UNDER SEAL

THIS MATTER came before the Court on Plaintiff ValveTech, Inc.'s motion to file documents under seal. Specifically, Plaintiff seeks the Court's permission to file under seal: (i) Plaintiff ValveTech, Inc.'s Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment; (ii) Plaintiff ValveTech, Inc.'s Response in Opposition to Defendant's Statement of Undisputed Facts; and (iii) Plaintiff ValveTech, Inc.'s Appendix to Local Rule 56 Response in Opposition to Defendant's Statement of Undisputed Material Facts and Exhibits attached thereto.

The Court having considered all papers submitted regarding the motion, and for good cause shown: **ORDERS** that Plaintiff's motion to file documents under seal is hereby **GRANTED**. Plaintiff shall file its Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, Response in Opposition to Defendant's Statement of Undisputed Facts, and Appendix to Local Rule 56 Response in Opposition to Defendant's Statement of Undisputed Material Facts and Exhibits attached thereto, under seal with the Clerk of the Court.

Dated: December 14, 2021

                                                                      _____
                                                                        Hon. Frank P. Geraci, Jr.
                                                                        United States District Judge
                                                                        Western District of New York