**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

VALVETECH, INC.,

    Plaintiff,

    v.

AEROJET ROCKETDYNE, INC.,

    Defendant.

Case No. 17-CV-6788-FPG

# ORDER

THIS MATTER came before the Court on defendant Aerojet Rocketdyne's motion to file documents under seal. Specifically, Defendant seeks the Court's permission to file under seal: (i) Aerojet Rocketdyne Inc.'s Reply Memorandum of Law in Support of Its Motion For Summary Judgment; (ii) Aerojet Rocketdyne Inc.'s Reply Statement Of Undisputed Material Facts and Objections to ValveTech, Inc.'s Responses in Opposition, and (iii) Aerojet Rocketdyne Inc.'s Reply Appendix To Local Rule 56 Statement Of Material Fact and Exhibits attached thereto.

The Court has considered all papers submitted regarding the motion, and for good cause shown:

**ORDERS** that defendant's motion to file documents under seal is hereby **GRANTED**. Defendant shall file its Reply Memorandum of Law, Reply Statement Of Undisputed Material Facts and Objections to ValveTech, Inc.'s Responses in Opposition, and Appendix with attached exhibits, under seal with the Clerk of the Court.

Dated: December 14, 2021
Rochester, NY

Hon. Frank P. Geraci, Jr.
*United States District Judge*
*Western District of New York*