UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VALVETECH, INC., | : | |
| Plaintiff, | : | |
| v. | : | Case No. 6:17-cv-06788-FPG-MWP |
| AEROJET ROCKETDYNE, INC., | : | |
| Defendant. | : | |
| _____ | : | |

### [PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL

THIS MATTER came before the Court on Plaintiff ValveTech, Inc.'s motion to file documents under seal. Specifically, Plaintiff seeks the Court's permission to file under seal:

- Plaintiff Valvetech, Inc.'s Motion *in Limine* Submitting all Unresolved Objections to Video Deposition Testimony Pursuant to Local Rule 30(C)(4);

- The December 2, 2020, deposition transcript of Lisa Peterson;

- The January 27, 2021, deposition transcript of Andy Krochmalny;

- The January 28, 2021, deposition transcript of Jesse Ramos;

- The January 29, 2021, deposition transcript of Earl Peterson;

- The February 1, 2021, deposition transcript of Matthew Barber;

- The February 2, 2021, deposition transcript of Martin Bleck;

- The February 3, 2021, deposition transcript of Alfred Little;

- The February 24, 2021, deposition transcript of Janet Putz; and

- The March 9, 2021, deposition transcript of Joel Landau.

The Court, having considered all papers submitted regarding the motion, and for good cause shown: **ORDERS** that Plaintiff's motion to file documents under seal is hereby **GRANTED**. Plaintiff shall file the above-listed documents under seal with the Clerk of the Court.

Dated: _____          _____
                                                              Hon. Frank P. Geraci, Jr.
                                                              Chief United States District Judge