UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALVETECH, INC., : | |
| Plaintiff, : | |
| v. : | Case No. 6:17-cv-06788-FPG-MWP |
| AEROJET ROCKETDYNE, INC., : | |
| Defendant. : | |

_____

### [PROPOSED] ORDER GRANTING PLAINTIFF VALVETECH, INC.'S MOTION *IN LIMINE* SUBMITTING ALL UNRESOLVED OBJECTIONS TO VIDEO DEPOSITION TESTIMONY PURSUANT TO LOCAL RULE 30(c)(4)

Before the Court is Plaintiff ValveTech, Inc.'s Motion in Limine Submitting All Unresolved Objections to Video Deposition Testimony Pursuant to Local Rule 30(c)(4).

Having reviewed the papers submitted and the arguments of counsel, and good cause appearing therefore, it is hereby: **ORDERED** that Plaintiff's Motion is **GRANTED** and that all of Defendant Aerojet Rocketdyne, Inc.'s outstanding objections to Plaintiff's video deposition testimony are overruled.

The Court further finds that Defendant's conduct is sanctionable, and Defendant is **ORDERED** that Defendant pay Plaintiff's costs and fees to prepare its Motion.

Dated: _____          _____
                                        Hon. Frank P. Geraci, Jr.
                                        Chief United States District Judge