UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALVETECH, INC., : | |
| Plaintiff, : | Case No. 6:17-cv-06788-FPG |
| v. : | |
| AEROJET ROCKETDYNE, INC., : | |
| Defendant. : | |

**DEFENDANT AEROJET ROCKETDYNE, INC.'S NOTICE OF SUBMISSION OF VALVETECH'S OBJECTIONS TO AEROJET ROCKETDYNE'S DEPOSITION DESIGNATIONS PURSUANT TO LOCAL RULE 30(c)(4)**

PLEASE TAKE NOTICE that Defendant Aerojet Rocketdyne, Inc. ("Aerojet Rocketdyne"), through the undersigned counsel, submits Plaintiff ValveTech, Inc.'s Objections to Aerojet Rocketdyne's Deposition Designations pursuant to Local Rule 30(c)(4). Aerojet Rocketdyne concurrently submits a true and correct copy of ValveTech's Objections to Aerojet Rocketdyne's Deposition Designations.

Dated: October 6, 2023

By */s/ Michael B. Eisenberg*
Michael B. Eisenberg
STEVENS & LEE
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (646) 254-6381
Email: michael.eisenberg@stevenslee.com

*Attorney for Aerojet Rocketdyne, Inc.*

### A. Deposition of Paul Welker

| Page Number | Lines | Exhibits | Objections |
|---|---|---|---|
| 11 | 20-25 | | |
| 12 | 1-25 | | |

| Page Number | Lines | Exhibits | Objections |
|---|---|---|---|
| 14 | 14-20 | | |
| 15 | 9-25 | | |
| 16 | 1-25 | | |
| 17 | 1-6, 9-21 | Mullally Ex. 5[1] | |
| 18 | 14-25 | | |
| 19 | 8-15 | | |
| 20 | 9-25 | | |
| 21 | 1-25 | | |
| 22 | 1, 14-24 | | |
| 23 | 4-17, 25 | | |
| 24 | 1-18, 22-25 | | |
| 25 | 1-25 | | |
| 26 | 1-17 | | |
| 27 | 11-22 | | |
| 28 | 4-13, 18-25 | | |
| 29 | 1-17 | | |
| 31 | 10-22 | | |
| 37 | 10-22 | | |
| 38 | 1-10, 13-25 | | LF, S, 403, LC |
| 39 | 1-25 | | LF, S, 403 |
| 40 | 1-3 | | LC |
| 42 | 10-25 | | |
| 43 | 1-18 | | |
| 47 | 22-25 | | |
| 48 | 1-21 | | |
| 51 | 9-25 | Pullano Ex. 16 | |
| 52 | 1-17 | | |
| 54 | 3-22 | | |
| 56 | 19-25 | | |
| 57 | 1-7 | | |
| 58 | 16-25 | | |
| 59 | 1, 4-5 | | |
| 61 | 10-25 | Pullano Ex. 17 | |
| 62 | 1-5 | | |
| 63 | 12-25 | Pullano Ex. 17 | |
| 64 | 1-12 | Pullano Ex. 17 | |
| 74 | 17-20, 23-25 | | LF, S, 403 |
| 75 | 1-3, 7, 17-25 | | LF, S, 403, LC |
| 76 | 1-7 | | |
| 78 | 14-25 | Mullally Ex. 13 | |

---

[1] For all exhibits listed in Defendant's deposition designations, ValveTech reserves the right to object to the admission of that exhibit for any reason at trial, whether or not ValveTech is maintaining an objection to the associated deposition designation.

| Page Number | Lines | Exhibits | Objections |
|---|---|---|---|
| 80 | 9-20, 23-25 | | |
| 81 | 1-10 | | |
| 82 | 15-18, 21-25 | | LF, S, 403 |
| 83 | 1-6, 11-13, 17-21 | | LF, S, 403 |
| 86 | 24-25 | | |
| 87 | 1-8, 24-25 | | LC |
| 88 | 1-12, 15-21 | | |
| 89 | 10-25 | | |
| 90 | 1-12 | | |
| 100 | 16-25 | | |
| 101 | 1-12, 21-25 | | |
| 102 | 1-2 | | |
| 103 | 5-25 | | |
| 104 | 1-25 | | |
| 105 | 1-9, 12-25 | | |
| 106 | 1-25 | | |
| 107 | 1-25 | | |
| 108 | 1, 16-25 | | |
| 109 | 1-25 | | |
| 110 | 1-11, 15-25 | | |
| 112 | 3-11, 14-23 | | |
| 116 | 19-21 | | S, 403 |
| 117 | 1-3 | | S, 403 |
| 121 | 8-24 | | |
| 122 | 2-20 | | S, EX, LC |
| 123 | 4-6, 10-25 | | S, EX, LC |
| 124 | 1-7 | | |
| 127 | 21-25 | Bleck Ex. 13 | |
| 128 | 1-2, 6-8, 11-21 | | |
| 130 | 21-25 | | S, EX, LC |
| 131 | 3-18, 21-23 | | S, EX, LC |
| 132 | 2 | | S, EX, LC |
| 133 | 14-18 | | S, EX, LC |
| 134 | 1-5, 8-15, 18-24 | | S, EX, LC |
| 135 | 2-25 | | |
| 136 | 1-2, 5-20, 24-25 | | S, EX, LC |
| 137 | 1-2 | | 403 |
| 139 | 19-25 | | |
| 140 | 1-25 | | |
| 141 | 1-4 | | |
| 143 | 18-25 | | |
| 144 | 1-25 | | |
| 145 | 1-2, 12-14 | | |
| 147 | 5-10 | | |

| Page Number | Lines | Exhibits | Objections |
|---|---|---|---|
| 153 | 15-25 | | |
| 154 | 1-5 | | |

### B. Deposition of Jeffrey Pullano

| Page Number | Line Numbers | Exhibits | Objections |
|---|---|---|---|
| 11 | 19-20, 25 | | |
| 12 | 1-13 | | |
| 14 | 12-25 | | |
| 15 | 15-25 | | |
| 16 | 1-7, 23-25 | | |
| 17 | 1-4 | | |
| 18 | 6-14 | | |
| 20 | 18-25 | | |
| 21 | 1-9 | | |
| 24 | 9-14 | | |
| 28 | 17-25 | Pullano Exhibit 1 | |
| 29 | 1-9, 18-25 | Pullano Exhibit 1 | |
| 30 | 1-12 | Pullano Exhibit 1 | |
| 31 | 9-13, 18-22 | | S |
| 32 | 12-20 | | S, LC, 403 |
| 35 | 7-10, 13-17, 22-25 | | |
| 36 | 6-11, 19-21, 24-25 | Pullano Exhibit 5 | |
| 37 | 1, 14-22 | | |
| 38 | 4-6, 10-18, 22-25 | | |
| 39 | 1, 5-7, 15-25 | | LF |
| 40 | 1-3 | | |
| 41 | 4-25 | Exhibit 5 | |
| 42 | 1-9, 14-25 | Pullano Exhibit 5 | |
| 43 | 1-3 | | |
| 45 | 2-15 | Exhibit 5 | |
| 59 | 11-12, 15-21 | | S, LC |
| 61 | 4-9, 19-21 | Pullano Exhibit 6 | |
| 62 | 9-12, 15-25 | Deposition Exhibit 6 | |
| 63 | 6-7, 10-25 | Exhibits 1-2 | |
| 64 | 1-21 | Exhibits 2, 5-6 | |
| 65 | 16-25 | Exhibit 5 | |
| 66 | 1-25 | | |
| 67 | 1-24 | | |
| 69 | 15-25 | | |
| 70 | 1-17 | | |

| Page Number | Line Numbers | Exhibits | Objections |
|---|---|---|---|
| 71 | 9-23 | Exhibit 5 | |
| 72 | 20-22, 24-25 | Pullano Exhibit 7 | |
| 73 | 1-23 | Exhibits 5, 7 | |
| 74 | 9-25 | | |
| 75 | 1-25 | | |
| 76 | 1-3 | | |
| 77 | 10-25 | | |
| 78 | 1-18, 21-25 | | |
| 83 | 12-15 | | |
| 84 | 5-8 | Pullano Exhibit 8 | |
| 85 | 6-7, 9-11, 14-20 | | S, LC |
| 90 | 25 | | |
| 91 | 1-2, 5-25 | | |
| 92 | 1-2, 5-6 | | S, LF |
| 97 | 5-19, 21-22 | | |
| 99 | 14-21 | Little Exhibit 103 | |
| 100 | 6-25 | Little Exhibit 103 | |
| 101 | 1-14, 17-25 | Little Exhibit 103 | |
| 102 | 1-21 | Little Exhibit 103 | |
| 104 | 6-25 | Little Exhibit 103 | |
| 105 | 1-25 | Little Exhibit 103 | |
| 106 | 1-25 | Little Exhibit 103 | |
| 107 | 1-22, 24-25 | | |
| 108 | 1 | | |
| 109 | 14-25 | Little Exhibit 104 | |
| 110 | 1-10, 13-25 | Little Exhibit 104 | |
| 111 | 1-4, 23-25 | Little Exhibit 104 | |
| 112 | 1-25 | Little Exhibit 104 | |
| 113 | 1-22 | | |
| 114 | 3-13 | | |
| 115 | 16-25 | Little Exhibit 103 | |
| 116 | 10-12, 20-25 | Little Exhibit 105 | |
| 117 | 1-6, 9-15 | | S, LF, LC |
| 118 | 5-8, 12-25 | | S, LF, LC |
| 119 | 1-13 | | |
| 121 | 1-22 | Pullano Exhibit 9 | |
| 122 | 10-25 | | |
| 123 | 1-25 | | |
| 124 | 1-25 | | |
| 125 | 1-7, 13-19, 21-25 | | |
| 126 | 1, 3-25 | | |
| 127 | 19-25 | | |
| 128 | 1-8, 11-25 | Exhibit 9 | |
| 129 | 1-25 | Exhibit 9 | |

| Page Number | Line Numbers | Exhibits | Objections |
|---|---|---|---|
| 130 | 1-5 | | |
| 131 | 18-25 | Exhibit 9 | |
| 132 | 1-20 | | |
| 133 | 18-25 | | |
| 134 | 1-13 | | |
| 135 | 9-25 | Pullano Exhibit 10 | |
| 136 | 1-25 | | |
| 137 | 1-18, 20-25 | Exhibit 9 | |
| 138 | 1-25 | Exhibit 9 | |
| 139 | 1-4 | | EX |
| 140 | 3-5, 7-9, 21-25 | | S, EX, 403 |
| 142 | 4-25 | | |
| 143 | 3-7, 11-25 | | |
| 144 | 1-6, 8-12, 14-18, 23-25 | Bleck Exhibit 13 | |
| 145 | 1-7, 9-25 | Exhibit 9 | |
| 146 | 1, 3-12 | | |
| 147 | 17-25 | Bleck Exhibit 13 | |
| 148 | 1-25 | | |
| 149 | 1-10, 14-25 | | |
| 150 | 1-14, 18-20, 23-25 | | LC |
| 151 | 1-3, 6, 24-25 | | LC |
| 152 | 1-3, 13-22 | | LC |
| 153 | 4-8 | | |
| 157 | 2-19 | Exhibit 11 | |
| 159 | 3-10 | | |
| 160 | 13-25 | | |
| 161 | 1-4, 7-24 | | LF |
| 163 | 2-8, 15-25 | | |
| 164 | 1-8, 11-15, 19-25 | | S, LC |
| 165 | 3-4, 6-22, 25 | | |
| 166 | 1-22 | | |
| 169 | 1, 25 | Pullano Exhibit 13 | |
| 170 | 1-2, 9-18 | Exhibit 13 | |
| 171 | 5-25 | Exhibit 13 | |
| 172 | 1-13 | | |
| 173 | 24-25 | Pullano Exhibit 14 | |
| 174 | 1-5, 8-25 | | |
| 175 | 1-13, 19-21 | Pullano Exhibit 15 | |
| 176 | 3-19 | Pullano Exhibit 15 | |
| 177 | 1-25 | | |
| 178 | 1-14, 16-25 | | |
| 179 | 1-3, 11-13, 17-25 | Pullano Exhibit 16 | |
| 180 | 1, 4-25 | | |

| Page Number | Line Numbers | Exhibits | Objections |
|---|---|---|---|
| 181 | 1 | | |
| 182 | 1-2, 4-5 | | |
| 183 | 2-8, 11-21, 24-25 | | |
| 184 | 1-7 | | |
| 185 | 3-5, 11-16, 19-20 | Pullano Exhibit 17 | |
| 188 | 18-25 | | |
| 189 | 1, 4-7, 11, 19-22 | Pullano Exhibit 18 | |
| 190 | 22-25 | | |
| 191 | 1-7 | | |
| 192 | 20-25 | | |
| 193 | 1-4, 6-21 | | |
| 194 | 8-12, 14-25 | | |
| 195 | 9-15 | | |
| 196 | 5-17, 21-25 | | |
| 197 | 1-7, 18-20 | Pullano Exhibit 19 | |
| 198 | 1-6, 25 | | |
| 199 | 1-18 | | |
| 202 | 1-25 | | |
| 203 | 1 | | |
| 209 | 20-23 | | LC |
| 210 | 16-25 | | LC |
| 211 | 3 | | LC |
| 212 | 19-25 | | |
| 213 | 1-2 | | |
| 217 | 11-25 | Little Exhibit 66 | |
| 218 | 1-19, 22-25 | | |
| 219 | 1-3, 5-25 | | |
| 220 | 1-24 | | |
| 224 | 7-12, 15-25 | Exhibit 21 | |
| 225 | 1-10 | | |
| 227 | 3-4, 6-9, 11-25 | | |
| 228 | 1-7, 24-25 | | |
| 229 | 1-2, 4-19 | | |
| 230 | 4-5 | | |
| 231 | 25 | | 403, INCOMPLETE |
| 232 | 1-2 | | 403, INCOMPLETE |
| 234 | 14-25 | | |
| 235 | 1-11, 15, 20-25 | | |
| 236 | 1-25 | | |
| 239 | 18-25 | | |
| 241 | 7-13 | | |
| 243 | 13-24 | | |
| 261 | 12-17, 22-23 | | |
| 264 | 8-13, 17-25 | | |

| Page Number | Line Numbers | Exhibits | Objections |
|---|---|---|---|
| 265 | 1-2, 5-10, 14-19 | | |
| 268 | 9-13, 17-25 | | |
| 269 | 5-8 | | |
| 270 | 19-22, 25 | | |
| 272 | 18-20, 23-25 | | |
| 273 | 1-6 | | |
| 281 | 3-21 | | |
| 282 | 4-6, 9, 20-22, 25 | | |
| 283 | 4-25 | | |
| 284 | 1, 3-12 | | |
| 288 | 6-25 | | |
| 289 | 1-8, 22-24 | | |
| 290 | 1-12, 16, 23-25 | | |
| 291 | 1, 6-16, 19-25 | | |
| 292 | 1-11, 15-21, 25 | | |
| 293 | 1, 3-12, 16-19, 22-25 | | |
| 294 | 1-2, 6-8 | | |
| 295 | 2-12, 15 | | |
| 296 | 21-25 | | |
| 297 | 1, 5-11, 14-19 | | |
| 298 | 14-25 | | |
| 299 | 1-3 | | |
| 308 | 20-21, 23-25 | | |
| 309 | 1-3, 5-8, 21-25 | | |
| 310 | 3-20 | | |
| 312 | 2-6, 9-25 | | |
| 313 | 1, 3, 14-21 | | |
| 314 | 3-7, 23-25 | | |
| 315 | 1-12 | | |
| 318 | 24-25 | | |
| 319 | 2-7, 13-18. 20-25 | | |
| 320 | 1, 4-8, 21-23, 25 | | |
| 321 | 1-3, 18-20, 23-25 | | |
| 322 | 1 | | |

C. **Deposition of Chad Mitchell**

| Page Number | Lines | Exhibits | Objections |
|---|---|---|---|
| 8 | 10-14 | | |
| 9 | 19-25 | | |
| 10 | 1-5 | | |
| 14 | 22-25 | | |
| 22 | 11-16 | | |

| Page Number | Lines | Exhibits | Objections |
|---|---|---|---|
| 23 | 19-25 | | |
| 24 | 1-5, 9-13 | | |
| 25 | 7-10, 23-25 | | |
| 26 | 1-5 | | |
| 39 | 24-25 | | |
| 40 | 1-24 | | |
| 43 | 12-25 | | |
| 44 | 1-2, 24-25 | | |
| 45 | 1-4 | | |
| 46 | 1-21 | Pullano Ex. 2 | |
| 49 | 4-9, 19-24 | | |
| 54 | 10-12, 16-25 | | LC |
| 55 | 1-18, 22-25 | | LC |
| 56 | 1-3, 6-7 | | LC |
| 57 | 1-15 | | |
| 60 | 20-25 | | |
| 61 | 1-16 | | |
| 64 | 21-25 | | |
| 65 | 22-25 | | |
| 66 | 3-15, 23-24 | | |
| 67 | 3-10 | | |
| 68 | 7-8, 12-16 | | |
| 70 | 15-17, 20-24 | | |
| 72 | 6-19 | | |
| 76 | 4-9, 19-25 | | |
| 80 | 21-25 | | S, LC |
| 81 | 5-21 | | S, LC |
| 84 | 25 | | |
| 85 | 1, 5-13 | | |
| 89 | 4-6, 11-22 | | |
| 90 | 8-17 | | |
| 101 | 19-24 | | |
| 102 | 1-19, 24-25 | | S, LC |
| 103 | 1-2, 24-25 | | EX, LC |
| 104 | 4-16 | | |
| 114 | 7-14 | | |
| 118 | 22-25 | | LC |
| 119 | 6-12, 14-23 | | LC |
| 120 | 2-15 | | |
| 121 | 8-25 | | |
| 122 | 1-2, 7-11, 21-25 | | LC |

D.  **Deposition of Lisa Peterson**[2]

| Page Number | Line | Exhibit | Objections |
|---|---|---|---|
| 15 | 5-12, 24-25 | | |
| 16 | 1-11 | | |
| 18 | 10-15 | | |
| 20 | 7-12 | Exhibit 73 | |
| 21 | 13-23 | | |
| 40 | 10-14, 23-25 | | |
| 41 | 2-4, 8-12, 16 | | |
| 43 | 13-14, 16-25 | | |
| 44 | 2-4, 7-14 | | |
| 46 | 12-14, 16-20, 24-25 | Exhibit 10 | |
| 47 | 1-13, 16-23 | | |
| 49 | 18-21 | | |
| 50 | 14-24 | | |
| 51 | 1-6 | | |
| 67 | 9-22 | | |
| 71 | 15-20 | | |
| 79 | 13-20 | | INCOMPLETE |
| 95 | 5-25 | Exhibit 18 | |
| 110 | 18-25 | Exhibit 18 | |
| 111 | 1, 3, 5-7, 9-18, 20-22, 24-25 | | |
| 112 | 1-5 | | |
| 119 | 7-14 | | |
| 127 | 19-21, 23-25 | | |
| 128 | 1-6 | | |
| 134 | 9-11, 13-16 | | |
| 143 | 16-21 | | |
| 144 | 14-25 | | |
| 145 | 1-13 | | |
| 150 | 17-25 | Exhibit 15 | |
| 151 | 1-9 | | |
| 152 | 10-25 | | |
| 153 | 1-13, 15-20 | | |
| 154 | 8-25 | | |
| 160 | 7-10, 12-21, 23-25 | | |
| 161 | 1-3, 6-10, 23-25 | Exhibit 16 | |
| 162 | 1-16 | | |
| 163 | 5-24 | | |
| 189 | 17-24 | Exhibit 68 | |

---

[2] The page number and line provided by Aerojet apparently refer to the original, uncorrected version of the Lisa Peterson transcript first provided by the court reporter.

| Page Number | Line | Exhibit | Objections |
|---|---|---|---|
| 204 | 4-10, 13-25 | Exhibit 8 | |
| 205 | 1-25 | | |
| 211 | 10-25 | Exhibit 12 | |
| 212 | 1-5, 7-25 | | |
| 213 | 1-3, 5-10, 13-18, 21-24 | | |
| 215 | 8-11, 13-19, 21-22 | | |
| 221 | 19-23 | | |
| 222 | 1-4, 6-9, 11-13, 15-18, 21-25 | | |
| 223 | 1-5 | | |
| 225 | 13-25 | | |
| 226 | 1-6, 10-12 | | |
| 228 | 19-25 | | |
| 229 | 1-2, 6-7 | | |
| 230 | 9-17, 20-21, 23-25 | | |
| 231 | 1, 4-11 | | |
| 237 | 8-12, 15-18 | | |
| 244 | 9-25 | Exhibit 7 | |
| 246 | 16-18, 21-23, 25 | | |
| 247 | 1-5, 8-9, 11-14 | | |
| 249 | 10-19 | | |
| 251 | 5-8, 10 | | |

E. **Deposition of Erin Mullally**

| Page Number | Line Number | Exhibits | Objections |
|---|---|---|---|
| 13 | 7-25 | | |
| 14 | 1 | | |
| 15 | 16-23 | | |
| 17 | 13-21 | | |
| 18 | 15-22 | | |
| 19 | 5-12 | Pullano Ex. 5 | |
| 20 | 1-16 | | |
| 21 | 21-25 | Pullano Ex. 5 | |
| 22 | 1-12 | | |
| 26 | 22-25 | | |
| 27 | 1-7, 14-19, 23-25 | Pullano Ex. 5 | S, 403 |
| 28 | 1-25 | Pullano Ex. 5 | S, 403 |
| 29 | 1-2, 4 | Pullano Ex. 5 | |
| 31 | 9-25 | Pullano Ex. 5 | |
| 32 | 1-9, 14-25 | Pullano Ex. 5 | |
| 33 | 1-8, 14-25 | | |
| 34 | 1-25 | | |

| Page Number | Line Number | Exhibits | Objections |
|---|---|---|---|
| 35 | 1-4, 9-15 | | |
| 36 | 4-8 | | LF, INCOMPLETE |
| 37 | 3-9 | | LF, INCOMPLETE |
| 38 | 18-25 | | |
| 39 | 1-25 | Pullano Ex. 5 & 14 | |
| 40 | 1-19, 24-25 | | |
| 41 | 1-9, 14-25 | Pullano Ex. 14 | |
| 42 | 16-24 | | |
| 43 | 8-25 | Pullano Ex. 5 | |
| 44 | 1-7 | | |
| 49 | 2-25 | Mullally Ex. 1 | |
| 50 | 1-25 | | |
| 51 | 1, 5-8 | | |
| 53 | 4-9, 12-23 | | LC |
| 54 | 1-7, 11-22, 25 | | LC |
| 55 | 1-6, 17-24 | | LC |
| 56 | 7-13, 15-21 | | LC, 403 |
| 60 | 5-23 | Mullally Ex. 2, 3 | |
| 65 | 15-24 | | |
| 68 | 21-24 | | |
| 69 | 3 | | |
| 70 | 4-7, 10-17 | Pullano Ex. 16, | |
| 79 | 4-24 | | |
| 80 | 21-25 | | |
| 81 | 1-6 | | |
| 82 | 4-25 | Mullally Ex. 5 | |
| 83 | 1-5, 8-9 | | |
| 84 | 4-17, 22-24 | Mullally Ex. 6 | |
| 85 | 6-7, 11-25 | Mullally Ex. 5 | LC |
| 86 | 1-19 | | |
| 87 | 10-18, 21-25 | | |
| 88 | 1-14, 23-25 | | |
| 89 | 1-3, 8-13, 21-25 | Mullally Ex. 6 | LC |
| 90 | 1-4, 9-15 | | |
| 91 | 22-24 | Mullally Ex. 7 | |
| 92 | 4-8, 15-18 | Mullally Ex. 8 | |
| 95 | 18-23 | | |
| 96 | 4-18 | | |
| 97 | 12-16 | | |
| 100 | 21-25 | | |
| 101 | 1-9, 24-25 | | |
| 102 | 1-3 | | |
| 103 | 5-7, 12-19 | Mullally Ex. 9 | |
| 104 | 24-25 | Mullally Ex. 9 | |

| Page Number | Line Number | Exhibits | Objections |
|---|---|---|---|
| 105 | 1-2 | | |
| 106 | 22-25 | | |
| 107 | 1-13 | | |
| 114 | 10-16, 18-21 | | |
| 115 | 9-25 | Mullally Ex. 10 | |
| 116 | 1-11 | | |
| 118 | 21-25 | Mullally Ex. 9 | |
| 119 | 1-4 | | |
| 120 | 12-19 | | |
| 124 | 25 | | |
| 125 | 1-3, 9-19 | Mullally Ex. 11 | |
| 132 | 8-17, 20-25 | Mullally Ex. 9 | |
| 133 | 1-9 | | |
| 134 | 9-21, 25 | Mullally Ex. 9 & 12 | |
| 135 | 1-25 | Mullally Ex. 12 | |
| 136 | 1, 18-25 | Mullally Ex. 11 | |
| 137 | 1-15 | | LC |
| 138 | 1-20, 23-24 | | LC |
| 142 | 22-25 | | |
| 143 | 1-7 | | |
| 159 | 25 | | |
| 160 | 1-6 | | |
| 161 | 3-5, 11-13, 16 | | 403, LC |
| 162 | 16-25 | | LC |
| 163 | 1-3, 6-15, 24-25 | | LC |
| 164 | 1-25 | | LC |
| 165 | 1-17, 20-25 | | LC |
| 166 | 1-3, 13-17, 22-24 | Mullally Ex. 14 | |
| 167 | 6-20 | Mullally Ex. 14 | |
| 169 | 3-5, 18-25 | | LC |
| 171 | 2-5, 7-11 | | LC |
| 175 | 9-25 | Mullally Ex. 15 | |
| 176 | 1-8, 11-25 | | |
| 177 | 1-3, 6-15 | | |
| 180 | 13-22 | Mullally Ex. 17 | |
| 181 | 1-25 | Mullally Ex. 18 | |
| 182 | 1-2 | | |
| 183 | 19-25 | Mullally Ex. 19 | |
| 184 | 2-25 | | |
| 185 | 1-22 | | |
| 186 | 7-13, 16-18 | | LC |
| 187 | 13-16 | | LC |
| 188 | 3-6 | | LC |
| 189 | 19-25 | Pullano Ex. 7 | |

| Page Number | Line Number | Exhibits | Objections |
|---|---|---|---|
| 190 | 1-13 | | |
| 191 | 9-15 | | |
| 192 | 3-15, 19-25 | | 403 |
| 198 | 9-25 | Mullally Ex. 19 | |
| 199 | 1 | | |
| 201 | 12-25 | | |
| 202 | 1-11 | | |
| 209 | 5-25 | Mullally Ex. 21 | |
| 210 | 1-9 | | |
| 211 | 3-12 | | |
| 212 | 6-11 | | |
| 214 | 5-22 | | |
| 215 | 8-25 | Mullally Ex. 22 | |
| 216 | 1-4, 7-21, 25 | Mullay Ex. 23 | LF |
| 217 | 1-2, 4-18 | Mullay Ex. 23 | |
| 218 | 2-25 | | S, LC |
| 219 | 1-25 | | |
| 220 | 1, 24-25 | | S, LF, 403, INCOMPLETE |
| 221 | 1-14, 24-25 | | S, LF, 403 |
| 222 | 1-4, 18-23 | Mullally Ex. 24, 25 | |
| 223 | 7-25 | Mullay Ex. 24 | |
| 224 | 1-25 | | |
| 225 | 1-21 | | |
| 226 | 15-25 | | |
| 227 | 1-25 | | |
| 230 | 6-13 | | |
| 236 | 24-25 | | |
| 237 | 1, 8-10 | | LC |
| 239 | 16-19 | Mullally Ex. 27 | |
| 240 | 17-25 | | |
| 241 | 1-9 | | |
| 245 | 5-25 | | |
| 253 | 10-19 | | |
| 260 | 4-24 | | |
| 267 | 20-25 | | |
| 268 | 1-23 | | |
| 269 | 13-25 | Pullano Ex. 22 | |
| 270 | 1-25 | | |
| 271 | 1-11, 19-25 | | |
| 272 | 16-18, 20-25 | | |
| 273 | 1-3 | | |
| 275 | 6-22 | | |
| 276 | 7-10, 13 | | |