UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALVETECH, INC., | : |
| Plaintiff, | : |
| v. | : Case No. 6:17-cv-06788-FPG |
| AEROJET ROCKETDYNE, INC., | : |
| Defendant. | : |

**PLAINTIFF VALVETECH, INC.'S RESPONSE TO DEFENDANT'S NOTICE OF SUBMISSION OF VALVETECH'S OBJECTIONS TO DEPOSITION DESIGNATIONS**

On October 6, 2023, Defendant Aerojet Rocketdyne, Inc. ("Aerojet") submitted Plaintiff ValveTech, Inc.'s ("ValveTech") objections to Aerojet's deposition designations, purportedly pursuant to Local Rule 30(c)(4).  *See* Dkt. 308.  Aerojet's submission should be disregarded.

First, Aerojet's notice was not a motion *in limine*, as required by the Rule.  *See* L.R. 30(c)(4).  Second, Aerojet's notice was untimely, and should be deemed waived as late.  *See* Ex. A (counsel for ValveTech discussing deadline for L.R. 30(c)(4) MILs with counsel for Aerojet).  Third, even if Aerojet's notice were a motion *in limine* and had been timely, it fails to engage with the merits of ValveTech's objections, and thus provides no grounds for overruling any of them.

To the extent Aerojet is permitted to address ValveTech's objections to Aerojet's deposition designations at a later date, despite failing to timely or substantively comply with L.R. 30(c)(4), ValveTech reserves the right to respond to whatever substantive arguments Aerojet makes.

October 9, 2023								By:/ s/ *John D. Esterhay*
  Laurie A. Vahey
  Vahey Getz LLP
  144 Exchange Blvd., Suite 400
  Rochester, New York 14614
  Tel: 585-262-5130
  lvahey@vaheygetz.com

  Kevin J. Patariu
  John D. Esterhay
  Miguel J. Bombach
  Abigail Gardner
  Perkins Coie LLP
  11452 El Camino Real, Suite 300
  San Diego, CA  92130-2080
  Telephone: (858) 720-5700
  Fax: (858)720-5799
  KPatariu@perkinscoie.com
  JEsterhay@perkinscoie.com
  MBombach@perkinscoie.com
  AGardner@perkinscoie.com

  Attorneys for Plaintiff
  VALVETECH, INC.