UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALVETECH, INC., | : |
| Plaintiff, | : |
| v. | : |
| | Case No. 6:17-cv-06788-FPG-MWP |
| AEROJET ROCKETDYNE, INC., | : |
| Defendant. | : |
| | : |

### DECLARATION OF JOHN D. ESTERHAY IN SUPPORT OF PLAINTIFF VALVETECH, INC.'S RESPONSE TO DEFENDANT'S NOTICE OF SUBMISSION OF VALVETECH'S OBJECTIONS TO DEPOSITION DESIGNATIONS

I, John D. Esterhay, hereby declare:

1. I am an attorney at the law firm of Perkins Coie LLP, counsel of record to Plaintiff ValveTech, Inc. ("ValveTech"). I have personal knowledge of the facts set forth in this declaration and can testify competently to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of a September 8, 2023 email from Michael B. Eisenberg to counsel for ValveTech.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on October 9, 2023.

*/s/ John D. Esterhay*
John D. Esterhay