**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **VALVETECH, INC.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 6:17-cv-06788-FPG-MJP** |
| | ) | |
| **AEROJET ROCKETDYNE, INC.,** | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

**NOTICE OF MOTION AND MOTION FOR ADMISSION OF**
**STEPHANIE LOPEZ PRO HAC VICE**

PLEASE TAKE NOTICE THAT upon the annexed motion to appear *pro hac vice*, the Admission Petition Form signed by Stephanie Lopez dated October 9, 2023, the Admission Sponsor Affidavit of Michael B. Eisenberg dated October 10, 2023, and the completed Attorney's Oath, Civility Principles and Guidelines Oath, Attorney Database and electronic Case Filing Registration Form annexed hereto, we will move this Court pursuant to Rule 83.1 of the Local Rules of the United States Court for the Western District of New York for an order allowing admission of movant Stephanie Lopez, an associate with the firm Stevens & Lee and a member in good standing of the Bar of the State of New Jersey, as attorney *pro hac vice* to appear as counsel for Defendant Aerojet Rocketdyne, Inc. in the above-captioned action.

Dated: October 10, 2023.

By*/s/ Michael B. Eisenberg*
Michael B. Eisenberg
STEVENS & LEE
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (646) 254-6381
Email:  michael.eisenberg@stevenslee.com

*Attorney for Aerojet Rocketdyne, Inc.*

1