# UNITED STATES DISTRICT COURT

__WESTERN__      DISTRICT OF      __NEW YORK__

| VALVETECH, INC. | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | Case Number: 6:17-CV-06788-FPG-MJP |
| AEROJECT ROCKETDYNE, INC. | |

| PRESIDING JUDGE<br>Hon. Frank P. Geraci, Jr. | PLAINTIFF'S ATTORNEY<br>Laurie A. Vahey, Esq. | DEFENDANT'S ATTORNEY<br>Michael B. Eisenberg, Esq. |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS[1] AND WITNESSES |
|---|---|---|---|---|---|
| | 400 | | | | ValveTech Purchase Order 4410009820 |
| | 401 | | | | Aerojet 30(b)(6) Notice of Deposition to ValveTech |
| | 402 | | | | ValveTech Terms and Conditions - All sales |
| | 403 | | | | ValveTech Purchase Order 4410009820 |
| | 404 | | | | PO 4410009820 Ex A Modifications to PWR GP7 dated 8-15-2006 Trbidion 2: 11-10-2006 |
| | 405 | | | | UTC Standard Terms & Conditions of Purchase June 1, 2006 Version used by Pratt & Whitney Rocketdyne A United Technologies Company PWR GP1 Dated 5/15/2006 Revision 2:11-10-2006 |
| | 406 | | | | Purchase Order 4410009820 Exhibit B Milestone Schedule |
| | 407 | | | | ValveTech Inc. Request for Proposal for OMAC Propellant Isolation Valves |
| | 408 | | | | ValveTech Inc. Request for Proposal for CCtCap OMAC Propellant Isolation Valves |
| | 409 | | | | Aerojet Team Product Document - Program Title: Commercial Crew Integrated Capability (CCiCap) and Commercial Crew Transportation Capability (CCtCap)Program -  Engineering Information Document |
| | 410 | | | | Email string re: Lisa Chilcoat & Kim Ponciano will be at ValveTech Thursday Nov 20 |
| | 411 | | | | Aerojet Change Order no. 1 for PO 200033660 - Supplier ValveTech |
| | 412 | | | | Aerojet General Provisions |
| | 413 | | | | Email string and attachments  re: ValveTech Comments to Aerojet General Provision, SCM-AS302-1 Rev November  15, 2013 - |
| | 414 | | | | ValveTech Invoice No. 11636  to Aerojet Order No. 2375; PO No. 4410009820 |
| | 415 | | | | Email string re: 868014 ValveTech Valves OMAC Rev0 |
| | 416 | | | | Janet Putz email to Erin Mullally and Chad Mitchell re: AR/VT NDA - attaching expired signed NDA |
| | 417 | | | | ValveTech Invoice No. 11784  to Aerojet Order No. 2785; PO No. 200033660 |
| | 418 | | | | Email string re; OMAC PIV Main Valve - SN0009 Downstream Valve and other parts |
| | 419 | | | | ValveTech invoice No. 11948 to Aerojet Order No. 2785; PO 200033660 Rev 25 |
| | 420 | | | | Aerojet Stop Work Notice and Acknowledgment to ValveTech  PO 200033660 |
| | 421 | | | | ValveTech - Request for Proposal for  CCtCap OMAC Propellant Isolation Valve - Revision A |
| | 422 | | | | Email string with Erin Mullally and Hal Martin re: VTI Cease and Desist |
| | 423 | | | | Hastings Letter to Aerojet re: Request for Quotation No. 903073 and Non-Disclosure Agreement |
| | 424 | | | | Email from Erin Mullally to Jesse Ramos re: Phone Call |

---

[1] Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| VALVETECH, INC. | | | vs. | AEROJET ROCKETDYNE, INC. | CASE NO. 6:17-CV-06788-FPG-MJP |
|---|---|---|---|---|---|
| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 425 | | | | Email response from Erin Mullally to Jesse Ramos response to 8/15/2017 email re: Phone Call |
| | 426 | | | | Email string - Erin Mullally and Jesse Ramos re: Next Steps - VTI/AR |
| | 427 | | | | Email string - Erin Mullally and Jesse Ramos re: AR/VTI Next Steps |
| | 428 | | | | USDC WDNY Trade Secret Disclosure filed under seal |
| | 429 | | | | Non-Disclosure Agreement for 2 way disclosures - Aerojet and ValveTech |
| | 430 | | | | USDC WDNY Amended Complaint Filed under seal |
| | 431 | | | | ValveTech Responses and Objections to Defendant Aerojet Rocketdyne's Notice of 30(b)(6) deposition to ValveTech |
| | 432 | | | | Aerojet's Notice of Deposition of Plaintiff ValveTech Pursuant to Fed R Civ P 30(b)(6) |
| | 433 | | | | Exhibit G - Affidavit of Erin Mullally in Support of Application for Temporary Restraining Order and Preliminary Injunctive Relief |
| | 434 | | | | Non-Disclosure Agreement - for 2 way Disclosures - Aerojet and ValveTech |
| | 435 | | | | ValveTech Packing List - Ship to AeroJet - Order No 2785 Order date 4/23/2015; PO 200033660 and Certificate of Conformance PO 200033660 Rev33 |
| | 436 | | | | Email string re: OMAC PIV Main Valve - SMHFT Data Packages (EIDPs) |
| | 437 | | | | Seat Assembly drawing - ValveTech Dwg No. 26074 - and Engineering Change Notices |
| | 438 | | | | United States Patent - No. 6,135,132 Valve Seat Arrangement - Inventors - Paul Welker and Michael Mullally Assignee ValveTech |
| | 439 | | | | USDC WDNY - ValveTech Responses and Objections to Defendant Aerojet Inc's Second Set of Interrogatories |
| | 440 | | | | USDC WDNY - ValveTech Responses and Objections to Aerojet First Set of Interrogatories |
| | 441 | | | | Aerojet Specification - Type: Procurement - Title - Orbital Maneuver and Control (OMAC) Propellant Isolation Valves Requirements |
| | 442 | | | | Aerojet Specification - Type: Procurement - Title: Valve Assembly, Isolation, Propellant, Orbital Maneuvering and Control (OMAC) |
| | 443 | | | | Pratt & Whitney - Team Product Document - No. SOW-00276; Program Title: Commercial Crew Integrated Capability (CCiCap) Program; Statement of Work for the Orbital maneuver and Control (OMAC) Propellant Isolation Valves |
| | 444 | | | | Pratt & Whitney Team Product Document - No. DRD-1236 Rev A: Title Commercial Crew Integrated Capability (CCiCap) program; Engineering Information document |
| | 445 | | | | Pratt & Whitney Team Product Document; NO. DRD-1236 Rev A; Program Title - Commercial Crew Integrated Capability (CCiCap) Program; Engineering Information Document |
| | 446 | | | | Draft Stress Analysis OMAC Propellant Isolation Valves Prepared by James R. Jones for Dean Palmer |
| | 447 | | | | Email string re: PO 200033660 Authority to Proceed with DBA |
| | 448 | | | | USDC WDNY ValveTech Responses and Objections to Aerojet's Fourth set of Interrogatories |
| | 449 | | | | 12248 PW Rocketdyne Isolation Valve Pressure/Force Conditions |

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| | VALVETECH, INC. | | vs. | AEROJET ROCKETDYNE, INC. | CASE NO. 6:17-CV-06788-FPG-MJP |
|---|---|---|---|---|---|
| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 450 | | | | ValveTech - Michael Mullally memo to Jerry Gilbert re: OMAC |
| | 451 | | | | Email string with Erin Mullally and Hal Martin re: OMAC Licensing Agreement |
| | 452 | | | | Email string re: 873057 Valves SBIRS Rev00 - cost still valid |
| | 453 | | | | Email string between Welker and Greg Shelton re: CCtCap RFP 513288, CCtCap OMAC Propellant Isolation Valve |
| | 454 | | | | ValveTech Website Archives - Product Category Valves - |
| | 455 | | | | Email string re: 4410009820 Version 3 |
| | 456 | | | | VTI 12248 OMAC Isolation Valve Program Master Program Schedule - ValveTech, Inc. |
| | 457 | | | | Boeing Commercial Crew Integrated Capability (CCiCap) Space Act Agreement |
| | 458 | | | | Pratt & Whitney Rocketdyne's Request for Quote RFQ 513067 |
| | 459 | | | | Ex 3 to Second amended complaint - ValveTech's Response to Request for Proposal for OMAC Program |
| | 460 | | | | Ex. 1 to Second Amended Complaint - Final Revised Purchase Order |
| | 461 | | | | Version 3 of Purchase Order Number 4410009820 - unsigned |
| | 462 | | | | Version 3 of Purchase Order Number 4410009820 Signature page only |
| | 463 | | | | Boeing Commercial Crew Transportation Capability Contract (CCtCap) |
| | 464 | | | | Change Order No. 37 to PO 200033660 |
| | 465 | | | | Change Order No. 14 to PO 200033660 |
| | 466 | | | | Sow-00276 Rev A |
| | 467 | | | | SOW TPD-330693 |
| | 468 | | | | DRD 1244 Rev A |
| | 469 | | | | Intentionally Blank |
| | 470 | | | | Intentionally Blank |
| | 471 | | | | Intentionally Blank |
| | 472 | | | | Second Amended Complaint |
| | 473 | | | | AeroJet Change Order No. 14 to PO No. 4410009820 |
| | ~~474~~ | | | | ~~Ex. 2 to Second amended complaint - Terms and conditions including supplement~~ |
| | 475 | | | | J. Waller and M. Reynolds, Lessons learned during Fabrication of a PTFE seal in a Redesigned PRCS Thruster valve AIAA 2000-3546 |
| | 476 | | | | The NASA book Design of Liquid Propellant Rocket Engines (2d Ed 1971 |
| | 477 | | | | Aerospace Fluid Component's Designer's handbook RPL-TDR-64-25, 1970 |
| | 478 | | | | ValveTech Critical Design Review Meeting for P/N 12248 Propellant Isolation Valve. Commercial Crew Integrated Capability Program for AeroJet (2013 CDR |
| | 479 | | | | Aerojet Rocketdyne: OMAC Isolation Common Body Valve Design M. Bleck July 7, 2017 |
| | 480 | | | | Drawing No. 26057 DEB - Valve Assembly, Downstream |
| | 481 | | | | Photo of Physical ValveTech OMAC Valve |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| VALVETECH, INC. | | vs. | AEROJET ROCKETDYNE, INC. | | CASE NO. 6:17-CV-06788-FPG-MJP | |
|---|---|---|---|---|---|---|
| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 482 | | | | Email from Nick Bruno to Janet Putz re: visit slide packages with attachments - various PowerPoints | |
| | 483 | | | | Final Report: The Design and Development of a Miniature Bi-Stable latching Solenoid Valve for Low Thrust Resist jets by R.A. Lynch. N72 33480 | |
| | 484 | | | | Drawing No. 26125 D. Cage Code OBXC9 Sheet 2 of 3 | |
| | 485 | | | | Drawing No. 26125 D. Cage Code OBXC9 Sheet 3 of 3 | |
| | 486 | | | | Email from Paul Welker to Natalie Lockwood re RFQ 11713-NL CCiCap Vent Valve and attachments | |
| | 487 | | | | Email from Paul Welker to Jeffrey Zimmerman re RFQ Valve Assembly and attachments | |
| | 488 | | | | Drawing No. R141106D1 Rev. A - Schematic for Seal, Poppet , OMAC Isolation Valve | |
| | 489 | | | | Drawing No. R141104A1 - Rev E Schematic for Poppet Assy, Valve - OMAC Isolation | |
| | 490 | | | | Drawing No. 408021 Rev E. Poppet, oxidizer Vale Ass | |
| | 491 | | | | Drawing No. 402903 Rev D - Seal Poppet Nose Oxidizer Valve | |
| | 492 | | | | Drawing No. 409465 Rev. F Valve Assy Oxidizer | |
| | 493 | | | | J. Waller et al Factors Contributing to the Extrusion of Monomethylhydrazine Pilot Operated Valve Seal NASA Doc No. WSTF-TR-960-001 | |
| | 494 | | | | Drawing No. 26074 Rev B - Seat Assembly | |
| | 495 | | | | Dupont Teflon PTFE Fluoropolymer resin Properties Handbook | |
| | 496 | | | | A. Gordon Et al. Optimization of Re-Torque and Relation Parameters of the GCP, PVP2011 - 57682 Proceedings of the ASME 2011 pressure Vessels & Piping Division Conference 1-9 - July 17-21, 2011 | |
| | 497 | | | | Intentionally Blank | |
| | 498 | | | | The Fluid Sealing Association's June 20107 FSA Gasket Handbook | |
| | 499 | | | | Drawing No. 400915 Rev C - Valve Assy Main Hydrogen Peroxide | |
| | 500 | | | | Drawing of element 16 us a guide ring (bushing) used in conjunction with a dynamic seal 30 | |
| | 501 | | | | (NASA-SP-8119) Liquid Rocket Disconnects, couplings, fittings, fixed joints, and seals NASA space vehicle design criteria (chemical propulsion - National aeronautics and Space Administration - September 1976 | |
| | 502 | | | | Email from Sterling Rorden to David Gallet re Path forward on the leakage testing | |
| | 503 | | | | Email from David Gallet to John Cramer re: Boeing Source Notification | |
| | 504 | | | | AeroJet Rocketdyne CCtCap Weekly Program Review presented to Eileen Drake | |
| | 505 | | | | Email from John Cramer to David Gallet re: ISO Valve Flight Design and attachments | |
| | 506 | | | | Email from Erin Mullally to Matthew Barber re: NCR/omac | |
| | 507 | | | | Email from Matthew Barber to ValveTech employees re: OMAC Prop ISO Valve Discuss alternative pilot approaches | |
| | 508 | | | | Packing List including acceptance data packages for valves sold to Aerojet PO 2000033660 | |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| VALVETECH, INC. | | vs. | AEROJET ROCKETDYNE, INC. | | CASE NO. 6:17-CV-06788-FPG-MJP | |
|---|---|---|---|---|---|---|
| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 509 | | | | Packing List including acceptance data packages for valves sold to Aerojet PO 2000033660 | |
| | 510 | | | | Image 1 of Bi-propellant Valve from AJ10 Engine | |
| | 511 | | | | Image 2 of Bi-Propellant Valve from AJ10 Engine | |
| | 512 | | | | Image 3 of Bi-Propellant Valve from AJ10 Engine | |
| | 513 | | | | General Order Distribution Advances Propulsion Development General Order 73124 Supplement 1 CCDev Propulsion system Design Analysis and Support Phase 1 | |
| | 514 | | | | General Order Distribution Advances Propulsion Development General Order 73136 Supplement 2 CCDev Escape Engine Demonstration | |
| | 515 | | | | General Order Distribution General Order 73170 Supp 1 Commercial Crew Development 2 (CCDev 2) Task 1 Launch Abort Engine Demonstration | |
| | 516 | | | | Welker email string to Gregory Shelton re: Is it acceptable to forward the 10 22 13 CDR package to Boeing | |
| | 517 | | | | ValveTech P.N 12248 Critical Design Review Meeting Aerojet Rocketdyne Supporting Analysis | |
| | 518 | | | | Critical Design Review Meeting for p.N 12248 Propellant Isolation Vale Commercial Crew Integrated Capability Program for Aerojet Rocketdyne | |
| | 519 | | | | Boeing Cage Code 2B945 CCTS SSOW for Service Module Propulsion Subsystem | |
| | ~~520~~ | | | | ~~Boeing Commercial Crew Transportation Capability Contract (CCtCap) NNK14MA75C~~ | |
| | 521 | | | | Aerojet Rocketdyne General Provisions SCM-AS302-1 Rev 8 | |
| | 522 | | | | Email from Fred Cieri re: 200033660 ValveTech OMAC Rev 19 | |
| | 523 | | | | Email from Greg Shelton to Chad Mitchell re: PO 4410009820 | |
| | 524 | | | | ValveTech and Aerojet Rocketdyne License Agreement | |
| | 525 | | | | Email string including David Hasting to Joel Landau re: ValveTech | |
| | 526 | | | | Email string with Erin Mullally re: next Steps | |
| | 527 | | | | Email string with Erin Mullally re: Next Steps | |
| | 528 | | | | Email with Erin Mullally and Jesse Ramos re: Quick call on Friday | |
| | 529 | | | | Pratt & Whitney Prop Iso Valve RPF Response Summary | |
| | 530 | | | | Pratt & Whitney Team Product Document No. EID-10821 NASA/Boeing Commercial Crew Development Program - (OMAC Propellant Isolation Valves Requirements | |
| | 531 | | | | Excel spreadsheet - ValveTech OMAC Propellant Isolation Valve | |
| | 532 | | | | Pratt & Whitney Team Product Documents Sow-00276 (CCiCap Program) - SOW for the OMAC Propellant Isolation Valves | |
| | 533 | | | | Aerojet Updated Firm Fixed Price Proposal ISS Commercial Resupply Services 2 Program | |
| | ~~534~~ | | | | ~~ValveTech Critical Design Review Meeting for P/N 12248 Propellant Isolation Valve Commercial Crew Integrated Capability Program for Aerojet Rocketdyne~~ | |
| | 535 | | | | ValveTech P/N Critical Design Review Meeting Aerojet Supporting Analysis | |
| | 536 | | | | Aerojet SMHFT OMAC PIV Non-Advocate Review 4.0 Water Flow Testing of OMAC PIV | |
| | 537 | | | | AeroJet Reduced SRS Curves for Valve Tech - DBA Andy Shiang Structures | |

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| VALVETECH, INC. | | vs. | | AEROJET ROCKETDYNE, INC. | CASE NO. 6:17-CV-06788-FPG-MJP |
|---|---|---|---|---|---|
| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | 538 |  |  |  | AeroJet OMAC Propellant Isolation AR Alternate Design Valve CDR |
|  | 539 |  |  |  | Aerojet OMAC Isolation Common body Valve Design M. Bleck |
|  | 540 |  |  |  | AeroJet OMAC Propellant Isolation AR Alternate Design Valve CDR Structures |
|  | 541 |  |  |  | AeroJet AR OMAC Isolation Valve vs Original ValveTech Latching OMAC Isolation Valve |
|  | 542 |  |  |  | AeroJet OMAC Propellant Isolation AR Alternate Design Valve CDR |
|  | 543 |  |  |  | AeroJet OMAC Propellant Isolation Valve |
|  | 544 |  |  |  | AeroJet OMAC Isolation Valve Potential Alternate Approach |
|  | 545 |  |  |  | AeroJet OMAC Propellant IsolationValve SMHFT Ship Set Poppet Retaining Ring & Dynamic Seal Issue |
|  | 546 |  |  |  | ValveTech Certificate of Conformance to AeroJet re: PO 200033660 Rev 26 |
|  | 547 |  |  |  | AeroJet OMAC Propellant Isolation AR Alternate Design Valve CDR |
|  | 548 |  |  |  | AeroJet Commercial Crew Transportation Capability (CCtCap) Contract : PO 1023385 RD174-326 SDRL Title: Supplier Change Proposal (SCP) OMAC Isolation Valve OW DCC1-00137-02 |
|  | 549 |  |  |  | AeroJet OMAC Isolation Valve Qualification Status for Boeing |
|  | 550 |  |  |  | AeroJet OMAC Iso Valve Torque Verification Issue |
|  | 551 |  |  |  | Russell Morrison email re: Update unequal Failure RCCA and plan Forward Re SC2 OMAC ISO Valves AMR on Hold - Qual on Hold |
|  | 552 |  |  |  | AeroJet CCtCap slides |
|  | 553 |  |  |  | AeroJet CCtCap Slides |
|  | 554 |  |  |  | Lisa Peterson email re: 4/24 am Status re: OIV "Harry Valve" Daily Status |
|  | 555 |  |  |  | AeroJet CCtCap Slides |
|  | 556 |  |  |  | Boeing Aerojet Executive Leadership Team Quarterly Meeting |
|  | 557 |  |  |  | LAE; Dog House; DH Threats; Feed System; |
|  | 558 |  |  |  | Dionne Hamilton email re: VTI - Aerojet Issue |
|  | 559 |  |  |  | Timothy Reith email re: Another OMAC Iso Valve Issue |
|  | 560 |  |  |  | ValveTech P/N Critical Design Review Meeting Aerojet Supporting Analysis |
|  | 561 |  |  |  | AeroJet Directive: Safeguarding Sensitive company Information |
|  | 562 |  |  |  | AeroJet Directive: Safeguarding Sensitive company Information |
|  | 563 |  |  |  | AeroJet Directive: Safeguarding Sensitive company Information |
|  | 564 |  |  |  | Drawing Regular Assembly piston type |
|  | 565 |  |  |  | Drawing Valve Assembly Fuel |
|  | 566 |  |  |  | US Patent Mullally Patent No. 5,150,879 |
|  | 567 |  |  |  | Boeing Company - Attachment J.5 GP2 Modifications |
|  | 568 |  |  |  | AeroJet Commercial Crew Transportation Capability (CCtCap) Contract PO 1023385 RD17-733 Rev A OMAC Propellant Isolation Valve Qualification Test Final Report |
|  | 569 |  |  |  | AeroJet Feed System OMAC ISO Valve update CCtCap slides |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| VALVETECH, INC. | | | vs. | AEROJET ROCKETDYNE, INC. | CASE NO. 6:17-CV-06788-FPG-MJP |
|---|---|---|---|---|---|
| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 570 | | | | AeroJet CCtCap SM OMAC Isolation Valve Qual and Acceptance Test Readiness Review (TRR) |
| | 571 | | | | AeroJet OMAC Propellant Isolation AR Alternate Design Valve CDR |
| | 572 | | | | Rocketdyne Main Peroxide Valve drawing |
| | 573 | | | | Rocketdyne Valve Assy Main Hydrogen Peroxide drawing |
| | 574 | | | | Rocketdyne Body Main Hydrogen Peroxide Valve drawing |
| | 575 | | | | Rocketdyne Poppet Ceramic Coated Main Hydrogen Peroxide Valve drawing |
| | 576 | | | | Aerojet In reply refer to 2016RC02464 To Boeing re: Schedule status and recovery plans |
| | 577 | | | | Boeing Co Purchase Contract/Purchased Contract Change - No. 1023385 Change No. 102 |
| | 578 | | | | Sterling Rorden email re: path forward on leakage testing |
| | 579 | | | | ValveTech Request for Proposal for Propellant Valves for the Commercial Crew Program - Aerojet RFQ AJ-1201-002 Rev A |
| | 580 | | | | ValveTech Request for Proposal for Igniter and injector Valves for the Dream Chaser Program Aerojet FRQ AJ-1202-019 Rev B |
| | 581 | | | | ValveTech Request for Proposal for 2 LBf Propellant Control Valves Aerojet RFQ AJ-1207 -003 Rev A |
| | 582 | | | | AeroJet OMAC Iso Valve Issues & Alternate Approaches |
| | 583 | | | | Aerojet Response to ValveTech Letter dated January 13, 2017 re: Teflon dynamic and static seal in OMAC design 12255 |
| | 584 | | | | Boeing Purchase Contract/Purchase Contract Change No. 1023385 Change No. 98 |
| | 585 | | | | ValveTech Seat Assembly drawing |
| | 586 | | | | ValveTech Seat Retainer drawing |
| | 587 | | | | ValveTech Seat Retainer drawing |
| | 588 | | | | ValveTech Seat Cartridge drawing |
| | 589 | | | | ValveTech Seat Cartridge Drawing |
| | 590 | | | | ValveTech Seat Seal Blank drawing |
| | 591 | | | | ValveTech Seat Blank Machine drawing |
| | 592 | | | | ValveTech Seat Retainer drawing |
| | 593 | | | | NASA Office of Inspector General Office of Audits NASA's Management of Crew Transportation to the International Space Station |
| | 594 | | | | Complaint ValveTech v. Aerojet 10848-17 - |
| | 595 | | | | Memorandum of Law in Support of ValveTech's Motion for Temporary Restraining Order and Preliminary Injunction against Aerojet |
| | 596 | | | | Attorney Affirmation of Edward Hourihan in Support of Motion for Temporary Restraining Order and Preliminary Injunction |
| | 597 | | | | Memorandum of Law In Opposition to Aerojet Motion to Dismiss |
| | 598 | | | | Memorandum of Law in Opposition of Aerojet's Motion to Dismiss ValveTech Amended Complaint |
| | 599 | | | | Exhibits 1 - 11 to Second Amended Complaint |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| VALVETECH, INC. | | vs. | AEROJET ROCKETDYNE, INC. | | CASE NO. 6:17-CV-06788-FPG-MJP |
|---|---|---|---|---|---|
| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 600 | | | | ValveTech's Responses and Objections to First set of Requests for Admissions from Defendant Aerojet |
| | 601 | | | | Plaintiff ValveTech Responses in Opposition to Defendant's Statement of Undisputed Material Facts |
| | 602 | | | | Email re: Valve Tech AR CCtCap OMAC Valve 4/26/17 meeting Valve Tech new position as of 5/17/2017 |
| | 603 | | | | Aero Jet Request for Quotation for Propellant Valves (CCDev CM RCS) |
| | 604 | | | | Request for Quotation 14002 Boeing CCiCap(valves Ref Aerojet RFQ AJ-1201-002 RevA and ValveTech proposal 12-0138, Rev New |
| | 605 | | | | Aerojet to ValveTech Subject Aerojet Request for Quotation for Propellant Valves (CCDev CM RCS) RFQ AJ-1201-002 |
| | 606 | | | | RE: 12248SMHFT SN0013 Ext. Leakage Retest |
| | 607 | | | | Aerojet Request for Quotation 903073 Title Flight Re-design |
| | 608 | | | | Blackline Aerojet Team Product Document |
| | 609 | | | | ValveTech Request for Proposal for CCtCap OMAC Propellant Isolation Valve |
| | 610 | | | | Aerojet Preliminary Supplement to SOW-00276 Rev A |
| | 611 | | | | AeroJet Change Order 24  PO 200033660 |
| | 612 | | | | Mullally email re: Termination Letter ValveTech executed - attached |
| | 613 | | | | Mullally email re: OMAC PIV Main Valves Flight Valve Measurement of Surface finish |
| | 614 | | | | Barber email re: OMAC Prop Iso Valve Status Telecon Tuesdays |
| | 615 | | | | Mullally email re: Valve Tech Exceptions ref RFQ 903073 |
| | 616 | | | | Galens email re: Fw: 876025 ValveTech PAT Valves OMAC Rev0 with attachments |
| | 617 | | | | Welker email re: Meeting Wed 2/5/14 for abort tank vent valve w attachments |
| | 618 | | | | Welker email re: CCtCap RFP 513288 CCtCap OMAC Propellant isolation valve wit attachment |
| | 619 | | | | Welker email re: OMAC development issue with attachment |
| | 620 | | | | Palmer email re: Seal Groove for Rocketdyne Valve VTI 12248 |
| | 621 | | | | Palmer email re: seal groove for Rocketdyne Valve |
| | 622 | | | | Palmer email re: Seal Groove from Rocketdyne Valve VTI 12248 |
| | 623 | | | | Welker email re: Audit per Q008/ASQR-01 |
| | 624 | | | | Palmer email re: OMAC PAT valves |
| | 625 | | | | Barber email re: supplement to SOW-00276 rev A for Delivery of Main Valves Only for SMHFT and attachments |
| | 626 | | | | Mullally email re: Bent Retaining ring |
| | 627 | | | | Mullally email re: Valve Tech proposal for 35 each RE8235 prop iso valves ref FRQ 903073 |
| | 628 | | | | Barber email re: ValveTech proposal for 35 Each RE8235 prop iso valves ref RFQ 903073 |
| | 629 | | | | Krochmalny email string re: FW 13141 OMAC Coil Testing (11 Ohm) and attachments |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| VALVETECH, INC. | | VS. | | AEROJET ROCKETDYNE, INC. | CASE NO. 6:17-CV-06788-FPG-MJP |
|---|---|---|---|---|---|

| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 630 | | | | Pullano email re: 12248 draft and 12248-1 draft attached |
| | 631 | | | | Boeiner to Aerojet re: Boeing Purchase Contract 1023385 Commercial Crew Transport System (CCTS) Compensation for costs and damages caused by AR Delays |
| | 632 | | | | Contract Brief 1023385 Oracle Version 112 |
| | 633 | | | | Putz email string re: OMAC Stop work quote |
| | 634 | | | | AeroJet Change Order 26 PO 200033660 |
| | 635 | | | | Krochmalny email string re: New valve sourcing |
| | 636 | | | | Claim submitted by Boeing to Aerojet |
| | 637 | | | | Aerojet Change Order 6 PO 4410009820 |
| | 638 | | | | Aerojet Change Order 7 PO 4410009820 |
| | 639 | | | | Aerojet change Order 12 PO 4410009820 |
| | 640 | | | | AeroJet Change Order 13 PO 4410009820 |
| | 641 | | | | AeroJet Change Order 10 PO 4410009820 |
| | 642 | | | | AeroJet Change Order 7 PO 200033660 |
| | 643 | | | | AeroJet Change Order 10 PO 200033660 |
| | 644 | | | | AeroJet Change Order 15 PO 200033660 |
| | 645 | | | | AeroJet Change Order 18 PO 200033660 |
| | 646 | | | | AeroJet Change Order 23 PO 200033660 |
| | 647 | | | | AeroJet Change Order 27 PO 200033660 |
| | 648 | | | | AeroJet Change Order 29 PO 200033660 |
| | 649 | | | | Aerojet Change Order 35 PO 200033660 |
| | 650 | | | | AeroJet Change Order 3 PO 200033660 |
| | 651 | | | | ValveTech Shipment Summary PO 200033660 |
| | 652 | | | | ValveTech Invoice 10897 PO 4410009820 |
| | 653 | | | | ValveTech invoice 11026 PO 4410009820 |
| | 654 | | | | ValveTech Invoice 11101 PO 4410009820 |
| | 655 | | | | ValveTech Invoice 11160 PO 4410009820 |
| | 656 | | | | ValveTech Invoice 11572 PO 200033660 |
| | 657 | | | | ValveTech Invoice 11839 PO 200033660 |
| | 658 | | | | ValveTech Invoice 11844 PO 200033660 |
| | 659 | | | | ValveTech Invoice 11852 PO 4410009820 |
| | 660 | | | | ValveTech Invoice 12099 PO 200033660 Rev33 |
| | ~~661~~ | | | | ~~Pratt & Whitney PO 4410009820  Version 1~~ |
| | 662 | | | | Aerojet Stop Work Notice and Acknowledgment to ValveTech  PO 200033660 |
| | 663 | | | | Aerojet Stop Work Notice and Acknowledgment to ValveTech  PO 200033660 |
| | 664 | | | | NASA's Commercial Crew Program: Update on Development and Certification Efforts |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| VALVETECH, INC. | | vs. | AEROJET ROCKETDYNE, INC. | | CASE NO. 6:17-CV-06788-FPG-MJP | |
|---|---|---|---|---|---|---|
| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 665 | | | | Chart - Part number | |
| | 666 | | | | Non-Disclosure Agreement - for 2 way Disclosures - Aerojet and ValveTech | |
| | 667 | | | | Time Tracking Journal ValveTech Operation Breakdown Job Number contains 2785 | |
| | 668 | | | | Time Tracking Journal ValveTech Operation Breakdown Job Number contains 2375 | |
| | 669 | | | | SO2785 Chart | |
| | 670 | | | | SO2375 Chart | |
| | 671 | | | | AeroJet Ideas Powering Freedom ValveTech 2016/17 Business Performance Review PPT | |
| | 672 | | | | VT 2017 Rate Structure calculated by the Bonadio Group | |
| | 673 | | | | Boeing Purchase Contract/Purchase Contract Change No. 1023385 Change No. 102 | |
| | 674 | | | | Boeing Purchase Contract/Purchase Contract Change No. 1023385 Change 48 | |
| | 675 | | | | AeroJet Commercial Crew Transport System Acceptance Data Package Valve Assembly Piloted OMAC Isolation AR P/N R141119A1, S/N AA12150 Cage Code 02602 | |
| | 676 | | | | Boeing Company General Provisions Fixed Price Contract GP1 - PC1023385 CN05 Attachment E addendum 1 Terms and conditions GP1 Final Agreement | |
| | 677 | | | | Boeing Memo Of Understanding re: Service Module Propulsion subsystem SOW DCC1-00137-02 Re A Dated May 6, 2014 Specification SCC1-00095 Rev B dated May 8, 2014 | |
| | 678 | | | | Welker email transmitting ValveTech RFQ CCtCap OMAC Isolation Valve B | |
| | 679 | | | | Cramer email re: OMAC joint Extrusion Gap | |
| | 680 | | | | Welker email re: forms for AJR RFQ 868014 for the OMAC main valve bodies and attachments | |
| | 681 | | | | Aerojet workflow mailer email from Putz to Chad Mitchell re: Aerojet OU Standard Purchase Order and attachments | |
| | 682 | | | | Physical exhibit comprising the main body of an isolation valve as made by ValveTech | |
| | 683 | | | | Physical exhibit comprising the main body of an isolation valve as made by Aerojet Rocketdyne | |
| | 684 | | | | NASA Inspector General Report dated 10/13/2013 | |
| | 685 | | | | Email string ending with email from Matthew Barber to David Gallet dated 4/21/2017 with Subject: RE: | |
| | 686 | | | | CCtCap OMAC ISO Valve Logic Chart 5/3/2017 | |
| | 687 | | | | Email string ending with email from Chad Mitchell to Janet Putz and Erin Mullally dated 5/17/2017 with Subject: RE: AR/VT NDA (URGENT) | |
| | 688 | | | | Email from Janet Putz to Chad Mitchell and Erin Mullally dated 5/18/2017 with Subject: FW: NDA Uploaded Email Notification to POC - AR_2017_016141 | |
| | 689 | | | | Email string ending with email from Jesse Ramos to Chad Mitchell dated 8/18/2017 with Subject: RE: [EXTERNAL] Re: Phone call | |
| | 690 | | | | The Annual Compendium of Commercial Space Transportation: 2018 | |
| | 691 | | | | Email string ending with email from Jeff Pullano to Tom McGill dated 2/19/2013 with Subject: RE: [External] ValveTech Answers, RFQ 513067, OMAC Isolation Valves | |

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| VALVETECH, INC. | | vs. | | AEROJET ROCKETDYNE, INC. | CASE NO.<br>6:17-CV-06788-FPG-MJP |
|---|---|---|---|---|---|
| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | 692 |  |  |  | Email string ending with email from Dean Palmer to Andrew Krochmalny, Earl Peterson, Chad Mitchell Erin Mullally and Janet Putz dated 5/19/2016 with Subject: RE: OMAC Valve Update with attachment |
|  | 693 |  |  |  | Email string ending with email from Erin Mullally to Gregory Shelton dated 6/14/2016 with Subject: RE: 3 way NDA with Fulton Bellows |
|  | 694 |  |  |  | Email string ending with email from Paul Welker to Chad Mitchell dated 8/11/2016 with Subject: RE: 866017_ValveTech_Valves_ARRM_Rev0 with attachment |
|  | 695 |  |  |  | Email from Paul Welker to Chad Mitchell and Erin Mullally dated 8/22/2016 with Subject: RFQ 16-0076 review with attachment |
|  | 696 |  |  |  | Email string ending with email from Paul Welker to Verna Murrell dated 11/18/2012 with Subject: RE: Request for Information with attachment |
|  | 697 |  |  |  | Email from Jeffrey Cesta to Erin Mullally, Jeff Pulliano, Nick Bruno, Paul Welker, Dean Palmer, Tim Mullally dated 12/14/2015 with Subject: Hardware status |
|  | 698 |  |  |  | Spreadsheet attachment to 12/14/2015 Email - ValveTech PO On-Dock Date Status 12-14-15 |
|  | 699 |  |  |  | ValveTech, Inc. Request for Proposal for a High Pressure Solenoid Valve for the CCiCap Program dated 10/8/2013 |
|  | 700 |  |  |  | ValveTech Propellant Valves On-Dock Status Report |
|  |  |  |  |  |  |
|  |  |  |  |  |  |