

LAURIE A. VAHEY, ESQ., MANAGING MEMBER
WRITER'S TELEPHONE NUMBER: (585) 262-5130
FAX: (585) 262-3474
E-mail: lvahey@vaheylaw.com

144 Exchange Boulevard, Suite 400
Rochester, NY 14614 | 585.262.5130

vaheylaw.com

November 13, 2023

**<u>Via ECF and Email</u>**
Honorable Frank P. Geraci, Jr.
United States District Judge
U.S. Courthouse
100 State Street,
Rochester, New York 14614

      **Re:**     *Valvetech, Inc. v. Aerojet Rocketdyne, Inc.*
                **<u>Case No.: 6:17-cv-06788-FPG-JWF</u>**

Dear Judge Geraci:

As you know, we are co-counsel with Perkins Coie LLP and represent Plaintiff ValveTech, Inc. ("ValveTech") in the above-referenced matter. We write with respect to the remaining time for the trial.

To date, Plaintiff has used less than half of the time on the record. In other words, Defendant has used over fifty percent of the running trial time, despite that trial time being allocated to Plaintiff presenting its case-in-chief.

Plaintiff is committed to completing the trial by Friday, November 17, 2023, within its fifty percent of the time scheduled for the proceedings. Plaintiff will remain prepared to proceed at 8:30 a.m. sharp each day as the Court's schedule permits, and to abbreviate any breaks as the Court directs. Furthermore, should the Court have any additional hours available this week for the trial, Plaintiff is prepared to proceed as directed for a timely conclusion.

Finally, the Court's Pretrial Order indicates that time constraints may be placed upon closing arguments. It is respectfully submitted that each side be allotted no more than one hour.

Honorable Frank P. Geraci, Jr.
November 13, 2023
Page 2

Thank you for your continued attention to this matter.

Respectfully submitted,

*Laurie A Vahey*

Laurie A. Vahey

cc:    ECF (all attorneys of record)
       Michael B. Eisenberg, Esq. (via email)
       Mark H. Anania, Esq. (via email)
       Julie E. Ravis, Esq. (via email)
       Paige C. Hogan (via email)
       Brian Gilchrist (via email)