Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Valvetech, Inc.,
Plaintiff

   v.

Aerojet Rocketdyne, Inc.,
Defendant

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 17-CV-6788

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict; and,

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant Aerojet Rocketdyne, Inc. breached the 2011 nondisclosure agreement; and,

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Aerojet Rocketdyne, Inc. disclosed or used Plaintiff ValveTech, Inc.'s proprietary information in violation of the 2011 nondisclosure agreement; and,

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Aerojet Rockterdyne, Inc. failed to return or promptly destroy Plaintiff ValveTech, Inc.'s proprietary information at Plaintiff ValveTech, Inc.'s request, in violation of the 2011 nondisclosure agreement; and,

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Aerojet Rocketdyne, Inc breached the 2017 nondisclosure agreement; and,

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Aerojet Rocketdyne, Inc. disclosed or used Plaintiff ValveTech, Inc.'s proprietary information in violation of the 2017 nondisclosure agreement; and,

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Aerojet Rocketdyne, Inc. failed to return or promptly destroy Plaintiff ValveTech, Inc.'s proprietary information at Plaintiff ValveTech, Inc.'s request, in violation of the 2017 nondisclosure agreement; and,

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Aerojet Rocketdyne, Inc. did not misappropriate Plaintiff ValveTech, Inc.'s trade secret(s); and,

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff ValveTech, Inc. is entitled to recover $850,000 in compensatory damages.

Date: November 29, 2023              MARY C. LOEWENGUTH
                                     CLERK OF COURT

                                     By: Dawn K
                                         Deputy Clerk