UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VALVETECH, INC., | : | |
| Plaintiff, | : | Case No. 6:17-cv-06788-FPG |
| v. | : | |
| AEROJET ROCKETDYNE, INC., | : | |
| Defendant. | : | |

_____

### DECLARATION OF JOHN D. ESTERHAY IN SUPPORT OF PLAINTIFF VALVETECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION

I, John D. Esterhay, hereby declare:

1. I am an attorney at the law firm of Perkins Coie LLP, counsel of record to Plaintiff ValveTech, Inc. ("ValveTech"). I have personal knowledge of the facts set forth in this declaration and can testify competently to them if called upon to do so.

2. I submit this declaration in support of Plaintiff ValveTech, Inc.'s Motion for Preliminary Injunction.

3. Attached hereto as Exhibit A is a copy of a Written Notice of Legal Hold regarding V*alveTech., Inc. v Aerojet Rocketdyne, Inc.*, No. 6:17-cv-06788-FPG-MJP, which was sent to Defendant Aerojet Rocketdyne, Inc. on November 28, 2023.

4. Attached hereto as Exhibit B is an email thread between the parties concerning the Written Notice of Legal Hold attached as Exhibit A.

- 2 -

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

    Executed on December 1, 2023.

                                              */s/ John D. Esterhay*
                                              John D. Esterhay