UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALVETECH, INC., | : |
| Plaintiff, | : |
| v. | : |
| | Case No. 6:17-cv-06788-FPG-MWP |
| AEROJET ROCKETDYNE, INC., | : |
| Defendant. | : |

**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

THIS MATTER came before the Court on Plaintiff ValveTech, Inc.'s ("ValveTech") Motion for Preliminary Injunction ("Motion") against Defendant, Aerojet Rocketdyne, Inc.

The Court, having considered all papers submitted regarding the motion, and for good cause shown: **ORDERS** that Plaintiff's motion for preliminary injunction is hereby **GRANTED**. Defendant shall comply with the terms of the Written Notice of Legal Hold attached as Exhibit A to ValveTech's Motion until all outstanding issues in this matter are decided, including ValveTech's request for permanent equitable relief.

Dated: _____    _____
                                       Hon. Frank P. Geraci, Jr.
                                       Chief United States District Judge