UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALVETECH, INC., | : |
| Plaintiff, | : |
| v. | : |
| | Case No. 6:17-cv-06788-FPG-MWP |
| AEROJET ROCKETDYNE, INC., | : |
| Defendant. | : |

_____

**[PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED HEARING**

THIS MATTER came before the Court on Plaintiff ValveTech, Inc.'s ("ValveTech") Motion for Expedited Hearing ("Motion") of its Motion for Preliminary Injunction against Defendant, Aerojet Rocketdyne, Inc.

The Court, having considered all papers submitted regarding the motion, and for good cause shown: **ORDERS** that Plaintiff's motion for an expedited hearing is hereby **GRANTED**. Plaintiff shall serve the Motion on Defendant no later than _____. Defendant shall file its response to the Motion no later than _____. A hearing on the Motion shall take place on _____ at _____ am/pm.

Dated: _____       _____
                                                                    Hon. Frank P. Geraci, Jr.
                                                                    Chief United States District Judge