UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VALVETECH, INC., | : | |
| Plaintiff, | : | |
| v. | : | Case No. 6:17-cv-06788-FPG-MJP |
| AEROJET ROCKETDYNE, INC., | : | |
| Defendant. | : | |

_____

### PLAINTIFF'S NOTICE OF MOTION TO MODIFY JUDGMENT TO INCLUDE PRE-JUDGMENT INTEREST

**PLEASE TAKE NOTICE** that, upon the memorandum of law filed concurrently with this motion, Plaintiff ValveTech, Inc. ("ValveTech") will move this Court before the Hon. Frank P. Geraci, Jr., at the United States District Court, 100 State Street, Rochester, New York 14614, for an Order pursuant to Fed. Rule Civ. Proc. 59(e) granting Plaintiff a modification of the judgment to include pre-judgment interest, and for such other and further relief as may be just and proper.

The grounds for this motion are more fully set forth in the memorandum of law which is submitted in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that ValveTech intends to file and serve reply papers, and requests oral argument on this motion.

Dated: December 27, 2023                    Respectfully submitted,


                                                    By: */s/ John D. Esterhay*
                                                          Laurie A. Vahey
                                                          Vahey Getz LLP
                                                          144 Exchange Blvd., Suite 400
                                                          Rochester, New York 14614
                                                          Tel: 585-262-5130
                                                          lvahey@vaheygetz.com

                                                          Kevin J. Patariu
                                                          John D. Esterhay
                                                          Miguel J. Bombach
                                                          Abigail A. Gardner
                                                          Perkins Coie LLP
                                                          11452 El Camino Real, Suite 300
                                                          San Diego, CA  92130-2080
                                                          Telephone: (858) 720-5700
                                                          Fax: (858)720-5799
                                                          KPatariu@perkinscoie.com
                                                          JEsterhay@perkinscoie.com
                                                          MBombach@perkinscoie.com
                                                          AGardner@perkinscoie.com


                                                          Attorneys for Plaintiff
                                                          VALVETECH, INC.