UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALVETECH, INC.,                            :

          Plaintiff,                  :

      v.                                      :

                           Case No. 6:17-cv-06788-FPG-MJP

AEROJET ROCKETDYNE, INC.,                   :

         Defendant.                      :

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**[PROPOSED] ORDER GRANTING MOTION
TO MODIFY JUDGMENT TO INCLUDE PRE-JUDGMENT INTEREST**

THIS MATTER came before the Court on Plaintiff ValveTech, Inc.'s ("ValveTech") Motion to Modify Judgment to Include Pre-Judgment Interest ("Motion") against Defendant, Aerojet Rocketdyne, Inc.

The Court, having considered all papers submitted regarding the motion, and for good cause shown: **ORDERS** that Plaintiff's motion to modify the judgment to include pre-judgment interest is hereby **GRANTED**, and that the Judgment issued in this case (ECF No. 381) is amended to add the following paragraph at the end:

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff ValveTech, Inc. is entitled to recover pre-judgment interest in the amount of [$587,547.97 / $516,520.52] on the compensatory damages running through the date of judgment, November 29, 2023.

Dated: _____            _____
                                           Hon. Frank P. Geraci, Jr.
                                           Chief United States District Judge