UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VALVETECH, INC., | : | |
| Plaintiff, | : | Case No. 6:17-cv-06788-FPG-MJP |
| v. | : | |
| AEROJET ROCKETDYNE, INC., | : | |
| Defendant. | : | |

# DECLARATION OF JOHN D. ESTERHAY IN SUPPORT OF PLAINTIFF VALVETECH, INC.'S MOTION FOR PERMANENT INJUNCTION

I, John D. Esterhay, hereby declare:

1. I am an attorney at the law firm of Perkins Coie LLP, counsel of record to Plaintiff ValveTech, Inc. ("ValveTech"). I have personal knowledge of the facts set forth in this declaration and can testify competently to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of a November 12, 2023 letter from Laurie A. Vahey, Esq. to Honorable Frank P. Geraci, Jr. regarding *Valvetech, Inc. v. Aerojet Rocketdyne, Inc.*, Case No.: 6:17-cv-06788-FPG-JWF.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on December 27, 2023.

*/s/ John D. Esterhay*
John D. Esterhay