UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALVETECH, INC., | : |
|     Plaintiff, | : |
| v. | :   Case No. 6:17-cv-06788-FPG |
| AEROJET ROCKETDYNE, INC., | : |
|     Defendant. | : |

_____

# DECLARATION OF JOHN D. ESTERHAY IN SUPPORT OF PLAINTIFF VALVETECH, INC.'S BILL OF COSTS

I, John D. Esterhay, hereby declare:

1. I am an attorney at the law firm of Perkins Coie LLP, counsel of record to Plaintiff ValveTech, Inc. ("ValveTech"). I have personal knowledge of the facts set forth in this declaration and can testify competently to them if called upon to do so.

2. I have reviewed the invoices that have been paid – or have been approved to be paid with payment pending by our firm – for costs incurred in the above-captioned action for services that were actually and necessarily performed.

3. Attached as Exhibit A is a detailed list of costs included on the Bill of Costs form AO133.

4. Attached as Exhibit B is a true and correct copy of a receipt for amounts paid by ValveTech for filing this case.

5. Attached as Exhibit C are true and correct copies of invoices received and paid by ValveTech for deposition services rendered in this case.

6. Attached as Exhibit D are true and correct copies of invoices received and paid

by ValveTech for hearing and trial transcripts ordered in this case.

7. Attached as Exhibit E are true and correct copies of invoices received and paid by ValveTech for discovery-related copy costs necessarily incurred to bates-stamp and produce copies of electronically-obtained documents in discovery.

8. Attached as Exhibit F are true and correct copies of invoices received and paid by ValveTech for copies of trial exhibits necessary to be submitted and filed with the Court under the Court's pre-trial order. ECF No. 296 ¶ 2(b).

9. Attached as Exhibit G are true and correct copies of invoices received and paid by ValveTech for exemplification for technical support at trial in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on December 29, 2023.

*/s/ John D. Esterhay*
John D. Esterhay