**Deposition Transcripts**

| Witness | Vendor | Date of Depo | Amount | Invoice # |
|---|---|---|---|---|
| Peterson, Lisa | Planet Depos | 12/3/20 | $4,218.65 (transcript) $675.00 (mobile connection fee) | 372857 376945 |
| Krochmalny, Andy | Planet Depos | 1/27/21 | $1,330.90 (transcript) $600.00 (mobile connection fee) | 384526 387755 |
| Ramos, Jesse | Planet Depos | 1/28/21 | $1,556.05 (transcript) $375.00 (mobile connection fee) | 384542 387833 |
| Peterson, Earl | Planet Depos | 1/29/21 | $3,843.45 (transcript) $675.00 (Mobile connection fee) | 384556 387878 |
| Barber, Matthew | Planet Depos | 2/1/21 | $2,784.35 (transcript) $675.00 (mobile connection fee) | 384588 388145 |
| Bleck, Martin | Planet Depos | 2/2/21 | $3,481.70 (transcript) $712.50 (mobile connection fee) | 384602 389622 |
| Little, Al | Planet Depos | 2/3/21 | $3,354.80 (transcript) $712.50 (mobile connection fee) | 384618 389663 |
| Pullano, Jeffrey | Planet Depos | 2/8/21 | $3,044.30 (transcript) | 386028 |
| Mullally, Erin | Planet Depos | 2/9/21 | $4,344.15 (transcript) | 389742 |
| Welker, Mitchell | Planet Depos | 2/12/21 | $2,551.30 (transcript) | 386067 |
| Putz, Janet | Planet Depos | 2/24/21 | $1,317.85 (transcript) $375.00 (mobile connection fee) | 390259 394255 |
| Landau, Joel | Planet Depos | 3/8/21 | $1,867.30 (transcript) $637.50 (mobile connection fee) | 392397 396502 |
| Blok, Justin | Planet Depos | 5/12/21 | $1,682.00 (transcript) | 410022 |
| Timko, Mike | Planet Depos | 5/14/21 | $2,550.15 (transcript) | 410040 |
| Minick, Alan | TSG | 5/19/21 | $4,423.55 (transcript) | 2049999.1 |
| Crisalli, David | TSG | 5/21/21 | $1,687.50 (technician) $3,467.20 (transcript) | 2050803 2050801 |
| Blackburn, David | Planet Depos | 6/3/21 | $1,200.00 (transcript) | 408264 |
| Total Cost of Deposition Transcripts: | | | $54,142.70 | |

- 2 -

**Court Transcripts**

| Court Reporter | Date of Proceedings | Description | Amount | Invoice # |
|---|---|---|---|---|
| Brandi Wilkins | 11/22/23 | Trial | $508.20 | 223 |
| Brandi Wilkins | 11/21/23 | Trial | $146.30 | 221 |
| Brandi Wilkins | 11/20/23 | Trial | $777.70 | 219 |
| Brandi Wilkins | 11/17/23 | Trial | $770.00 | 217 |
| Brandi Wilkins | 11/16/23 | Trial | $839.30 | 215 |
| Brandi Wilkins | 11/15/23 | Trial | $823.90 | 213 |
| Brandi Wilkins | 11/14/23 | Trial | $562.80 | 211 |
| Brandi Wilkins | 11/13/23 | Trial | $509.20 | 209 |
| Brandi Wilkins | 11/9/23 | Trial | $556.10 | 207 |
| Brandi Wilkins | 11/8/23 | Trial | $442.20 | 204 |
| Brandi Wilkins | 11/7/23 | Trial | $670.00 | 202 |
| Brandi Wilkins | 11/6/23 | Trial | $582.90 | 200 |
| Brandi Wilkins | 10/16/23 | Pretrial Conference | $168.00 | 170 |
| Diane Martens | 9/10/20 | Case Management Conference | $31.50 | 6788A |
| | | **Total Cost of Hearing Transcripts;** | **$7,388.10** | |

**Copies of Documents for Bates-Stamping and Production in Discovery:**

| Vendor | Inv Date | Description | Amount | Invoice # |
|---|---|---|---|---|
| Inventus | 5/30/20 | Document Production | $505.23 | 126754 |
| Legility | 6/29/20 | Document Production | $313.36 | 128572 |
| Legility | 6/29/20 | Document Production | $303.24 | 128020 |
| Legility | 6/29/20 | Document Production | $306.12 | 127993 |
| Legility | 7/30/20 | Document Production | $250.47 | 130520 |
| Legility | 10/29/20 | FTP Transfer of Data | $275.00 | 135166 |
| Legility | 11/30/20 | Hosting Costs for Production | $3,193.75 | 137401 |
| Legility | 12/31/20 | Hosting Costs for Production | $2,243.75 | 139170 |
| Legility | 1/31/21 | Hosting Costs for Production | $2,525.00 | 141065 |
| Legility | 2/28/21 | Hosting Costs for Production | $1,610.00 | 143067 |

| Vendor | Inv Date | Description | Amount | Invoice # |
|---|---|---|---|---|
| Legility | 4/29/21 | Hosting Costs for Production | $1,537.50 | 144923 |
| Legility | 4/30/21 | Hosting Costs for Production | $1,425.00 | 147904 |
| Legility | 5/31/21 | Hosting Costs for Production | $1,425.00 | 149918 |
| Legility | 6/30/21 | Hosting Costs for Production | $1,425.00 | 151754 |
| Legility | 7/31/21 | Hosting Costs for Production | $1,425.00 | 153031 |
| Legility | 11/30/21 | Hosting Costs for Production | $171.00 | 161565 |
| Legility | 4/30/23 | Hosting Costs for Production | $1,821.35 | 004239 |
| Legility | 5/31/23 | Hosting Costs for Production | $2,137.50 | 005057 |
| Consilio | 8/31/23 | Hosting Costs for Production | $2,025.00 | 553191 |
| Consilio | 9/30/23 | Hosting Costs for Production | $2,025.00 | 565280 |
| Legility | 9/30/23 | Hosting Costs for Production | $2,025.00 | 005861 |
| Consilio | 10/31/23 | Hosting Costs for Production | $2,025.00 | 577377 |
| Consilio | 11/30/23 | Hosting Costs for Production | $2,287.50 | INVCUS1830159116 |
| | | **Total Cost of Electronic Discovery:** | **$33,280.77** | |

**Copies of Trial Exhibits Submitted to Court**

| Vendor | Inv Date | Description | Amount | Invoice # |
|---|---|---|---|---|
| Avalon | 5/9/23 | Exhibits | $13,265.96 | RMAY230025 |
| Avalon | 11/30/23 | Exhibits | $17,223.79 | RNOV230045 |
| | | **Total Cost of Exhibit Printing:** | **$30,489.75** | |

**Docket Fees**

| Item | ECF No. | Amount |
|---|---|---|
| Motion to expedite – terminated 11/30/2017 | 6 | $5.00 |
| Motion for TRO – terminated 11/30/2017 | 7 | $5.00 |
| Motion to Amend/Correct – terminated 1/4/2019 | 35 | $5.00 |
| Motion for Extension of Time to Complete Discovery – terminated 12/20/2019 | 88 | $5.00 |
| Motion for Discovery – terminated 1/28/2020 | 91 | $5.00 |
| Motion to Amend/Correct – terminated 4/6/2020 | 95 | $5.00 |

| Item | ECF No. | Amount |
| --- | --- | --- |
| Motion for Discovery – terminated 3/25/2020 | 97 | $5.00 |
| Motion for Discovery – terminated 10/16/2020 | 116 | $5.00 |
| Motion to Seal - terminated 10/16/2020 | 118 | $5.00 |
| Motion to Seal - terminated 8/6/2020 | 125 | $5.00 |
| Motion for Extension of Time to Complete Discovery – terminated 9/18/2020 | 134 | $5.00 |
| Motion for Extension of Time to Complete Discovery – terminated 12/18/2020 | 148 | $5.00 |
| Motion for Discovery – terminated 2/18/2021 | 150 | $5.00 |
| Motion for Discovery – terminated 2/26/2021 | 161 | $5.00 |
| Motion to Seal - terminated 2/18/2021 | 164 | $5.00 |
| Motion to Seal – terminated 12/14/2021 | 193 | $5.00 |
| Order on motion for summary judgment | 203 | $5.00 |
| Motion in Limine – terminated 5/19/2023 | 223 | $5.00 |
| Motion in Limine – terminated 5/19/2023 | 224 | $5.00 |
| Motion in Limine – terminated 5/19/2023 | 225 | $5.00 |
| Motion in Limine – terminated 5/19/2023 | 226 | $5.00 |
| Motion in Limine – terminated 5/19/2023 | 227 | $5.00 |
| Motion in Limine – terminated 5/19/2023 | 228 | $5.00 |
| Motion to seal – terminated 4/25/2023 | 230 | $5.00 |
| Motion to seal – terminated 5/3/2023 | 249 | $5.00 |
| Motion to seal – terminated 5/18/2023 | 282 | $5.00 |
| Motion to seal – terminated 10/5/2023 | 302 | $5.00 |
| Sealed motion – terminated 11/29/2023 | 306 | $5.00 |
| Motion to seal – terminated 10/24/2023 | 324 | $5.00 |
| Motion to expedite – terminated 12/4/2023 | 384 | $5.00 |
| Trial judgment | 381 | $20.00 |
| Deposition of Lisa Peterson in evidence | N/A | $2.50 |
| Deposition of Andy Krochmalny in evidence | N/A | $2.50 |
| Deposition of Jesse Ramos in evidence | N/A | $2.50 |
| Deposition of Earl Peterson in evidence | N/A | $2.50 |

- 5 -

| Item | ECF No. | Amount |
|---|---|---|
| Deposition of Matthew Barber in evidence | N/A | $2.50 |
| Deposition of Martin Bleck in evidence | N/A | $2.50 |
| Deposition of Al Little in evidence | N/A | $2.50 |
| Deposition of Janet Putz in evidence | N/A | $2.50 |
| Deposition of Joel Landau in evidence | N/A | $2.50 |
| | **Total Docket Fees** | **$192.50** |

**Trial Technician Support**

| Vendor | Inv Date | Description | Amount | Invoice # |
|---|---|---|---|---|
| Prolumina | 4/10/23 | Retainer | $7,500 | 201270 |
| Prolumina | 12/6/23 | Trial Support | $101,031.88 | 201378 |
| | | **Trial Tech Total** | **$108,531.88** | |