# EXHIBIT B

```
             Receipt# 1692089
----------------------------------------
            ADAM J BELLO
            COUNTY CLERK
       OFFICE OF THE COUNTY CLERK
          39 WEST MAIN STREET
             ROCHESTER, NY
                14614
----------------------------------------
Doc#: 201711020371  Pgs: 2
Ref1: I2017010848
Type: INDEX NUMBER APPLICATION
Name: VALVETECH INC
Name: AEROJET ROCKETDYNE INC
   STATE FEE I# ISSUED      $       165.00
   COUNTY FEE INDX#         $        26.00
   STATE FEE CULTURAL EDUCA$         14.25
   STATE FEE RECORDS MANAGE$          4.75

Doc#: 201711020372  Pgs: 2
Ref1: I2017010848
Type: RJI (REQUEST FOR JUDICIAL INTERVEN
Name: VALVETECH INC
Name: AEROJET ROCKETDYNE INC
   STATE FEE NI-DEMAND OR R$         95.00

Doc#: 201711020373  Pgs: 2
Ref1: I2017010848
Type: NOTICE OF MOTION OR CROSS MOTION
Name: VALVETECH INC
Name: AEROJET ROCKETDYNE INC
   STATE FEE NOTICE MOTION  $          0.00


Total                       $        305.00
Check(s) Tendered           $        305.00
Balance                     $          0.00
----------------------------------------
   CHECK Number
   7433                     $        210.00
   7434                     $         95.00
----------------------------------------
Total Documents: 3
Total Fees: 6
----------------------------------------
Client Name GENERAL PUBLIC
Nov  2 2017  1:32:09 PM

Cashier: EmilyD
```

---

## DO NOT DETACH

**PAYOR'S RECEIPT**                    FEE $210.00

Title of Action or Proceeding to be TYPED or PRINTED by applicant.
Supreme Court, Monroe County

Endorse this INDEX NUMBER Assigned on the Top Right Corner On All Papers and advise your adversary of the number assigned.

Plaintiff(s),
v.

Defendant(s).

Do not write in this space.

10848 - 17

Monroe County Clerk's Office
by

2017 NOV -2 PM 1:26
MONROE COUNTY CLERK
FILED

1699691.1