# EXHIBIT C

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 372857 | 1/6/2021 | 338773 |

| Job Date | Case No. | |
|---|---|---|
| 12/3/2020 | 6:17-CV-06788-FPG-MWP | |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Elizabeth Anastasia
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Lisa Peterson - CMS | 317.00 | Pages | 1,252.15 |
| Attendance | 8.50 | | 382.50 |
| Realtime Over the Internet Setup Fee | 1.00 | | 95.00 |
| Realtime Over Internet | 257.00 | Pages | 501.15 |
| Additional Realtime Hook-up fee | 257.00 | | 501.15 |
| Rough ASCII | 257.00 | Pages | 385.50 |
| Exhibits | 5311.00 | Pages | 1,062.20 |
| Processing Fee | 1.00 | | 39.00 |
| | **TOTAL DUE   >>>** | | **$4,218.65** |
| | AFTER 2/5/2021  PAY | | $4,429.58 |

Client Matter No. : 132288.0001
Ordered by        : Valvetech -v- Aerojet (Perkins Coie)
                    Perkins Coie, LLP
                    11452 El Camino Real
                    Suite 300
                    San Diego, CA 92130-2594

KEVIN J. PATARIU, ESQ.

Due upon receipt and is not contingent on client payment.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Elizabeth Anastasia
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Invoice No.   : 372857
Invoice Date  : 1/6/2021
**Total Due**     : **$4,218.65**
AFTER 2/5/2021  PAY  $4,429.58

Remit To: **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD 21264-9136**

Job No.    : 338773
BU ID      : 43-SoCA-R
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 372857 | 1/6/2021 | 338773 |

| Job Date | Case No. | |
|---|---|---|
| 12/3/2020 | 6:17-CV-06788-FPG-MWP | |

| Case Name | | |
|---|---|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Elizabeth Anastasia
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

For your convenience we now accept payments via wire transfer.
Account Number:    1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Elizabeth Anastasia
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Invoice No.    : 372857
Invoice Date  : 1/6/2021
**Total Due**   : **$4,218.65**
AFTER 2/5/2021  PAY  $4,429.58

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.       : 338773
BU ID         : 43-SoCA-R
Case No.      : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 376945 | 1/6/2021 | 338777 |
| **Job Date** | **Case No.** | |
| 12/3/2020 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Elizabeth Anastasia
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

---

VIDEOCONFERENCING SERVICES:
  MVC - Lisa Peterson
    Mobile Videoconference Hourly Fee             9.00  Hours              675.00

                                          **TOTAL DUE  >>>**          **$675.00**

                                          AFTER 2/5/2021  PAY              $708.75

Client Matter No. : 132288.0001
Ordered by       : Valvetech -v- Aerojet (Perkins Coie)
                   Perkins Coie, LLP
                   11452 El Camino Real
                   Suite 300
                   San Diego, CA 92130-2594

KEVIN J. PATARIU, ESQ.

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289        Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Elizabeth Anastasia
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Invoice No.   : 376945
Invoice Date  : 1/6/2021
**Total Due**    : **$675.00**
AFTER 2/5/2021  PAY  $708.75

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 69136**
           **Baltimore, MD 21264-9136**

Job No.    : 338777
BU ID      : 28-MVC
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# INVOICE

1 of 2

 **Planet Depos**
*We Make It Happen™*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384526 | 2/25/2021 | 349081 |
| **Job Date** | **Case No.** | |
| 1/27/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Andy Krochmalny - CMS | 174.00 | Pages | 687.30 |
| Attendance | 7.50 | | 337.50 |
| Rough ASCII | 129.00 | Pages | 193.50 |
| Exhibits | 184.00 | Pages | 73.60 |
| Processing Fee | 1.00 | | 39.00 |
| **TOTAL DUE  >>>** | | | **$1,330.90** |
| AFTER 3/27/2021  PAY | | | $1,397.45 |

Client Matter No. : 132288.0001
Ordered by       : Valvetech -v- Aerojet (Perkins Coie)
                 Perkins Coie, LLP
                 11452 El Camino Real
                 Suite 300
                 San Diego, CA 92130-2594

JOHN D. ESTERHAY, ESQUIRE
Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:   1048289        Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | |
|---|---|
| Invoice No. | : 384526 |
| Invoice Date | : 2/25/2021 |
| **Total Due** | : **$1,330.90** |
| AFTER 3/27/2021  PAY | $1,397.45 |

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

| | |
|---|---|
| Job No. | : 349081 |
| BU ID | : 43-SoCA-R |
| Case No. | : 6:17-CV-06788-FPG-MWP |
| Case Name | : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384526 | 2/25/2021 | 349081 |
| **Job Date** | **Case No.** | |
| 1/27/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 384526
Invoice Date  : 2/25/2021
**Total Due**    : **$1,330.90**
AFTER 3/27/2021  PAY  $1,397.45

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.     : 349081
BU ID       : 43-SoCA-R
Case No.    : 6:17-CV-06788-FPG-MWP
Case Name   : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384542 | 2/25/2021 | 349085 |
| **Job Date** | **Case No.** | |
| 1/28/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Jesse Ramos - CMS | 180.00 | Pages | 711.00 |
| Attendance | 4.50 | | 202.50 |
| Realtime Over Internet | 135.00 | Pages | 263.25 |
| Realtime Over the Internet Setup Fee | 1.00 | | 95.00 |
| Rough ASCII | 135.00 | Pages | 202.50 |
| Exhibits | 107.00 | Pages | 42.80 |
| Processing Fee | 1.00 | | 39.00 |
| **TOTAL DUE   >>>** | | | **$1,556.05** |
| AFTER 3/27/2021  PAY | | | $1,633.85 |

Client Matter No. : 132288.0001
Ordered by       : Valvetech -v- Aerojet (Perkins Coie)
                   Perkins Coie, LLP
                   11452 El Camino Real
                   Suite 300
                   San Diego, CA 92130-2594

KEVIN J. PATARIU, ESQUIRE
Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 384542
Invoice Date  : 2/25/2021
**Total Due**     : **$1,556.05**
AFTER 3/27/2021  PAY  $1,633.85

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.    : 349085
BU ID      : 43-SoCA-R
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384542 | 2/25/2021 | 349085 |
| Job Date | Case No. | |
| 1/28/2021 | 6:17-CV-06788-FPG-MWP | |
| Case Name | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Account Number:    1048289        Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 384542
Invoice Date  : 2/25/2021
**Total Due**    : **$1,556.05**
AFTER 3/27/2021  PAY  $1,633.85

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.    : 349085
BU ID      : 43-SoCA-R
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384556 | 2/25/2021 | 349091 |

| Job Date | Case No. |
|---|---|
| 1/29/2021 | 6:17-CV-06788-FPG-MWP |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Earl Peterson - CMS | 293.00 | Pages | 1,157.35 |
| Attendance | 8.00 | | 360.00 |
| Evening Attendance | 0.50 | | 33.75 |
| Realtime Over Internet | 229.00 | Pages | 446.55 |
| Realtime Over the Internet Setup Fee | 1.00 | | 95.00 |
| Rough ASCII | 229.00 | Pages | 343.50 |
| Exhibits | 4561.00 | Pages | 1,368.30 |
| Processing Fee | 1.00 | | 39.00 |

**TOTAL DUE  >>>**          **$3,843.45**

AFTER 3/27/2021  PAY          $4,035.62

Client Matter No. : 132288.0001
Ordered by       : Valvetech -v- Aerojet (Perkins Coie)
                   Perkins Coie, LLP
                   11452 El Camino Real
                   Suite 300
                   San Diego, CA 92130-2594

MIGUEL J. BOMBACH, ESQUIRE
Due upon receipt and is not contingent on client payment.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 384556
Invoice Date  : 2/25/2021
**Total Due**     : **$3,843.45**
AFTER 3/27/2021  PAY  $4,035.62

Remit To: **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD 21264-9136**

Job No.    : 349091
BU ID      : 43-SoCA-R
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384556 | 2/25/2021 | 349091 |

| Job Date | Case No. | |
|---|---|---|
| 1/29/2021 | 6:17-CV-06788-FPG-MWP | |

| Case Name | | |
|---|---|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

For your convenience we now accept payments via wire transfer.
Account Number:    1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30
days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.    : 384556
Invoice Date  : 2/25/2021
**Total Due**    : **$3,843.45**
AFTER 3/27/2021  PAY  $4,035.62

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.        : 349091
BU ID          : 43-SoCA-R
Case No.       : 6:17-CV-06788-FPG-MWP
Case Name   : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 387755 | 2/25/2021 | 349083 |
| **Job Date** | **Case No.** | |
| 1/27/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

---

VIDEOCONFERENCING SERVICES:
    Andy Krochmalny- MVC
        Mobile Videoconference Hourly Fee         8.00  Hours         600.00

**TOTAL DUE  >>>**     **$600.00**

AFTER 3/27/2021  PAY     $630.00

Client Matter No. : 132288.0001
Ordered by    : Valvetech -v- Aerojet (Perkins Coie)
               Perkins Coie, LLP
               11452 El Camino Real
               Suite 300
               San Diego, CA 92130-2594

JOHN D. ESTERHAY, ESQUIRE
Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 387755
Invoice Date  : 2/25/2021
**Total Due**    : **$600.00**
AFTER 3/27/2021  PAY  $630.00

Remit To: **Planet Depos, LLC**
           **P.O. BOX 69136**
           **Baltimore, MD 21264-9136**

Job No.     : 349083
BU ID      : 28-MVC
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 1

**Planet Depos**
We Make It Happen™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 387833 | 2/25/2021 | 349087 |
| Job Date | Case No. | |
| 1/28/2021 | 6:17-CV-06788-FPG-MWP | |
| Case Name | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

---

VIDEOCONFERENCING SERVICES:
    Jesse Ramos- MVC

| | | | |
|---|---|---|---|
| Mobile Videoconference Hourly Fee | 5.00 | Hours | 375.00 |
| | **TOTAL DUE  >>>** | | **$375.00** |
| | AFTER 3/27/2021  PAY | | $393.75 |

Client Matter No. : 132288.0001
Ordered by    : Valvetech -v- Aerojet (Perkins Coie)
             Perkins Coie, LLP
             11452 El Camino Real
             Suite 300
             San Diego, CA 92130-2594

KEVIN J. PATARIU, ESQUIRE
Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289       Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 387833
Invoice Date  : 2/25/2021
**Total Due**    : **$375.00**
AFTER 3/27/2021  PAY  $393.75

Remit To: **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD 21264-9136**

Job No.     : 349087
BU ID      : 28-MVC
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 387878 | 2/25/2021 | 349093 |
| **Job Date** | **Case No.** | |
| 1/29/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

VIDEOCONFERENCING SERVICES:

    Earl Peterson-MVC

        Mobile Videoconference Hourly Fee          9.00   Hours         675.00

        **TOTAL DUE  >>>**         **$675.00**

        AFTER 3/27/2021  PAY        $708.75

Client Matter No. : 132288.0001
Ordered by      : Valvetech -v- Aerojet (Perkins Coie)
               Perkins Coie, LLP
               11452 El Camino Real
               Suite 300
               San Diego, CA 92130-2594

MIGUEL J. BOMBACH, ESQUIRE
Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289        Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.    : 387878
Invoice Date   : 2/25/2021
**Total Due**      : **$675.00**
AFTER 3/27/2021  PAY  $708.75

Remit To: **Planet Depos, LLC**
            **P.O. BOX 69136**
            **Baltimore, MD 21264-9136**

Job No.       : 349093
BU ID         : 28-MVC
Case No.     : 6:17-CV-06788-FPG-MWP
Case Name   : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.



# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384588 | 2/26/2021 | 349096 |

| Job Date | Case No. | |
|---|---|---|
| 2/1/2021 | 6:17-CV-06788-FPG-MWP | |

| Case Name | | |
|---|---|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Matthew Barber - CMS | 280.00 | Pages | 1,106.00 |
| Attendance | 8.00 | | 360.00 |
| Evening Attendance | 0.50 | | 33.75 |
| Realtime Over Internet | 212.00 | Pages | 413.40 |
| Realtime Over the Internet Setup Fee | 1.00 | | 95.00 |
| Rough ASCII | 212.00 | Pages | 318.00 |
| Exhibits | 1048.00 | Pages | 419.20 |
| Processing Fee | 1.00 | | 39.00 |
| | **TOTAL DUE   >>>** | | **$2,784.35** |
| | AFTER 3/28/2021  PAY | | $2,923.57 |

Client Matter No. : 132288.0001
Ordered by       : Valvetech -v- Aerojet (Perkins Coie)
                   Perkins Coie, LLP
                   11452 El Camino Real
                   Suite 300
                   San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | | |
|---|---|---|
| Invoice No. | : | 384588 |
| Invoice Date | : | 2/26/2021 |
| **Total Due** | : | **$2,784.35** |
| AFTER 3/28/2021  PAY | | $2,923.57 |

Remit To: **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD 21264-9136**

| | | |
|---|---|---|
| Job No. | : | 349096 |
| BU ID | : | 43-SoCA-R |
| Case No. | : | 6:17-CV-06788-FPG-MWP |
| Case Name | : | Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384588 | 2/26/2021 | 349096 |
| **Job Date** | **Case No.** | |
| 2/1/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Account Number:    1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.    : 384588
Invoice Date  : 2/26/2021
**Total Due**    : **$2,784.35**
AFTER 3/28/2021  PAY  $2,923.57

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.      : 349096
BU ID        : 43-SoCA-R
Case No.     : 6:17-CV-06788-FPG-MWP
Case Name    : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 388145 | 2/26/2021 | 349098 |

| Job Date | Case No. |
|---|---|
| 2/1/2021 | 6:17-CV-06788-FPG-MWP |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

VIDEOCONFERENCING SERVICES:
    Matthew Barber- MVC

| | | | |
|---|---|---|---|
| Mobile Videoconference Hourly Fee | 9.00 | Hours | 675.00 |
| | **TOTAL DUE  >>>** | | **$675.00** |
| | AFTER 3/28/2021  PAY | | $708.75 |

Client Matter No. : 132288.0001
Ordered by         : Valvetech -v- Aerojet (Perkins Coie)
                     Perkins Coie, LLP
                     11452 El Camino Real
                     Suite 300
                     San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 388145
Invoice Date  : 2/26/2021
**Total Due**     : **$675.00**
AFTER 3/28/2021  PAY  $708.75

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 69136**
           **Baltimore, MD 21264-9136**

Job No.      : 349098
BU ID        : 28-MVC
Case No.     : 6:17-CV-06788-FPG-MWP
Case Name    : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384602 | 3/5/2021 | 349099 |
| **Job Date** | **Case No.** | |
| 2/2/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Martin Bleck | 333.00 | Pages | 1,315.35 |
| Attendance | 8.00 | | 360.00 |
| Evening Attendance | 1.00 | | 67.50 |
| Realtime Over the Internet Setup Fee | 1.00 | | 95.00 |
| Realtime Over Internet | 253.00 | Pages | 493.35 |
| Rough ASCII | 253.00 | Pages | 379.50 |
| Exhibits | 1830.00 | Pages | 732.00 |
| Processing Fee | 1.00 | | 39.00 |
| **TOTAL DUE  >>>** | | | **$3,481.70** |
| AFTER 4/4/2021  PAY | | | $3,655.79 |

Client Matter No. : 132288.0001
Ordered by         : Valvetech -v- Aerojet (Perkins Coie)
                         Perkins Coie, LLP
                         11452 El Camino Real
                         Suite 300
                         San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | |
|---|---|
| Invoice No. | : 384602 |
| Invoice Date | : 3/5/2021 |
| **Total Due** | : **$3,481.70** |
| AFTER 4/4/2021  PAY  $3,655.79 | |

Remit To: **Planet Depos, LLC**
                **P.O. BOX 69136**
                **Baltimore, MD 21264-9136**

| | |
|---|---|
| Job No. | : 349099 |
| BU ID | : 43-SoCA-R |
| Case No. | : 6:17-CV-06788-FPG-MWP |
| Case Name | : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384602 | 3/5/2021 | 349099 |
| **Job Date** | **Case No.** | |
| 2/2/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Account Number:    1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.    : 384602
Invoice Date  : 3/5/2021
**Total Due**    : **$3,481.70**
AFTER 4/4/2021  PAY  $3,655.79

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.      : 349099
BU ID        : 43-SoCA-R
Case No.     : 6:17-CV-06788-FPG-MWP
Case Name    : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384618 | 3/5/2021 | 349102 |

| Job Date | Case No. | |
|---|---|---|
| 2/3/2021 | 6:17-CV-06788-FPG-MWP | |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Alfred Little - CMS | 321.00 | Pages | 1,267.95 |
| Attendance | 8.00 | | 360.00 |
| Evening Attendance | 1.00 | | 67.50 |
| Realtime Over the Internet Setup Fee | 1.00 | | 95.00 |
| Realtime Over Internet | 247.00 | Pages | 481.65 |
| Rough ASCII | 247.00 | Pages | 370.50 |
| Exhibits | 1683.00 | Pages | 673.20 |
| Processing Fee | 1.00 | | 39.00 |
| **TOTAL DUE  >>>** | | | **$3,354.80** |
| | | | |
| AFTER 4/4/2021  PAY | | | $3,522.54 |

Client Matter No. : 132288.0001
Ordered by      : Valvetech -v- Aerojet (Perkins Coie)
                  Perkins Coie, LLP
                  11452 El Camino Real
                  Suite 300
                  San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | |
|---|---|
| Invoice No. | : 384618 |
| Invoice Date | : 3/5/2021 |
| **Total Due** | **: $3,354.80** |
| AFTER 4/4/2021  PAY | $3,522.54 |

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

| | |
|---|---|
| Job No. | : 349102 |
| BU ID | : 43-SoCA-R |
| Case No. | : 6:17-CV-06788-FPG-MWP |
| Case Name | : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384618 | 3/5/2021 | 349102 |

| Job Date | Case No. | |
|---|---|---|
| 2/3/2021 | 6:17-CV-06788-FPG-MWP | |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

---

Account Number:    1048289         Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 384618
Invoice Date  : 3/5/2021
**Total Due**    : **$3,354.80**
AFTER 4/4/2021  PAY  $3,522.54

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.      : 349102
BU ID        : 43-SoCA-R
Case No.    : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 389622 | 3/5/2021 | 349101 |

| Job Date | Case No. | |
|---|---|---|
| 2/2/2021 | 6:17-CV-06788-FPG-MWP | |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

---

VIDEOCONFERENCING SERVICES:

    MVC - Martin Bleck

        Mobile Videoconference Hourly Fee         9.50  Hours     712.50

**TOTAL DUE  >>>         $712.50**

AFTER 4/4/2021  PAY     $748.13

Client Matter No. : 132288.0001
Ordered by     : Valvetech -v- Aerojet (Perkins Coie)
        Perkins Coie, LLP
        11452 El Camino Real
        Suite 300
        San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289       Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 389622
Invoice Date  : 3/5/2021
**Total Due**    : **$712.50**
AFTER 4/4/2021  PAY  $748.13

Remit To:  **Planet Depos, LLC**
       **P.O. BOX 69136**
       **Baltimore, MD 21264-9136**

Job No.     : 349101
BU ID      : 28-MVC
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 389663 | 3/5/2021 | 349106 |

| Job Date | Case No. |
|---|---|
| 2/3/2021 | 6:17-CV-06788-FPG-MWP |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

VIDEOCONFERENCING SERVICES:
MVC - Alfred Little

| Mobile Videoconference Hourly Fee | 9.50  Hours | 712.50 |
|---|---|---|
| | **TOTAL DUE  >>>** | **$712.50** |
| | AFTER 4/4/2021  PAY | $748.13 |

Client Matter No. : 132288.0001
Ordered by       : Valvetech -v- Aerojet (Perkins Coie)
                   Perkins Coie, LLP
                   11452 El Camino Real
                   Suite 300
                   San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:   1048289       Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | |
|---|---|
| Invoice No. | : 389663 |
| Invoice Date | : 3/5/2021 |
| **Total Due** | : **$712.50** |
| AFTER 4/4/2021  PAY  $748.13 | |

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

| | |
|---|---|
| Job No. | : 349106 |
| BU ID | : 28-MVC |
| Case No. | : 6:17-CV-06788-FPG-MWP |
| Case Name | : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 386028 | 3/5/2021 | 351270 |
| Job Date | Case No. | |
| 2/8/2021 | 6:17-CV-06788-FPG-MWP | |
| Case Name | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Jeffrey Pullano, Corporate Representative & Individually - CMS | 393.00 | Pages | 1,375.50 |
| Realtime Over the Internet Setup Fee | 1.00 | | 95.00 |
| Realtime Over Internet | 312.00 | Pages | 608.40 |
| Rough ASCII | 312.00 | Pages | 468.00 |
| Exhibits | 1146.00 | Pages | 458.40 |
| Processing Fee | 1.00 | | 39.00 |
| | **TOTAL DUE   >>>** | | **$3,044.30** |
| | AFTER 4/4/2021  PAY | | $3,196.52 |

Client Matter No. : 132288.0001
Ordered by        : Valvetech -v- Aerojet (Perkins Coie)
                        Perkins Coie, LLP
                        11452 El Camino Real
                        Suite 300
                        San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:     1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | | |
|---|---|---|
| Invoice No. | : | 386028 |
| Invoice Date | : | 3/5/2021 |
| **Total Due** | : | **$3,044.30** |
| AFTER 4/4/2021  PAY  $3,196.52 | | |

Remit To: **Planet Depos, LLC**
              **P.O. BOX 69136**
              **Baltimore, MD 21264-9136**

| | | |
|---|---|---|
| Job No. | : | 351270 |
| BU ID | : | 45-NYC-R |
| Case No. | : | 6:17-CV-06788-FPG-MWP |
| Case Name | : | Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 386028 | 3/5/2021 | 351270 |

| Job Date | Case No. | |
|---|---|---|
| 2/8/2021 | 6:17-CV-06788-FPG-MWP | |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 386028
Invoice Date  : 3/5/2021
**Total Due**     : **$3,044.30**
AFTER 4/4/2021  PAY  $3,196.52

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.      : 351270
BU ID        : 45-NYC-R
Case No.     : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 386067 | 3/5/2021 | 351276 |

| Job Date | Case No. | |
|---|---|---|
| 2/12/2021 | 6:17-CV-06788-FPG-MWP | |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| Paul I. Welker - CMS | 202.00 | Pages | 707.00 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Chad Mitchell - CMS | 164.00 | Pages | 574.00 |
| Realtime Over the Internet Setup Fee | 1.00 | | 95.00 |
| Realtime Over Internet | 278.00 | Pages | 542.10 |
| Rough ASCII | 278.00 | Pages | 417.00 |
| Exhibits | 443.00 | Pages | 177.20 |
| Processing Fee | 1.00 | | 39.00 |
| | **TOTAL DUE  >>>** | | **$2,551.30** |
| | AFTER 4/4/2021  PAY | | $2,678.87 |

Client Matter No. : 132288.0001
Ordered by　　　： Valvetech -v- Aerojet (Perkins Coie)
　　　　　　　　　Perkins Coie, LLP
　　　　　　　　　11452 El Camino Real
　　　　　　　　　Suite 300
　　　　　　　　　San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | | |
|---|---|---|
| Invoice No. | : 386067 |
| Invoice Date | : 3/5/2021 |
| **Total Due** | : **$2,551.30** |
| AFTER 4/4/2021  PAY  $2,678.87 |

Remit To: **Planet Depos, LLC**
　　　　　**P.O. BOX 69136**
　　　　　**Baltimore, MD 21264-9136**

| | |
|---|---|
| Job No. | : 351276 |
| BU ID | : 45-NYC-R |
| Case No. | : 6:17-CV-06788-FPG-MWP |
| Case Name | : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 386067 | 3/5/2021 | 351276 |
| **Job Date** | **Case No.** | |
| 2/12/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Account Number:    1048289         Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| Invoice No. | : 386067 |
|---|---|
| Invoice Date | : 3/5/2021 |
| **Total Due** | : **$2,551.30** |
| AFTER 4/4/2021  PAY  $2,678.87 | |

Remit To:  **Planet Depos, LLC
P.O. BOX 69136
Baltimore, MD 21264-9136**

| Job No. | : 351276 |
|---|---|
| BU ID | : 45-NYC-R |
| Case No. | : 6:17-CV-06788-FPG-MWP |
| Case Name | : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |



# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 389742 | 3/5/2021 | 351273 |
| **Job Date** | **Case No.** | |
| 2/9/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Erin Mullally - CMS | 338.00 | Pages | 1,183.00 |
| Realtime Over the Internet Setup Fee | 1.00 | | 95.00 |
| Realtime Over Internet | 267.00 | Pages | 520.65 |
| Rough ASCII | 267.00 | Pages | 400.50 |
| Exhibits | 265.00 | Pages | 106.00 |
| Processing Fee | 1.00 | | 39.00 |
| **TOTAL DUE  >>>** | | | **$2,344.15** |
| AFTER 4/4/2021  PAY | | | $2,461.36 |

Client Matter No. : 132288.0001
Ordered by       : Valvetech -v- Aerojet (Perkins Coie)
                  Perkins Coie, LLP
                  11452 El Camino Real
                  Suite 300
                  San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289        Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 389742
Invoice Date  : 3/5/2021
**Total Due**    : **$2,344.15**
AFTER 4/4/2021  PAY  $2,461.36

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 69136**
           **Baltimore, MD 21264-9136**

Job No.     : 351273
BU ID       : 45-NYC-R
Case No.    : 6:17-CV-06788-FPG-MWP
Case Name   : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 389742 | 3/5/2021 | 351273 |

| Job Date | Case No. |
|---|---|
| 2/9/2021 | 6:17-CV-06788-FPG-MWP |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.    : 389742
Invoice Date  : 3/5/2021
**Total Due**     : **$2,344.15**
AFTER 4/4/2021  PAY  $2,461.36

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.      : 351273
BU ID         : 45-NYC-R
Case No.    : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 390259 | 3/24/2021 | 354845 |
| **Job Date** | **Case No.** | |
| 2/24/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Janet Putz | 159.00 | Pages | 628.05 |
| Attendance | 4.50 | | 202.50 |
| Rough ASCII | 117.00 | Pages | 175.50 |
| Exhibits | 682.00 | Pages | 272.80 |
| Processing Fee | 1.00 | | 39.00 |
| **TOTAL DUE   >>>** | | | **$1,317.85** |
| AFTER 4/23/2021  PAY | | | $1,383.74 |

Client Matter No. : 132288.0001
Ordered by      : Valvetech -v- Aerojet (Perkins Coie)
                 Perkins Coie, LLP
                 11452 El Camino Real
                 Suite 300
                 San Diego, CA 92130-2594

JOHN D. ESTERHAY, ESQUIRE
Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289        Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 390259
Invoice Date : 3/24/2021
**Total Due**    : **$1,317.85**
AFTER 4/23/2021  PAY  $1,383.74

Remit To: **Planet Depos, LLC**
         **P.O. BOX 69136**
         **Baltimore, MD 21264-9136**

Job No.    : 354845
BU ID      : 43-SoCA-R
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 390259 | 3/24/2021 | 354845 |

| Job Date | Case No. |
|---|---|
| 2/24/2021 | 6:17-CV-06788-FPG-MWP |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.    : 390259
Invoice Date   : 3/24/2021
**Total Due**     : **$1,317.85**
AFTER 4/23/2021  PAY  $1,383.74

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.      : 354845
BU ID        : 43-SoCA-R
Case No.    : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 394255 | 3/24/2021 | 354847 |
| **Job Date** | **Case No.** | |
| 2/24/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

---

VIDEOCONFERENCING SERVICES:
    Janet Putz-MVC

        Mobile Videoconference Hourly Fee                 5.00  Hours           375.00

                                                       **TOTAL DUE  >>>**          **$375.00**

                                          AFTER 4/23/2021  PAY          $393.75

Client Matter No. : 132288.0001
Ordered by      : Valvetech -v- Aerojet (Perkins Coie)
               Perkins Coie, LLP
               11452 El Camino Real
               Suite 300
               San Diego, CA 92130-2594

JOHN D. ESTERHAY, ESQUIRE
Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:   1048289      Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 394255
Invoice Date  : 3/24/2021
**Total Due**    : **$375.00**
AFTER 4/23/2021  PAY  $393.75

Remit To: **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD 21264-9136**

Job No.     : 354847
BU ID      : 28-MVC
Case No.    : 6:17-CV-06788-FPG-MWP
Case Name : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.



# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 392397 | 4/1/2021 | 354985 |
| Job Date | Case No. | |
| 3/8/2021 | 6:17-CV-06788-FPG-MWP | |
| Case Name | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Joel Landau | 212.00 | Pages | 837.40 |
| Attendance | 8.00 | | 360.00 |
| Rough ASCII | 171.00 | Pages | 256.50 |
| Exhibits | 936.00 | Pages | 374.40 |
| Processing Fee | 1.00 | | 39.00 |
| **TOTAL DUE   >>>** | | | **$1,867.30** |
| AFTER 5/1/2021  PAY | | | $1,960.67 |

Client Matter No. : 132288.0001
Ordered by        : Valvetech -v- Aerojet (Perkins Coie)
                    Perkins Coie, LLP
                    11452 El Camino Real
                    Suite 300
                    San Diego, CA 92130-2594

JOHN D. ESTERHAY
Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289        Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | |
|---|---|
| Invoice No. | : 392397 |
| Invoice Date | : 4/1/2021 |
| **Total Due** | : **$1,867.30** |
| AFTER 5/1/2021  PAY | $1,960.67 |

Remit To: **Planet Depos, LLC
P.O. BOX 69136
Baltimore, MD 21264-9136**

| | |
|---|---|
| Job No. | : 354985 |
| BU ID | : 43-SoCA-R |
| Case No. | : 6:17-CV-06788-FPG-MWP |
| Case Name | : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

# INVOICE

2 of 2

**Planet Depos**
We Make It *Happen*™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 392397 | 4/1/2021 | 354985 |
| **Job Date** | **Case No.** | |
| 3/8/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | |
|---|---|
| Invoice No. | : 392397 |
| Invoice Date | : 4/1/2021 |
| **Total Due** | : **$1,867.30** |
| AFTER 5/1/2021  PAY  $1,960.67 | |

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

| | |
|---|---|
| Job No. | : 354985 |
| BU ID | : 43-SoCA-R |
| Case No. | : 6:17-CV-06788-FPG-MWP |
| Case Name | : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 396502 | 4/1/2021 | 354987 |
| Job Date | Case No. | |
| 3/8/2021 | 6:17-CV-06788-FPG-MWP | |
| Case Name | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Valvetech -v- Aerojet (Perkins Coie)
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

---

VIDEOCONFERENCING SERVICES:

    Joel Landau- MVC

        Mobile Videoconference Hourly Fee        8.50  Hours        637.50

**TOTAL DUE  >>>**      **$637.50**

AFTER 5/1/2021  PAY      $669.38

Client Matter No. ：132288.0001

JOHN D. ESTERHAY
Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:   1048289     Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Valvetech -v- Aerojet (Perkins Coie)
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 396502
Invoice Date  : 4/1/2021
**Total Due**    : **$637.50**
AFTER 5/1/2021  PAY  $669.38

Remit To:  **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD 21264-9136**

Job No.     : 354987
BU ID      : 28-REMOTE
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 408264 | 6/3/2021 | 371736 |

| Job Date | Case No. |
|---|---|
| 5/10/2021 | 6:17-CV-06788-FPG-MWP |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| David Blackburn, Ph.D. - CMS | 158.00 | Pages | 624.10 |
| Attendance | 4.50 | | 202.50 |
| Realtime Over the Internet Setup Fee | 1.00 | | 95.00 |
| Rough ASCII | 114.00 | Pages | 171.00 |
| Exhibits | 171.00 | Pages | 68.40 |
| Processing Fee | 1.00 | | 39.00 |
| **TOTAL DUE  >>>** | | | **$1,200.00** |
| AFTER 7/3/2021  PAY | | | $1,260.00 |

Client Matter No. : 132288.0001
Ordered by       : Valvetech -v- Aerojet (Perkins Coie)
                   Perkins Coie, LLP
                   11452 El Camino Real
                   Suite 300
                   San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289        Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 408264
Invoice Date : 6/3/2021
**Total Due**    : **$1,200.00**
AFTER 7/3/2021  PAY  $1,260.00

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 69136**
           **Baltimore, MD 21264-9136**

Job No.      : 371736
BU ID        : 43-SoCA-R
Case No.     : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

2 of 2

**Planet Depos**
We Make It *Happen*™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 408264 | 6/3/2021 | 371736 |

| Job Date | Case No. |
|---|---|
| 5/10/2021 | 6:17-CV-06788-FPG-MWP |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.    : 408264
Invoice Date  : 6/3/2021
**Total Due**     : **$1,200.00**
AFTER 7/3/2021  PAY  $1,260.00

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.      : 371736
BU ID        : 43-SoCA-R
Case No.     : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# **I N V O I C E**

1 of 1

**Planet Depos**
We Make It *Happen™*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 408263 | 6/3/2021 | 371737 |
| **Job Date** | **Case No.** | |
| 5/10/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
    David Blackburn - VIDEO

| | | | |
|---|---|---|---|
| Videographer Hourly Rate | 5.50 | Hours | 522.50 |
| Synchronization | 4.50 | Hours | 157.50 |
| Video Upload/Archive | 1.00 | | 25.00 |
| | **TOTAL DUE  >>>** | | **$705.00** |
| | AFTER 7/3/2021  PAY | | $740.25 |

Client Matter No. : 132288.0001
Ordered by       : Valvetech -v- Aerojet (Perkins Coie)
                  Perkins Coie, LLP
                  11452 El Camino Real
                  Suite 300
                  San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289         Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 408263
Invoice Date  : 6/3/2021
**Total Due**    : **$705.00**
AFTER 7/3/2021  PAY  $740.25

Remit To:  **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD 21264-9136**

Job No.     : 371737
BU ID       : 44-SoCA-V
Case No.     : 6:17-CV-06788-FPG-MWP
Case Name   : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 412197 | 6/3/2021 | 371738 |
| Job Date | Case No. | |
| 5/10/2021 | 6:17-CV-06788-FPG-MWP | |
| Case Name | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

VIDEOCONFERENCING SERVICES:
    David Blackburn, Ph.D.-MVC

       Mobile Videoconference Hourly Fee        5.00  Hours      375.00

**TOTAL DUE  >>>**     **$375.00**

AFTER 7/3/2021  PAY     $393.75

Client Matter No. : 132288.0001
Ordered by      : Valvetech -v- Aerojet (Perkins Coie)
             Perkins Coie, LLP
             11452 El Camino Real
             Suite 300
             San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289        Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 412197
Invoice Date  : 6/3/2021
**Total Due**    : **$375.00**
AFTER 7/3/2021  PAY  $393.75

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 69136**
           **Baltimore, MD 21264-9136**

Job No.      : 371738
BU ID        : 28-REMOTE
Case No.    : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 410022 | 6/3/2021 | 371808 |
| Job Date | Case No. | |
| 5/12/2021 | 6:17-CV-06788-FPG-MWP | |
| Case Name | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| Justin R. Blok - CMS | 313.00 | Pages | 1,095.50 |
| Rough ASCII | 245.00 | Pages | 367.50 |
| Exhibits | 450.00 | Pages | 180.00 |
| Processing Fee | 1.00 | | 39.00 |
| | **TOTAL DUE   >>>** | | **$1,682.00** |
| | AFTER 7/3/2021  PAY | | $1,766.10 |

Client Matter No. : 132288.0001
Ordered by        : Valvetech -v- Aerojet (Perkins Coie)
                   Perkins Coie, LLP
                   11452 El Camino Real
                   Suite 300
                   San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289       Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 410022
Invoice Date  : 6/3/2021
**Total Due**     : **$1,682.00**
AFTER 7/3/2021  PAY  $1,766.10

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 69136**
           **Baltimore, MD 21264-9136**

Job No.    : 371808
BU ID      : 45-NYC-R
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# I N V O I C E

1 of 1

![Planet Depos logo] **pd** **Planet Depos**®
*We Make It Happen*™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 410019 | 6/3/2021 | 371810 |

| Job Date | Case No. | |
|---|---|---|
| 5/12/2021 | 6:17-CV-06788-FPG-MWP | |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Justin Blok - VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 3.00 | Files | 285.00 |
| Synchronization | 8.50 | Hours | 297.50 |
| Video Upload/Archive | 1.00 | | 25.00 |
| | **TOTAL DUE  >>>** | | **$607.50** |
| | AFTER 7/3/2021  PAY | | $637.88 |

Client Matter No. : 132288.0001
Ordered by      : Valvetech -v- Aerojet (Perkins Coie)
               Perkins Coie, LLP
               11452 El Camino Real
               Suite 300
               San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289     Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

| | |
|---|---|
| Invoice No. | : 410019 |
| Invoice Date | : 6/3/2021 |
| **Total Due** | **: $607.50** |
| AFTER 7/3/2021  PAY  $637.88 | |

Remit To:  **Planet Depos, LLC**
               **P.O. BOX 69136**
               **Baltimore, MD 21264-9136**

| | |
|---|---|
| Job No. | : 371810 |
| BU ID | : 46-NYC-V |
| Case No. | : 6:17-CV-06788-FPG-MWP |
| Case Name | : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

# TSG REPORTING

**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/7/2021
**INVOICE #:** 2049999.1
**JOB #:** 194254



| | |
|---|---|
| **BILL TO:** | Perkins Coie LLP |
| | c/o Kevin Patariu |
| | 11452 El Camino Real, Suite 300 |
| | San Diego, CA 92130 US |
| **SHIP TO:** | Perkins Coie LLP |
| | c/o Kevin Patariu |
| | 11452 El Camino Real, Suite 300 |
| | San Diego, CA 92130 US |
| **CASE:** | Valvetech, Inc. v. Aerojet Rocketdyne, Inc. |
| **WITNESS:** | Alan Minick |
| **JOB DATE:** | 5/19/2021 |
| **LOCATION:** | TELEPHONIC, Los Angeles, CA, 90016, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Alan Minick** | | | | |
| Original & 1 Certified Transcript | 1 | 303 | $4.95 | $1,499.85 |
| Certified Transcript Sold Discount | 1 | 303 | ($0.25) | ($75.75) |
| Original Transcript - Early AM Pages | 1 | 26 | $2.00 | $52.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription | 1 | 303 | $1.65 | $499.95 |
| Rough Transcript | 1 | 303 | $1.50 | $454.50 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 2658 | $0.25 | $664.50 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 351 | $1.00 | $351.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded Telephonic | 2 | | $165.00 | $330.00 |
| Reporter Appearance Fee / Early AM Session - Video Recorded Telephonic | 1 | | $247.50 | $247.50 |
| Reporter Waiting Time / Early AM Hour - Reduction | 1 | | | ($168.75) |
| Reporter Waiting Time / Early AM Hour | 0.75 | | $225.00 | $168.75 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $4,423.55 |
| | | | **TOTAL** | $4,423.55 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/14/2021
**INVOICE #:** 2050801
**JOB #:** 194255

| | |
|---|---|
| **BILL TO:** | Perkins Coie LLP |
| | c/o Kevin Patariu |
| | 11452 El Camino Real, Suite 300 |
| | San Diego, CA 92130 US |
| **SHIP TO:** | Perkins Coie LLP |
| | c/o Kevin Patariu |
| | 11452 El Camino Real, Suite 300 |
| | San Diego, CA 92130 US |
| **CASE:** | Valvetech, Inc. v. Aerojet Rocketdyne, Inc. |
| **WITNESS:** | David Crisalli |
| **JOB DATE:** | 5/21/2021 |
| **LOCATION:** | TELEPHONIC, Los Angeles, CA, 90016, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **David Crisalli** | | | | |
| Original & 1 Certified Transcript | 1 | 302 | $4.95 | $1,494.90 |
| Certified Transcript Sold Discount | 1 | 302 | ($0.25) | ($75.50) |
| Original Transcript - Early AM Pages | 1 | 46 | $2.00 | $92.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription | 1 | 302 | $1.65 | $498.30 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 956 | $0.25 | $239.00 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 241 | $1.00 | $241.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded Telephonic | 2 | | $165.00 | $330.00 |
| Reporter Appearance Fee / Early AM Session - Video Recorded Telephonic | 1 | | $247.50 | $247.50 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $3,467.20 |
| | | | **TOTAL** | $3,467.20 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/14/2021
**INVOICE #:** 2050803
**JOB #:** 194255

**BILL TO:**        Perkins Coie LLP
                    c/o Kevin Patariu
                    11452 El Camino Real, Suite 300
                    San Diego, CA 92130 US

**SHIP TO:**        Perkins Coie LLP
                    c/o Kevin Patariu
                    11452 El Camino Real, Suite 300
                    San Diego, CA 92130 US

**CASE:**           Valvetech, Inc. v. Aerojet Rocketdyne, Inc.
**WITNESS:**        David Crisalli
**JOB DATE:**       5/21/2021
**LOCATION:**       TELEPHONIC, Los Angeles, CA, 90016, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Rate | Amount |
|----------|-----|------|--------|
| Operator / Hour | 9 | $150.00 | $1,350.00 |
| Operator / Early AM Hour | 1.5 | $225.00 | $337.50 |
| | | SUBTOTAL | $1,687.50 |
| | | **TOTAL** | $1,687.50 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.        Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 410040 | 6/4/2021 | 372072 |
| **Job Date** | **Case No.** | |
| 5/14/2021 | 6:17-CV-06788-FPG-MWP | |
| **Case Name** | | |
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Michael Timko - CMS | 361.00 | Pages | 1,263.50 |
| Realtime Over Internet | 255.00 | Pages | 497.25 |
| Realtime Over the Internet Setup Fee | 1.00 | | 95.00 |
| Rough ASCII | 286.00 | Pages | 429.00 |
| Exhibits | 566.00 | Pages | 226.40 |
| Processing Fee | 1.00 | | 39.00 |
| | **TOTAL DUE   >>>** | | **$2,550.15** |
| | AFTER 7/4/2021  PAY | | $2,677.66 |

Client Matter No. : 132288.0001
Ordered by      : Valvetech -v- Aerojet (Perkins Coie)
                 Perkins Coie, LLP
                 11452 El Camino Real
                 Suite 300
                 San Diego, CA 92130-2594

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289         Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 410040
Invoice Date : 6/4/2021
**Total Due**   : **$2,550.15**
AFTER 7/4/2021  PAY  $2,677.66

Remit To:  **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD 21264-9136**

Job No.    : 372072
BU ID      : 45-NYC-R
Case No.   : 6:17-CV-06788-FPG-MWP
Case Name  : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.

# INVOICE

2 of 2

**Planet Depos**
We Make It *Happen*™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 410040 | 6/4/2021 | 372072 |

| Job Date | Case No. |
|---|---|
| 5/14/2021 | 6:17-CV-06788-FPG-MWP |

| Case Name |
|---|
| Valvetech, Inc. -v- Aerojet Rocketdyne, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Misty Elam
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

Invoice No.   : 410040
Invoice Date  : 6/4/2021
**Total Due**    : **$2,550.15**
AFTER 7/4/2021  PAY  $2,677.66

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.     : 372072
BU ID       : 45-NYC-R
Case No.    : 6:17-CV-06788-FPG-MWP
Case Name   : Valvetech, Inc. -v- Aerojet Rocketdyne, Inc.



# Invoice

**Corporate Office**

Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**

DEPT CH17174
Palatine, IL 60055-7174

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 11/30/2023 | INVCUS1830159116 |

**Invoice To**

Patrick Kelly
Perkins Coie - San Diego
11988 El Camino Real Ste 200
San Diego CA 92130
United States

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 107209-344895 | Valvetech, Inc. v. Aerojet Rocketdyne, Inc | 11/1/23 - 11/30/23 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Project Management & Support Services**<br>2023-11-17 Sarita Mohmand PMO Processing Coordinate Processing Uploaded the two datasets (Native) Created three binders with each and all datasets Shared across with the client and sent client communication | 0.50 | Hour | $225.000 | $112.50 |
| **Everlaw All In Hosting**<br>Everlaw \| Service: Subscription \| Workspace Name: LDS-H89672 - Valvetech Inc. v. Aerojet Rocketdyne Inc (PECX0041) \| Billing Period: 11/1/2023 | 87.00 | GB | $25.000 | $2,175.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $2,287.50 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | |
| **Total** | $2,287.50 USD |
| **Amount Due** | $2,287.50 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.