# **EXHIBIT D**

Approved for payment by K Patanu (attached)  132288.0001

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| INVOICE | NUMBER 6788A |
|---|---|

TO:   Perkins Coie LLP
Attn: Vickie Biernacke

MAKE CHECK PAYABLE TO:

Diane S. Martens, Tax ID 45-2783001
100 State Street, Federal Courthouse
Rochester, New York 14614 Court Reporter

PHONE: _____

FAX: _____

PHONE: _____

## TRANSCRIPTS

☐ CRIMINAL   ☑ CIVIL

| DATE ORDERED | DATE DELIVERED |
|---|---|
| 10/15/2020 | 10/15/2020 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
ValveTech v. Aerojet Rocketdyne - 17-CV-6788

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | 3.65 | 0.00 | 35 | 0.90 | 31.50 | | | 0.00 | 31.50 |
| 14-Day | | 4.25 | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | 4.85 | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | Held on September 10, 2020 | TOTAL | 31.50 |
|---|---|---|---|

| Conference | LESS DISCOUNT FOR LATE DELIVERY | |
|---|---|---|
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 31.50 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER  S/Diane S. Martens   *Diane S. Martens* | DATE  10/15/2020 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| INVOICE | NUMBER |
|---|---|
| | 170 |

TO:   Perkins Coie LLP

MAKE CHECK PAYABLE TO:

Brandi Wilkins
100 State Street
Rochester, New York 14614

PHONE: _____

FAX: _____

PHONE:   (585) 613-4310

## TRANSCRIPTS

☐ CRIMINAL   ☑ CIVIL

| DATE ORDERED | DATE DELIVERED |
|---|---|
| 10/19/2023 | 10/19/2023 |

IN THE MATTER OF (CASE NUMBER AND TITLE)

Valvetech v Aerojet Rocketdyne 17-cv-6788 pretrial conference 10/16/23

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 21 | 8.00 | 168.00 | | | 0.00 | | | 0.00 | 168.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date):

| | |
|---|---|
| TOTAL | 168.00 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| ADD AMOUNT OF DEPOSIT | |
| **AMOUNT DUE (OR REFUND)** | 168.00 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| *Brandi Wilkins* | 10/19/2023 |

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| INVOICE | NUMBER |
|---------|--------|
| | 200 |

TO:   Perkins Coie LLP

MAKE CHECK PAYABLE TO:

Brandi Wilkins
100 State Street
Rochester, New York 14614

PHONE: _____

PHONE: _____

FAX: _____

### TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|
| | 11/06/2023 | 11/06/2023 |

IN THE MATTER OF (CASE NUMBER AND TITLE)

Valvetech v Aerojet Rocketdyne 17-cv-6788 11/6/23 jury selection and openings

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|----------|----------|---------|-----------|----------|---------|-----------|-------------------|---------|-----------|---------------|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 87 | 6.70 | 582.90 | | | 0.00 | | | 0.00 | 582.90 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | TOTAL | 582.90 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 582.90 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| *Brandi A Wilkins* | 11/06/2023 |

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| INVOICE | NUMBER<br>202 |
|---|---|

| TO: Perkins Coie LLP     OK to Pay - J. Esterhay | MAKE CHECK PAYABLE TO: |
|---|---|
| | Brandi Wilkins<br>100 State Street<br>Rochester, New York 14614 |
| PHONE: _____<br>FAX: _____ | PHONE: _____ |

### TRANSCRIPTS

| ☐ CRIMINAL    ☑ CIVIL | DATE ORDERED<br>11/07/2023 | DATE DELIVERED<br>11/07/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

Valvetech v Aerojet Rocketdyne 11/7/23 17-cv-6788

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 100 | 6.70 | 670.00 | | | 0.00 | | | 0.00 | 670.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | TOTAL | 670.00 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 670.00 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>*Brandi A Wilkins* | DATE<br>11/07/2023 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| INVOICE | NUMBER |
|---|---|
| | 204 |

TO:   Perkins Coie LLP

MAKE CHECK PAYABLE TO:

Brandi Wilkins
100 State Street
Rochester, New York 14614

PHONE: _____

FAX: _____

PHONE: _____

## TRANSCRIPTS

☐ CRIMINAL   ☑ CIVIL

| DATE ORDERED | DATE DELIVERED |
|---|---|
| 11/08/2023 | 11/08/2023 |

IN THE MATTER OF (CASE NUMBER AND TITLE)

Valvetech v Aerojet Rocketdyne 17-cv-6788 Day 3 11/8/23

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 66 | 6.70 | 442.20 | | | 0.00 | | | 0.00 | 442.20 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date):

| | |
|---|---|
| TOTAL | 442.20 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| ADD AMOUNT OF DEPOSIT | |
| **AMOUNT DUE (OR REFUND)** | 442.20 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER

*Brandi A Wilkins*

DATE

11/08/2023

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| INVOICE | NUMBER 207 |
|---|---|

| TO: Perkins Coie | MAKE CHECK PAYABLE TO: |
|---|---|
| | Brandi Wilkins<br>100 State Street<br>Rochester, New York 14614 |
| PHONE: _____ | PHONE: _____ |
| FAX: _____ | |

## TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED<br>11/10/2023 | DATE DELIVERED<br>11/10/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Valvetech v Aerojet Rocketdyne 17-cv-6788 11/9/23

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 83 | 6.70 | 556.10 | | | 0.00 | | | 0.00 | 556.10 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | TOTAL | 556.10 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 556.10 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>*Brandi A Wilkins* | DATE<br>11/09/2023 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| INVOICE | NUMBER 209 |
|---|---|

TO:   Perkins Coie

MAKE CHECK PAYABLE TO:

Brandi Wilkins
100 State Street
Rochester, New York 14614

PHONE: _____

FAX: _____

PHONE: _____

## TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED 11/13/2023 | DATE DELIVERED 11/13/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Valvetech v Aerojet Rocketdyne 17-cv-6788 11/13/23

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 76 | 6.70 | 509.20 | | | 0.00 | | | 0.00 | 509.20 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | TOTAL | 509.20 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 509.20 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER *Brandi A Wilkins* | DATE 11/13/2023 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)       COURT REPORTER       COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| INVOICE | NUMBER<br>211 |
|---|---|

| TO: Perkins Coie | MAKE CHECK PAYABLE TO:<br><br>Brandi Wilkins<br>100 State Street<br>Rochester, New York 14614 |
|---|---|

PHONE: _____

FAX: _____

PHONE: _____

## TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED<br>11/14/2023 | DATE DELIVERED<br>11/14/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Valvetech v Aerojet Rocketdyne 17-cv-6788 11/14/23

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 84 | 6.70 | 562.80 | | | 0.00 | | | 0.00 | 562.80 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | TOTAL | 562.80 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 562.80 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>*Brandi A Wilkins* | DATE<br>11/14/2023 |
|---|---|

DISTRIBUTION:     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| INVOICE | NUMBER 213 |
|---|---|

**TO:**   Perkins Coie

**MAKE CHECK PAYABLE TO:**

Brandi Wilkins
100 State Street
Rochester, New York 14614

PHONE: _____

FAX: _____

PHONE: _____

## TRANSCRIPTS

☐ CRIMINAL    ☑ CIVIL

| DATE ORDERED 11/15/2023 | DATE DELIVERED 11/15/2023 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
Valvetech v Aerojet 17-cv-6788 11/15/23

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 107 | 6.70 | 716.90 | 107 | 1.00 | 107.00 | | | 0.00 | 823.90 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date):

| TOTAL | 823.90 |
|---|---|
| LESS DISCOUNT FOR LATE DELIVERY | |
| ADD AMOUNT OF DEPOSIT | |
| **AMOUNT DUE (OR REFUND)** | 823.90 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
*Brandi A Wilkins*

DATE
11/15/2023

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| INVOICE | NUMBER |
|---|---|
| | 215 |

TO:   Perkins Coie

MAKE CHECK PAYABLE TO:

Brandi Wilkins
100 State Street
Rochester, New York 14614

PHONE: _____

FAX: _____

PHONE: _____

## TRANSCRIPTS

| ☐ CRIMINAL    ☑ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|
| | 11/16/2023 | 11/16/2023 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
Valvetech v Aerojet 17-cv-6788 11/16/23

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 109 | 6.70 | 730.30 | 109 | 1.00 | 109.00 | | | 0.00 | 839.30 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | TOTAL | 839.30 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 839.30 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| *Brandi A Wilkins* | 11/16/2023 |

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| INVOICE | NUMBER 217 |
|---|---|

| | |
|---|---|
| TO:   Perkins Coie | MAKE CHECK PAYABLE TO:<br><br>Brandi Wilkins<br>100 State Street<br>Rochester, New York 14614 |
| PHONE: _____ <br> FAX: _____ | PHONE: _____ |

| TRANSCRIPTS | | | |
|---|---|---|---|

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED<br>11/17/2023 | DATE DELIVERED<br>11/17/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

Valvetech v Aerojet 17-cv-6788 11/17/23

| CHARGES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 100 | 6.70 | 670.00 | 100 | 1.00 | 100.00 | | | 0.00 | 770.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | TOTAL | 770.00 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 770.00 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>*Brandi A Wilkins* | DATE<br>11/17/2023 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| INVOICE | NUMBER<br>219 |
|---|---|

TO:   Perkins Coie

MAKE CHECK PAYABLE TO:

Brandi Wilkins
100 State Street
Rochester, new York 14614

PHONE: _____

PHONE: _____

FAX: _____

## TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED<br>11/20/2023 | DATE DELIVERED<br>11/20/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Valvetech v Aerojet 17-cv-6788 11/20/23

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 101 | 6.70 | 676.70 | 101 | 1.00 | 101.00 | | | 0.00 | 777.70 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | | |
|---|---|---|
| | TOTAL | 777.70 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 777.70 |

## ADDITIONAL INFORMATION
        Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
        I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>*Brandi A Wilkins* | DATE<br>11/20/2023 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| INVOICE | NUMBER |
|---|---|
| | 221 |

TO:   Perkins Coie

MAKE CHECK PAYABLE TO:

Brandi Wilkins
100 State Street
Rochester, New York 14614

PHONE: _____

FAX: _____

PHONE: _____

## TRANSCRIPTS

☐ CRIMINAL   ☑ CIVIL

| DATE ORDERED | DATE DELIVERED |
|---|---|
| 11/21/2023 | 11/21/2023 |

IN THE MATTER OF (CASE NUMBER AND TITLE)

Valvetech v Aerojet 11/21/23 17-cv-6788

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 19 | 6.70 | 127.30 | 19 | 1.00 | 19.00 | | | 0.00 | 146.30 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | | TOTAL | 146.30 |
|---|---|---|---|
| | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | |
| | | **AMOUNT DUE (OR REFUND)** | 146.30 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| *Brandi A Wilkins* | 11/21/2023 |

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
### for the
### Western District of New York

| INVOICE | NUMBER |
|---|---|
| | 223 |

| TO:   Perkins Coie | MAKE CHECK PAYABLE TO: |
|---|---|
| | Brandi Wilkins |
| | 100 State Street |
| | Rochester, New York 14614 |
| PHONE: _____ | PHONE: _____ |
| FAX: _____ | |

## TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|
| | 11/22/2023 | 11/22/2023 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
Valvetech v Aerojet 17-cv-6788 11/22/23

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 66 | 6.70 | 442.20 | 66 | 1.00 | 66.00 | | | 0.00 | 508.20 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | TOTAL | 508.20 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 508.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| *Brandi A Wilkins* | 11/22/2023 |

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR