# EXHIBIT E



# INVOICE

**#INV00126754**

5/30/2020

**Inventus, LLC**
P.O. Box 654368
Dallas Texas 75265-4368

**BILL TO:**
Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** May 2020

**Case Name:** Valve Tech v. Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 6/29/2020 | SD - San Diego | Robinson, Scott G. | Patrick Kelly | SD00017905 5/13/2020 | Valve Tech v. Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| Image Endorsement | Valve Tech v. Aerojet | 6,579 | $0.01 | N | $65.79 |
| FTP | Valve Tech v. Aerojet | 1 | $25.00 | Y | $25.00 |
| Tiff File Delivery / GB | Valve Tech v. Aerojet | 1.65 | $250.00 | N | $412.50 |

| | |
|---|---|
| **Subtotal** | $503.29 |
| **Tax Total** | $1.94 |
| **Total** | **$505.23** |
| **Remaining Balance Due** | $505.23 |

| WIRE INFORMATION | |
|---|---|
| **Bank Name:** | Citizens Commercial Banking |
| **Bank Address:** | 1 Citizens Drive Riverside, RI 02915 |
| **Routing Number:** | 011500120 |
| **Account Number:** | 1401319529 |
| **Account Name:** | Inventus LLC Receivable |
| **SWIFT/BIC Code:** | CTZIUS33 |

**REMIT TO:**
Inventus LLC Receivable
P.O. Box 654368
Dallas, TX 75265-4368

Federal Tax ID# 26-1648414

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.

1 of 1



# INVOICE

**#INV00127993**

P.O. Box 654368
Dallas Texas 75265-4368

6/29/2020

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Jun 2020

**Case Name:** ValveTec v. Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 7/29/2020 | SD - San Diego | Robinson, Scott G. | Patrick Kelly | SD00017925 6/5/2020 | ValveTec v. Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| Image Endorsement | ValveTec v. Aerojet | 980 | $0.01 | N | $9.80 |
| FTP | ValveTec v. Aerojet | 1 | $25.00 | Y | $25.00 |
| Tech Time eDiscovery Minumum Charge | ValveTec v. Aerojet | 1 | $250.00 | Y | $250.00 |

| | |
|---|---|
| **Subtotal** | $284.80 |
| **Tax Total** | $21.32 |
| **Total** | **$306.12** |
| **Remaining Balance Due** | $306.12 |

| WIRE INFORMATION | | REMIT TO: |
|---|---|---|
| **Bank Name:** | Citizens Commercial Banking | Inventus LLC Receivable |
| **Bank Address:** | 1 Citizens Drive | P.O. Box 654368 |
| | Riverside, RI 02915 | Dallas, TX 75265-4368 |
| **Routing Number:** | 011500120 | |
| **Account Number:** | 1401319529 | Federal Tax ID# 26-1648414 |
| **Account Name:** | Inventus LLC Receivable | |
| **SWIFT/BIC Code:** | CTZIUS33 | |

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.



# INVOICE

## #INV00128020

P.O. Box 654368
Dallas Texas 75265-4368

6/29/2020

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Jun 2020

**Case Name:** Valve Tech v. Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 7/29/2020 | SD - San Diego | Robinson, Scott G. | Patrick Kelly | SD00017935 6/192020 | Valve Tech v. Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| Branding/Endoring | Valve Tech v. Aerojet | 692 | $0.01 | N | $6.92 |
| FTP | Valve Tech v. Aerojet | 1 | $25.00 | Y | $25.00 |
| Tech Time eDiscovery Minimum Charge | Valve Tech v. Aerojet | 1 | $250.00 | Y | $250.00 |

| | |
|---|---|
| **Subtotal** | $281.92 |
| **Tax Total** | $21.32 |
| **Total** | **$303.24** |
| **Remaining Balance Due** | $303.24 |

| WIRE INFORMATION | | REMIT TO: |
|---|---|---|
| **Bank Name:** | Citizens Commercial Banking | Inventus LLC Receivable |
| **Bank Address:** | 1 Citizens Drive | P.O. Box 654368 |
| | Riverside, RI 02915 | Dallas, TX 75265-4368 |
| **Routing Number:** | 011500120 | |
| **Account Number:** | 1401319529 | Federal Tax ID# 26-1648414 |
| **Account Name:** | Inventus LLC Receivable | |
| **SWIFT/BIC Code:** | CTZIUS33 | |

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.



# INVOICE

## #INV00128572

P.O. Box 654368
Dallas Texas 75265-4368

6/29/2020

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Jun 2020

**Case Name:** Valve Tech v. Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 7/29/2020 | SD - San Diego | Robinson, Scott G. | Patrick Kelly | SD00017945 6/26/2020 | Valve Tech v. Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| Image Endorsement | Valve Tech v. Aerojet | 3,642 | $0.01 | N | $36.42 |
| FTP | Valve Tech v. Aerojet | 1 | $25.00 | Y | $25.00 |
| Tech Time - eDiscovery Minimum Charge | Valve Tech v. Aerojet | 1 | $250.00 | N | $250.00 |

| | |
|---|---|
| **Subtotal** | $311.42 |
| **Tax Total** | $1.94 |
| **Total** | **$313.36** |
| **Remaining Balance Due** | $313.36 |

| WIRE INFORMATION | | REMIT TO: |
|---|---|---|
| **Bank Name:** | Citizens Commercial Banking | Inventus LLC Receivable |
| **Bank Address:** | 1 Citizens Drive | P.O. Box 654368 |
| | Riverside, RI 02915 | Dallas, TX 75265-4368 |
| **Routing Number:** | 011500120 | |
| **Account Number:** | 1401319529 | Federal Tax ID# 26-1648414 |
| **Account Name:** | Inventus LLC Receivable | |
| **SWIFT/BIC Code:** | CTZIUS33 | |

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.

1 of 1



# INVOICE

**#INV00130520**

P.O. Box 654368
Dallas Texas 75265-4368

07/30/2020

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Jul 2020

**Case Name:** ValveTech v. Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|-------|----------|-------|-----------|------------|------------|-----------------|
| Net 30 | 08/29/2020 | SD - San Diego | Robinson, Scott G. | Patrick Kelly | SD00017987 7/29/2020 | ValveTech v. Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|------------------|---------------|----------|------|---------|--------|
| Image Endorsement | ValveTech v. Aerojet | 47 | $0.01 | N | $0.47 |
| Tech Time eDiscovery Minimum Charge | ValveTech v. Aerojet | 1 | $250.00 | N | $250.00 |

| | |
|---|---|
| **Subtotal** | $250.47 |
| **Tax Total** | $0.00 |

| | |
|---|---|
| **Total** | **$250.47** |
| **Remaining Balance Due** | $250.47 |

| WIRE INFORMATION | | REMIT TO: |
|------------------|--|-----------|
| **Bank Name:** | Citizens Commercial Banking | Inventus LLC Receivable |
| **Bank Address:** | 1 Citizens Drive | P.O. Box 654368 |
| | Riverside, RI 02915 | Dallas, TX 75265-4368 |
| **Routing Number:** | 011500120 | Federal Tax ID# 26-1648414 |
| **Account Number:** | 1401319529 | |
| **Account Name:** | Inventus LLC Receivable | |
| **SWIFT/BIC Code:** | CTZIUS33 | |

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.

1 of 1



# INVOICE

## #INV00135166

P.O. Box 654368
Dallas Texas 75265-4368

10/29/2020

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Oct 2020

**Case Name:** ValveTech v. Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|-------|----------|-------|-----------|------------|------------|-----------------|
| Net 30 | 11/28/2020 | SD - San Diego | Robinson, Scott | Patrick Kelly | SD00018123 10/22/2020 | ValveTech v. Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|------------------|---------------|----------|------|---------|--------|
| FTP Transfer of Deliverable | | 1 | $25.00 | N | $25.00 |
| Tech Time - eDiscovery Minimum Charge | | 1 | $250.00 | N | $250.00 |

|  |  |
|--|--|
| **Subtotal** | $275.00 |
| **Tax Total** | $0.00 |
| **Total** | **$275.00** |
| **Remaining Balance Due** | $275.00 |

**WIRE INFORMATION**

| | |
|--|--|
| **Bank Name:** | Citizens Commercial Banking |
| **Bank Address:** | 1 Citizens Drive Riverside, RI 02915 |
| **Routing Number:** | 011500120 |
| **Account Number:** | 1401319529 |
| **Account Name:** | Inventus LLC Receivable |
| **SWIFT/BIC Code:** | CTZIUS33 |

**REMIT TO:**

Inventus LLC Receivable
P.O. Box 654368
Dallas, TX 75265-4368

Federal Tax ID# 26-1648414

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.



# INVOICE

## #INV00137401

P.O. Box 654368
Dallas Texas 75265-4368

11/30/2020

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Nov 2020

**Case Name:** ValveTech vs Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 12/30/2020 | SD - San Diego | Robinson, Scott | Patrick Kelly | 20-Nov | ValveTech vs Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| Project Consulting - Per Sow 5 hours of PM time waived for the 1st month - ORG QTY 16.75 | ValveTech vs Aerojet | 11.75 | $225.00 | N | $2,643.75 |
| Everlaw "All-In" per GB - ORG QTY 32 - Per SOW 10GB Waived for the 1st month | ValveTech vs Aerojet | 22 | $25.00 | N | $550.00 |

| | |
|---|---|
| **Subtotal** | USD $3,193.75 |
| **Tax Total** | $0.00 |
| **Total** | **USD $3,193.75** |
| **Remaining Balance Due** | USD $3,193.75 |

**WIRE INFORMATION**

| | |
|---|---|
| **Bank Name:** | Citizens Commercial Banking |
| **Bank Address:** | 1 Citizens Drive |
| | Riverside, RI 02915 |
| **Routing Number:** | 011500120 |
| **Account Number:** | 1401319529 |
| **Account Name:** | Inventus LLC Receivable |
| **SWIFT/BIC Code:** | CTZIUS33 |

**REMIT TO:**

Inventus LLC Receivable
P.O. Box 654368
Dallas, TX 75265-4368

Federal Tax ID# 26-1648414

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.

1 of 1



**INVOICE**

132288.0001

**#INV00139170**

P.O. Box 654368
Dallas Texas 75265-4368

12/31/2020

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Dec 2020

**Case Name:** ValveTech vs Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 1/30/2021 | US | Robinson, Scott | Patrick Kelly | Dec-20 | ValveTech vs Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAX | AMOUNT |
|---|---|---|---|---|---|
| Project Consulting | ValveTech vs Aerojet | 3.75 | $225.00 | $0.00 | $843.75 |
| Everlaw "All-In" per GB | ValveTech vs Aerojet | 56 | $25.00 | $0.00 | $1,400.00 |

| | |
|---|---|
| **Subtotal** | USD $2,243.75 |
| **Tax Total** | $0.00 |
| **Total** | **USD $2,243.75** |
| **Remaining Balance Due** | USD $2,243.75 |

**WIRE INFORMATION**

| | |
|---|---|
| **Bank Name:** | Citizens Commercial Banking |
| **Bank Address:** | 1 Citizens Drive |
| | Riverside, RI 02915 |
| **Routing Number:** | 011500120 |
| **Account Number:** | 1401319529 |
| **Account Name:** | Inventus LLC Receivable |
| **SWIFT/BIC Code:** | CTZIUS33 |

**REMIT TO:**

Inventus LLC Receivable
P.O. Box 654368
Dallas, TX 75265-4368

Federal Tax ID# 26-1648414

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.

1 of 1



# INVOICE

## #INV00141065

P.O. Box 654368
Dallas Texas 75265-4368

1/31/2021

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Jan 2021

**Case Name:** ValveTech vs Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 3/2/2021 | US | Robinson, Scott | Patrick Kelly | Jan-21 | ValveTech vs Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAX | AMOUNT |
|---|---|---|---|---|---|
| Project Consulting | ValveTech vs Aerojet | 5 | $225.00 | $0.00 | $1,125.00 |
| Everlaw "All-In" per GB | | 56 | $25.00 | $0.00 | $1,400.00 |

| | |
|---|---|
| **Subtotal** | USD $2,525.00 |
| **Tax Total** | $0.00 |

| | |
|---|---|
| **Total** | **USD $2,525.00** |
| **Remaining Balance Due** | USD $2,525.00 |

**WIRE INFORMATION**

| | |
|---|---|
| **Bank Name:** | Citizens Commercial Banking |
| **Bank Address:** | 1 Citizens Drive<br>Riverside, RI 02915 |
| **Routing Number:** | 011500120 |
| **Account Number:** | 1401319529 |
| **Account Name:** | Inventus LLC Receivable |
| **SWIFT/BIC Code:** | CTZIUS33 |

**REMIT TO:**

Inventus LLC Receivable
P.O. Box 654368
Dallas, TX 75265-4368

Federal Tax ID# 26-1648414

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.

1 of 1



# INVOICE

## #INV00143067

P.O. Box 654368
Dallas Texas 75265-4368

2/28/2021

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Feb 2021

**Case Name:** ValveTech vs Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 3/30/2021 | US | Robinson, Scott | Patrick Kelly | Feb-21 | ValveTech vs Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAX | AMOUNT |
|---|---|---|---|---|---|
| Project Consulting | ValveTech vs Aerojet | 7 | $225.00 | $0.00 | $1,575.00 |
| Everlaw "All-In" per GB | | 1 | $35.00 | $0.00 | $35.00 |

| | |
|---|---|
| **Subtotal** | USD $1,610.00 |
| **Tax Total** | $0.00 |
| **Total** | **USD $1,610.00** |
| **Remaining Balance Due** | USD $1,610.00 |

| WIRE INFORMATION | | REMIT TO: |
|---|---|---|
| **Bank Name:** | Citizens Commercial Banking | Inventus LLC Receivable |
| **Bank Address:** | 1 Citizens Drive | P.O. Box 654368 |
| | Riverside, RI 02915 | Dallas, TX 75265-4368 |
| **Routing Number:** | 011500120 | |
| **Account Number:** | 1401319529 | Federal Tax ID# 26-1648414 |
| **Account Name:** | Inventus LLC Receivable | |
| **SWIFT/BIC Code:** | CTZIUS33 | |

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.



# INVOICE

## #INV00144923

P.O. Box 654368
Dallas Texas 75265-4368

3/31/2021

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Mar 2021

**Case Name:** ValveTech vs Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 4/30/2021 | US | Robinson, Scott | Patrick Kelly | Mar-21 | ValveTech vs Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAX | AMOUNT |
|---|---|---|---|---|---|
| Project Consulting | ValveTech vs Aerojet | 0.5 | $225.00 | N | $112.50 |
| Everlaw "All-In" Per GB: Billed per month, per GB. Includes processing, hosting, user fees and productions. | | 57 | $25.00 | N | $1,425.00 |

|  |  |
|---|---|
| **Subtotal** | USD $1,537.50 |
| **Tax Total** | $0.00 |
| **Total** | **USD $1,537.50** |
| **Remaining Balance Due** | USD $1,537.50 |

**WIRE INFORMATION**

| | |
|---|---|
| **Bank Name:** | Citizens Commercial Banking |
| **Bank Address:** | 1 Citizens Drive |
| | Riverside, RI 02915 |
| **Routing Number:** | 011500120 |
| **Account Number:** | 1401319529 |
| **Account Name:** | Inventus LLC Receivable |
| **SWIFT/BIC Code:** | CTZIUS33 |

**REMIT TO:**

Inventus LLC Receivable
P.O. Box 654368
Dallas, TX 75265-4368

Federal Tax ID# 26-1648414

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.



# INVOICE

### #INV00147904

P.O. Box 654368
Dallas Texas 75265-4368

4/30/2021

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Apr 2021

**Case Name:** ValveTech vs Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 5/30/2021 | US | Robinson, Scott | Patrick Kelly | Apr-21 | ValveTech vs Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAX | AMOUNT |
|---|---|---|---|---|---|
| Everlaw "All-In" Per GB: Billed per month, per GB. Includes processing, hosting, user fees and productions. | ValveTech vs Aerojet | 57 | $25.00 | N | $1,425.00 |

| | |
|---|---|
| **Subtotal** | USD $1,425.00 |
| **Tax Total** | $0.00 |
| **Total** | **USD $1,425.00** |
| **Payments / Credits** | $0.00 |
| **Remaining Balance Due** | **USD $1,425.00** |

| WIRE INFORMATION | | REMIT TO: |
|---|---|---|
| **Bank Name:** | Citizens Commercial Banking | Inventus LLC Receivable |
| **Bank Address:** | 1 Citizens Drive | P.O. Box 654368 |
| | Riverside, RI 02915 | Dallas, TX 75265-4368 |
| **Routing Number:** | 011500120 | Federal Tax ID# 26-1648414 |
| **Account Number:** | 1401319529 | |
| **Account Name:** | Inventus LLC Receivable | |
| **SWIFT/BIC Code:** | CTZIUS33 | |

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.



# INVOICE

### #INV00149918

P.O. Box 654368
Dallas Texas 75265-4368

5/31/2021

**BILL TO:**
Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** May 2021

**Case Name:** ValveTech vs Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 6/30/2021 | US | Robinson, Scott | Patrick Kelly | Apr-21 | ValveTech vs Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAX | AMOUNT |
|---|---|---|---|---|---|
| Everlaw "All-In" Per GB: Billed per month, per GB. Includes processing, hosting, user fees and productions. | ValveTech vs Aerojet | 57 | $25.00 | N | $1,425.00 |

| | |
|---|---|
| **Subtotal** | USD $1,425.00 |
| **Tax Total** | $0.00 |
| **Total** | **USD $1,425.00** |
| **Payments / Credits** | $0.00 |
| **Remaining Balance Due** | **USD $1,425.00** |

**WIRE INFORMATION**

| | |
|---|---|
| **Bank Name:** | Citizens Commercial Banking |
| **Bank Address:** | 1 Citizens Drive<br>Riverside, RI 02915 |
| **Routing Number:** | 011500120 |
| **Account Number:** | 1401319529 |
| **Account Name:** | Inventus LLC Receivable |
| **SWIFT/BIC Code:** | CTZIUS33 |

**REMIT TO:**

Inventus LLC Receivable
P.O. Box 654368
Dallas, TX 75265-4368

Federal Tax ID# 26-1648414

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.

1 of 1



# INVOICE

**#INV00151754**

P.O. Box 654368
Dallas Texas 75265-4368

6/30/2021

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Jun 2021

**Case Name:** ValveTech vs Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|-------|----------|-------|-----------|------------|------------|-----------------|
| Net 30 | 7/30/2021 | US | Robinson, Scott | Patrick Kelly | June-21 | ValveTech vs Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAX | AMOUNT |
|------------------|---------------|----------|------|-----|--------|
| Everlaw "All-In" Per GB: Billed per month, per GB. Includes processing, hosting, user fees and productions. | ValveTech vs Aerojet | 57 | $25.00 | N | $1,425.00 |

| | |
|---|---|
| **Subtotal** | USD $1,425.00 |
| **Tax Total** | $0.00 |

| | |
|---|---|
| **Total** | **USD $1,425.00** |
| **Payments / Credits** | $0.00 |
| **Remaining Balance Due** | **USD $1,425.00** |

| WIRE INFORMATION | | REMIT TO: |
|------------------|---|-----------|
| **Bank Name:** | Citizens Commercial Banking | Inventus LLC Receivable |
| **Bank Address:** | 1 Citizens Drive | P.O. Box 654368 |
| | Riverside, RI 02915 | Dallas, TX 75265-4368 |
| **Routing Number:** | 011500120 | |
| **Account Number:** | 1401319529 | Federal Tax ID# 26-1648414 |
| **Account Name:** | Inventus LLC Receivable | |
| **SWIFT/BIC Code:** | CTZIUS33 | |

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.

1 of 1



CM# 132288.0001
Approved: 08.18 PK

# INVOICE

#INV00153031

P.O. Box 654368
Dallas Texas 75265-4368

7/31/2021

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Jul 2021

**Case Name:** ValveTech vs Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|-------|----------|-------|-----------|------------|------------|-----------------|
| Net 30 | 8/30/2021 | US | Robinson, Scott | Patrick Kelly | July-21 | ValveTech vs Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAX | AMOUNT |
|------------------|---------------|----------|------|-----|--------|
| Everlaw "All-In" Per GB: Billed per month, per GB. Includes processing, hosting, user fees and productions. | ValveTech vs Aerojet | 57 | $25.00 | N | $1,425.00 |

| | |
|---|---|
| **Subtotal** | USD $1,425.00 |
| **Tax Total** | $0.00 |

| | |
|---|---|
| **Total** | **USD $1,425.00** |
| **Payments / Credits** | $0.00 |
| **Remaining Balance Due** | **USD $1,425.00** |

**WIRE INFORMATION**

| | |
|---|---|
| **Bank Name:** | Citizens Commercial Banking |
| **Bank Address:** | 1 Citizens Drive |
| | Riverside, RI 02915 |
| **Routing Number:** | 011500120 |
| **Account Number:** | 1401319529 |
| **Account Name:** | Inventus LLC Receivable |
| **SWIFT/BIC Code:** | CTZIUS33 |

**REMIT TO:**

Inventus LLC Receivable
P.O. Box 654368
Dallas, TX 75265-4368

Federal Tax ID# 26-1648414

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.

1 of 1



# INVOICE

## #INV00161565

P.O. Box 654368
Dallas Texas 75265-4368

11/30/2021

**BILL TO:**

Perkins Coie - SD
11452 El Camino Real #300
San Diego CA 92130

**Period of Service:** Nov 2021

**Case Name:** ValveTech vs Aerojet

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 12/30/2021 | US | Robinson, Scott | Patrick Kelly | Nov 2021 | ValveTech vs Aerojet |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAX | AMOUNT |
|---|---|---|---|---|---|
| Everlaw Hibernation | | 57 | $3.00 | N | $171.00 |

| | |
|---|---|
| **Subtotal** | USD $171.00 |
| **Tax Total** | $0.00 |
| **Total** | **USD $171.00** |
| **Payments / Credits** | $0.00 |
| **Remaining Balance Due** | **USD $171.00** |

| WIRE INFORMATION | |
|---|---|
| **Bank Name:** | Citizens Commercial Banking |
| **Bank Address:** | 1 Citizens Drive |
| | Riverside, RI 02915 |
| **Routing Number:** | 011500120 |
| **Account Number:** | 1401319529 |
| **Account Name:** | Inventus LLC Receivable |
| **SWIFT/BIC Code:** | CTZIUS33 |

**REMIT TO:**

Inventus LLC Receivable
P.O. Box 654368
Dallas, TX 75265-4368

Federal Tax ID# 26-1648414

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email BillingDS@legility.com.

1 of 1

# Legility

**Invoice**

**Corporate Office**
216 Centerview Drive Suite 250
Brentwood, TN 37027
T: 888-534-4548

**Remittance Address**
P.O. Box 654368
Dallas, Texas 75265-4368

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 4/30/2023 | LGIV004239 |
| Tax ID: 26-1648414 | |

Invoice To:

Perkins Coie
Patrick Kelly
11988 El Camino Real Suite 200
San Diego, CA 92130
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 107209-344895 | Valvetech, Inc. v. Aerojet Rocketdyne, Inc | | April | NET 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Project Management & Support Services | 0.25 | HOUR | $225.00 | $56.25 |
| 04/06/2023 – Sarita Mohmand – PMO – User Support – Client Communication – Confirming that the 4 accounts for the projects were setup and sent over to them. | | | | |
| Hosting | 71.00 | GB | $25.00 | $1,775.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Legility LLC.

| | |
|---|---|
| Subtotal | $1,831.25 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $1,831.25 |

Bank Information

Bank Name: Citizens Commercial Banking
Account Name: Inventus, LLC
Account Number: 1401319529 / Routing Number: 211070175 / ABA Number: 011500120 / SWIFT/BIC Code: CTZIUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

# Legility

Invoice

**Corporate Office**
216 Centerview Drive Suite 250
Brentwood, TN 37027
T: 888-534-4548

**Remittance Address**
P.O. Box 654368
Dallas, Texas 75265-4368

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 5/31/2023 | LGIV005057 |
| Tax ID: 26-1648414 | |

Invoice To:

Perkins Coie
Patrick Kelly
11988 El Camino Real Suite 200
San Diego, CA 92130
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 107209-344895 | Valvetech, Inc. v. Aerojet Rocketdyne, Inc | | May | NET 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Project Management & Support Services | 0.50 | HOUR | $225.00 | $112.50 |
| 2023-05-23 ~ Brandy Gentry ~ PMO ~ Processing  ~ Coordinate Processing ~ Load data sets to Everlaw and folder as requested by case team.  Communications with case team re: same. | | | | |
| Hosting | 81.00 | GB | $25.00 | $2,025.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Legility LLC.

| | |
|---|---|
| Subtotal | $2,137.50 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,137.50 |

Bank Information

Bank Name: Citizens Commercial Banking
Account Name: Inventus, LLC
Account Number: 1401319529 / Routing Number: 211070175 / ABA Number: 011500120 / SWIFT/BIC Code: CTZIUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

# Legility

**Invoice**

**Corporate Office**
216 Centerview Drive Suite 250
Brentwood, TN 37027
T: 888-534-4548

**Remittance Address**
P.O. Box 654368
Dallas, Texas 75265-4368

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 6/30/2023 | LGIV005861 |
| Tax ID: 26-1648414 | |

Invoice To:

Perkins Coie
Patrick Kelly
11988 El Camino Real Suite 200
San Diego, CA 92130
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 107209-344895 | Valvetech, Inc. v. Aerojet Rocketdyne, Inc | | June | NET 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Hosting | 81.00 | GB | $25.00 | $2,025.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Legility LLC.

| | |
|---|---|
| Subtotal | $2,025.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,025.00 |

Bank Information

Bank Name: Citizens Commercial Banking
Account Name: Inventus, LLC
Account Number: 1401319529 / Routing Number: 211070175 / ABA Number: 011500120 / SWIFT/BIC Code: CTZIUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

 **Invoice**

**Corporate Office**
1828 L Street NW Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com
Tax ID: 47-4420523

**Remittance Address**
DEPT CH 17174
Palatine, Illinois 60055-7174

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 8/31/2023 | INV553191 |

Invoice To:

Perkins Coie
Patrick Kelly
11988 El Camino Real Suite 200
San Diego, CA 92130
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 107209-344895 | Valvetech, Inc. v. Aerojet Rocketdyne, Inc | | August | NET 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Everlaw All In Hosting | 81.00 | GB | $25.00 | $2,025.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio, LLC.

| | |
|---|---|
| Subtotal | $2,025.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,025.00 |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / ABA Number: 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

CUS



Invoice

**Corporate Office**
1828 L Street NW Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com
Tax ID: 47-4420523

**Remittance Address**
DEPT CH 17174
Palatine, Illinois 60055-7174

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 9/30/2023 | INV565280 |

Invoice To:

Perkins Coie
Patrick Kelly
11988 El Camino Real Suite 200
San Diego, CA 92130
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 107209-344895 | Valvetech, Inc. v. Aerojet Rocketdyne, Inc | | September | NET 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Everlaw All In Hosting | 81.00 | GB | $25.00 | $2,025.00 |
| Everlaw \| Service: Subscription \| Workspace Name: LDS-H89672 - Valvetech Inc. v. Aerojet Rocketdyne Inc (PECX0041) \| Billing Period: 9/1/2023 | | | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio, LLC.

| | |
|---|---|
| Subtotal | $2,025.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,025.00 |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / ABA Number: 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.



**Invoice**

**Corporate Office**
1828 L Street NW Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com
Tax ID: 47-4420523

**Remittance Address**
DEPT CH 17174
Palatine, Illinois 60055-7174

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 10/31/2023 | INV577377 |

Invoice To:

Perkins Coie
Patrick Kelly
11988 El Camino Real Suite 200
San Diego, CA 92130
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 107209-344895 | Valvetech, Inc. v. Aerojet Rocketdyne, Inc | | October | NET 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Everlaw All In Hosting | 81.00 | GB | $25.00 | $2,025.00 |
| Everlaw \| Service: Subscription \| Workspace Name: LDS-H89672 - Valvetech, Inc. v. Aerojet Rocketdyne Inc (PECX0041) \| Billing Period: 10/1/2023 | | | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio, LLC.

| | |
|---|---|
| Subtotal | $2,025.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,025.00 |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / ABA Number: 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

CUS



# Invoice

**Corporate Office**

Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**

DEPT CH17174
Palatine, IL 60055-7174

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 11/30/2023 | INVCUS1830159116 |

**Invoice To**

Patrick Kelly
Perkins Coie - San Diego
11988 El Camino Real Ste 200
San Diego CA 92130
United States

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 107209-344895 | Valvetech, Inc. v. Aerojet Rocketdyne, Inc | 11/1/23 - 11/30/23 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Project Management & Support Services**<br>2023-11-17 Sarita Mohmand PMO Processing Coordinate Processing Uploaded the two datasets (Native) Created three binders with each and all datasets Shared across with the client and sent client communication | 0.50 | Hour | $225.000 | $112.50 |
| **Everlaw All In Hosting**<br>Everlaw \| Service: Subscription \| Workspace Name: LDS-H89672 - Valvetech Inc. v. Aerojet Rocketdyne Inc (PECX0041) \| Billing Period: 11/1/2023 | 87.00 | GB | $25.000 | $2,175.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $2,287.50 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | |
| **Total** | $2,287.50 USD |
| **Amount Due** | $2,287.50 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.