# EXHIBIT F



# Invoice

Invoice No. RMAY230025
Invoice Date 5/9/2023

| Syracuse | Rochester | Buffalo | Cleveland | Tampa | Omaha | Grand Rapids | Detroit | Phoenix |
|---|---|---|---|---|---|---|---|---|
| 315-471-3333 | 585-242-9999 | 716-995-7777 | 216-592-9999 | 813-221-3266 | 402-885-8800 | 616-251-1212 | 248-955-9200 | 602-975-4001 |

| Bill To | Ship To |
|---|---|
| Perkins Coie LLP<br>1201 Third Avenue Suite 4900<br>Seattle WA 98101<br>United States | United States District Court<br>100 State Street<br>Rochester NY 14614<br>United States |

| Terms | Due Date | Client Ref. # | Rep | Contact |
|---|---|---|---|---|
| Net 30 Days | 6/8/2023 | 6:17-cv-06788-FPG | Rochester House | Patrick Kelly |

| Item Description | Qty | Amount |
|---|---|---|
| 8.5" x 11" documents printed from file in B&W | 51524 | $5,152.40 (T) |
| B&W Images Printed from File 8.5"x11" | 748 | $74.80 (T) |
| 8.5"x11" documents printed from file in color | 4984 | $3,738.00 (T) |
| Endorsing | 14127 | $706.35 (T) |
| Images Branded with Electronic Exhibit Stickers per Exhibit | 385 | $288.75 (T) |
| Side Number Tabs | 1600 | $1,200.00 (T) |
| 8, 5" 3 Ring Binders<br>36, 4" 3-Ring Binders | 44 | $749.00 (T) |
| Shipping & Handling | 1 | $374.00 (T) |
| | Tax (8%) | $982.66 |
| | Total | $13,265.96 |

Signature: X_____

*By signing this invoice you agree with the balance due for services rendered and the terms of payment. 1.5% interest will be added monthly for invoices not paid by the terms above (18% APR).*



**Please Pay From This Invoice!**

**Avalon | 1360 East 9th Street, Suite 150 | Cleveland, Ohio 44114**

ar@teamavalon.com 813-683-4944



# Invoice

Invoice No. RMAY230025
Invoice Date 5/9/2023

| Syracuse | Rochester | Buffalo | Cleveland | Tampa | Omaha | Grand Rapids | Detroit | Phoenix |
|---|---|---|---|---|---|---|---|---|
| 315-471-3333 | 585-242-9999 | 716-995-7777 | 216-592-9999 | 813-221-3266 | 402-885-8800 | 616-251-1212 | 248-955-9200 | 602-975-4001 |

- Please note only transactions under $2,000 can be paid via Credit Card
- There is no limit to process ACH payments

**Please Pay From This Invoice!**

**Avalon | 1360 East 9th Street, Suite 150 | Cleveland, Ohio 44114**

ar@teamavalon.com  813-683-4944



# Invoice

Invoice No. RNOV230045
Invoice Date 11/30/2023

| Syracuse | Rochester | Buffalo | Cleveland | Tampa | Omaha | Grand Rapids | Detroit | Phoenix |
|---|---|---|---|---|---|---|---|---|
| 315-471-3333 | 585-242-9999 | 716-995-7777 | 216-592-9999 | 813-221-3266 | 402-885-8800 | 616-251-1212 | 248-955-9200 | 602-975-4001 |

| Bill To | Ship To |
|---|---|
| Perkins Coie LLP<br>1201 Third Avenue Suite 4900<br>Seattle WA 98101<br>United States | United States District Court<br>100 State Street<br>Rochester NY 14614<br>United States |

| Terms | Due Date | Client Ref. # | Rep | Contact |
|---|---|---|---|---|
| Net 30 Days | 12/30/2023 | ValveTech v. AJR Printing | Rochester House | Patrick Kelly |

| Item Description | Qty | Amount |
|---|---|---|
| B&W Images Printed from File 8.5"x11" | 4374 | $546.75 (T) |
| 8.5"x11" documents printed from file in color | 18446 | $13,834.50 (T) |
| Custom Tabs | 542 | $460.70 (T) |
| (10) 1/2" D-Ring Binder - White<br>(12) 1" D-Ring Binder - White<br>(6) 1 1/2" D-Ring Binder - White | 28 | $422.00 (T) |
| (1) 2" D-Ring Binder - White | 1 | $16.00 (T) |
| (18) 3" D-Ring Binder - White | 18 | $378.00 (T) |
| Files OCR'd, Bates Labeled with Plaintiff's Exhibit Sticker | 100 | $85.00 (T) |
| Files Delivered Electronically via Email/Digital Pigeon | 1 | $25.00 (T) |
| CD Duplication & Adhesive Sleeves | 6 | $180.00 (T) |
| | Tax (8%) | $1,275.84 |
| | Total | $17,223.79 |

Signature: X_____

*By signing this invoice you agree with the balance due for services rendered and the terms of payment. 1.5% interest will be added monthly for invoices not paid by the terms above (18% APR).*

**Please Pay From This Invoice!**

**Avalon | 1360 East 9th Street, Suite 150 | Cleveland, Ohio 44114**

ar@teamavalon.com 813-683-4944



# Invoice

Invoice No. RNOV230045
Invoice Date 11/30/2023

| Syracuse | Rochester | Buffalo | Cleveland | Tampa | Omaha | Grand Rapids | Detroit | Phoenix |
|---|---|---|---|---|---|---|---|---|
| 315-471-3333 | 585-242-9999 | 716-995-7777 | 216-592-9999 | 813-221-3266 | 402-885-8800 | 616-251-1212 | 248-955-9200 | 602-975-4001 |



- Please note only invoices under $2,000 can be paid via Credit Card
- Invoices up to $30,000 can be paid via ACH

**Please Pay From This Invoice!**

**Avalon | 1360 East 9th Street, Suite 150 | Cleveland, Ohio 44114**

ar@teamavalon.com  813-683-4944