# EXHIBIT G



Payment receipt

# You paid $7,500.00

to Prolumina on 4/10/2023

| | |
|---|---|
| Invoice no. | 201270 |
| Invoice amount | $7,500.00 |
| Total | $7,500.00 |

No additional transfer fees or taxes apply.

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MQ0162297591 |

Thank you



## Prolumina

+1 9076328084

[accounting@prolumina.net](mailto:accounting@prolumina.net)

[4701 SW Admiral Way #416, Seattle, WA 98116-2340](#)

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit [https://www.intuit.com/legal/licenses/payment-licenses/](https://www.intuit.com/legal/licenses/payment-licenses/).

**Prolumina**

4701 SW Admiral Way #416
Seattle, WA 98116-2340
accounting@prolumina.net



# INVOICE

| | |
|---|---|
| **BILL TO** | |
| Perkins Coie LLP | |
| ATTN: Kevin Patariu | |
| 11452 El Camino Real, Suite 300 | |
| San Diego, CA 92130-2080 | |

| | |
|---|---|
| **INVOICE** | 201378 |
| **DATE** | 12/06/2023 |
| **TERMS** | Due on receipt |

**CASE REFERENCE**
VALVETECH v AeroJet Rocketdyne

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 05/16/2023 | Consultant: Corey Allen<br>Pre-Trial Prep: Download deposition set 1 and 2. Sort video and sync files and add to case database. Add PDF transcripts to case database. Meet with trial team to discuss logistics, case schedule, and plan going forward. | 3 | 295.00 | 885.00 |
| 05/17/2023 | Consultant: Corey Allen<br>Pre-Trial Prep: Download deposition set 3-5. Sort video and sync files and add to case database. Add PDF transcripts to case database. Import V1 of designations for Barber, Bleck, Krochmalny, Landau, Little, E Peterson, L Peterson, Putz, and Ramos. Create rough estimate of run-times from current designations. | 7.50 | 295.00 | 2,212.50 |
| 05/19/2023 | Consultant: Corey Allen<br>Pre-Trial Prep: Download trial exhibits. Sort and organize. Rename files. Add files to case database and QC exhibits. | 1.80 | 295.00 | 531.00 |
| 09/18/2023 | Consultant: Corey Allen<br>Designation Editing: Create new scripts, import new designations, create reports, and send reports to client with updated witness run-times | 2 | 295.00 | 590.00 |
| 09/19/2023 | Consultant: Corey Allen<br>Designation Editing: Create additional new scripts, import new designations, create reports, and send reports to client with updated witness run-times | 1.20 | 295.00 | 354.00 |
| 09/20/2023 | Consultant: Corey Allen<br>Designation Editing: Create final new scripts, import new designations, create reports, and send reports to client with updated witness run-times | 0.50 | 295.00 | 147.50 |
| 10/12/2023 | Consultant: Corey Allen<br>Designation Editing: Import and create defense designation. Create reports, export files, and send to client. | 1.50 | 295.00 | 442.50 |
| 10/20/2023 | Consultant: Matthew Smith<br>Pre-Trial Prep: Download case folders and prepare the OnCue trial presentation database for trial. | 1 | 315.00 | 315.00 |
| 10/24/2023 | Consultant: Matthew Smith<br>Trial Preparation: Zoom call with the attorneys ; telephonic communication with the courtroom deputy; email correspondence with the courtroom deputy; courtroom technology list creation; OnCue trial database preparation. | 4 | 315.00 | 1,260.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/30/2023 | Consultant: Matthew Smith<br>Travel Time: Travel from home (Naperville, IL) to the trial site (Rochester, NY) | 5.30 | 315.00 | 1,669.50 |
| 10/31/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; prepare the OnCue trial presentation database for trial. | 11.50 | 315.00 | 3,622.50 |
| 11/01/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; prepare the OnCue trial presentation database for trial. | 10 | 315.00 | 3,150.00 |
| 11/02/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; courtroom technology setup and run-through; prepare exhibit tablets for court; prepare deposition video clips for court; prepare the OnCue trial presentation database for trial. | 11 | 315.00 | 3,465.00 |
| 11/03/2023 | Consultant: Ken Dyche<br>Graphics Design: Meet with attorney and work on graphics. | 5 | 265.00 | 1,325.00 |
| 11/03/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; prepare the OnCue trial presentation database for trial. | 10.50 | 315.00 | 3,307.50 |
| 11/04/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial. | 11.30 | 315.00 | 3,559.50 |
| 11/05/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; review & quality check the OnCue trial presentation database against the opening statement outline; prepare the OnCue trial presentation database for trial. | 10.50 | 315.00 | 3,307.50 |
| 11/06/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial; assist in presenting the opening statement in court. | 13.50 | 315.00 | 4,252.50 |
| 11/07/2023 | Consultant: Ken Dyche<br>Graphics Design: Create and edit demo deck for expert.  Be on standby in afternoon/evening for additional edits. | 10 | 265.00 | 2,650.00 |
| 11/07/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial; in-court trial presentation support. | 12 | 315.00 | 3,780.00 |
| 11/08/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial; in-court trial presentation support. | 13 | 315.00 | 4,095.00 |
| 11/08/2023 | Consultant: Ken Dyche<br>Graphics Design: Create and edit demo deck for expert. | 4 | 265.00 | 1,060.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/09/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial; in-court trial presentation support. | 10 | 315.00 | 3,150.00 |
| 11/10/2023 | Consultant: Ken Dyche<br>Graphics Design: Zoom call with attorney and expert to discuss deck. Create and edit slides for expert direct. | 5.50 | 265.00 | 1,457.50 |
| 11/10/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial. | 10 | 315.00 | 3,150.00 |
| 11/11/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial. | 10 | 315.00 | 3,150.00 |
| 11/12/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial. | 10 | 315.00 | 3,150.00 |
| 11/13/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial; in-court trial presentation support. | 11.50 | 315.00 | 3,622.50 |
| 11/14/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial; in-court trial presentation support. | 11.80 | 315.00 | 3,717.00 |
| 11/15/2023 | Consultant: Ken Dyche<br>Graphics Design: Create and edit slides for closing arguments. | 4.50 | 265.00 | 1,192.50 |
| 11/15/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial; prepare deposition video clips for closing arguments; in-court trial presentation support. | 13.50 | 315.00 | 4,252.50 |
| 11/16/2023 | Consultant: Ken Dyche<br>Graphics Design: Create and edit slides for closing arguments. | 4.50 | 265.00 | 1,192.50 |
| 11/16/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial; in-court trial presentation support; warroom teardown. | 12.50 | 315.00 | 3,937.50 |
| 11/17/2023 | Consultant: Matthew Smith<br>Trial Support: Onsite trial support; prepare exhibit tablets for court; prepare deposition video clips for court; review & quality check the OnCue trial presentation database against the witness outlines; prepare the OnCue trial presentation database for trial; in-court trial presentation support. | 10 | 315.00 | 3,150.00 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 11/17/2023 | Consultant: Matthew Smith<br>Travel Time: Travel from the trial site (Rochester, NY) to home (Naperville, IL). | 6.50 | 315.00 | 2,047.50 |
| 11/17/2023 | Consultant: Ted Haw<br>Trial Preparation | 5.50 | 285.00 | 1,567.50 |
| 11/17/2023 | Consultant: Ted Haw<br>Travel time<br>Preferred Client Discount: No charge for Ted Haw's travel time due to internal/Prolumina scheduling conflicts | 5 | 0.00 | 0.00 |
| 11/18/2023 | Consultant: Ken Dyche<br>Graphics Design: Create and edit slides for closing arguments. | 0.50 | 285.00 | 142.50 |
| 11/18/2023 | Consultant: Ted Haw<br>On-site trial support and presentation display and technical consulting as required | 13 | 285.00 | 3,705.00 |
| 11/19/2023 | Consultant: Ken Dyche<br>Graphics Design: Create and edit slides for closing arguments. | 12 | 285.00 | 3,420.00 |
| 11/19/2023 | Consultant: Ted Haw<br>On-site trial support and presentation display and technical consulting as required | 14 | 285.00 | 3,990.00 |
| 11/20/2023 | Consultant: Ted Haw<br>Trial Consulting: Courtroom tech, final day | 7 | 285.00 | 1,995.00 |
| 11/20/2023 | Consultant: Ted Haw<br>Travel time<br>Preferred Client Discount: No charge for Ted Haw's travel time due to internal/Prolumina scheduling conflicts | 5 | 0.00 | 0.00 |
| | Consultant: Matthew Smith<br>Travel: 10/30 airfare Chicago to Rochester | 1 | 394.00 | 394.00 |
| | Consultant: Matthew Smith<br>Travel: 11/17 airfare Rochester to Chicago | 1 | 241.00 | 241.00 |
| | Consultant: Matthew Smith<br>Transportation: Uber to Chicago airport 10/30 and from airport to home on 11/17 | 2 | 52.10 | 104.20 |
| | Consultant: Matthew Smith<br>Lodging: Marriott Residence Inn Rochester - 10/30/2023 - 11/13/2023 | 1 | 2,718.90 | 2,718.90 |
| | Consultant: Matthew Smith<br>Lodging: Marriott Residence Inn Rochester - 11/14/2023 - 11/17/2023 | 1 | 543.78 | 543.78 |
| | Consultant: Matthew Smith<br>Transportation: Car Rental | 1 | 1,775.27 | 1,775.27 |
| | Consultant: Matthew Smith<br>Transportation: Car Rental fuel | 1 | 63.08 | 63.08 |
| | Consultant: Matthew Smith<br>Meals week 1 10/30 - 11/5 | 1 | 368.20 | 368.20 |
| | Consultant: Matthew Smith<br>Parking week 1 10/30 - 11/5 | 1 | 8.35 | 8.35 |
| | Consultant: Matthew Smith<br>Meals week 2  11/6 - 11/12 | 1 | 252.69 | 252.69 |
| | Consultant: Matthew Smith<br>Parking week 2 11/6 - 11/12 | 1 | 25.96 | 25.96 |

| | | | |
|---|---|---|---|
| Consultant: Matthew Smith<br>Meals week 3  11/13 - 11/17 | 1 | 187.03 | 187.03 |
| Consultant: Matthew Smith<br>Parking week 3 11/13 - 11/17 | 1 | 44.10 | 44.10 |
| Consultant: Matthew Smith<br>Trial Supplies - Printer cartridges for the courthouse printer | 1 | 49.67 | 49.67 |
| Consultant: Ted Haw<br>Travel: 11/17 airfare IAD to ROC and 11/20 airfare ROC to DCA | 1 | 477.80 | 477.80 |
| Preferred Client Discount: No charge to client for Ted Haw airfare due to internal/Prolumina scheduling conflicts | 1 | -477.80 | -477.80 |
| Consultant: Ted Haw<br>Transportation: 11/17 Uber Oakton to Dulles and 11/20 Dulles to Oakton | 1 | 87.69 | 87.69 |
| Consultant: Ted Haw<br>Lodging week 4 11/17 - 11/20 | 1 | 703.38 | 703.38 |
| Consultant: Ted Haw<br>Transportation: week 4 Car Rental | 1 | 225.18 | 225.18 |
| Consultant: Ted Haw<br> Meals week 4 11/17 - 11/20 | 1 | 184.06 | 184.06 |
| Consultant: Ted Haw<br> Parking week 4 11/17 - 11/20 | 1 | 16.66 | 16.66 |
| Equipment Rental, including setup and teardown<br>Tech table, HDMI switch, speakers | 1 | 2,567.68 | 2,567.68 |
| Pre-paid retainer applied against final invoice | 1 | -7,500.00 | -7,500.00 |

| | |
|---|---|
| SUBTOTAL | 101,031.88 |
| TAX | 0.00 |
| TOTAL | 101,031.88 |
| BALANCE DUE | **$101,031.88** |