| Judgment in a Civil Case | **AMENDED JUDGMENT** |
|---|---|

United States District Court
WESTERN DISTRICT OF NEW YORK

Valvetech, Inc.,
Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 17-CV-6788

v.

Aerojet Rocketdyne, Inc.,
Defendant

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that no injunctive relief, costs, or prejudgment interest is awarded to ValveTech.

Date: May 6, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: S/ Dawn K.
　　Deputy Clerk